<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy          06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Nick**<br>First name<br><br>**Rae**<br>Middle name<br><br>**Pihakis**<br>Last name and Suffix (Sr., Jr., II, III) | <br>First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6898 | |

Case 26-02702-TOM7   Doc 1   Filed 03/06/26   Entered 03/06/26 15:52:27   Desc Main
Document      Page 1 of 154

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

| | | |
|---|---|---|
| **5. Where you live** | | **If Debtor 2 lives at a different address:** |
| | **103 Perry Place**<br>**Birmingham, AL 35242**<br>Number, Street, City, State & ZIP Code | _____<br>Number, Street, City, State & ZIP Code |
| | **Shelby**<br>County | _____<br>County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | _____<br>Number, P.O. Box, Street, City, State & ZIP Code | _____<br>Number, P.O. Box, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | Nick Rae Pihakis | Case number *(if known)* |
|---|---|---|

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | | Case number, if known | |
| Debtor | | Relationship to you | |
| District | | When | | Case number, if known | |

**11. Do you rent your residence?**

■ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Case 26-02702-TOM7    Doc 1    Filed 03/06/26    Entered 03/06/26 15:52:27    Desc Main Document     Page 3 of 154

Debtor 1    **Nick Rae Pihakis**                                                      Case number *(if known)* _____

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**     Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐     Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐     Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐     Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐     Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐     None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ **No.**     I am not filing under Chapter 11.

☐ **No.**     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**

What is the hazard?     _____

If immediate attention is needed, why is it needed?     _____

Where is the property?     _____
Number, Street, City, State & Zip Code

Case 26-02702-TOM7    Doc 1    Filed 03/06/26    Entered 03/06/26 15:52:27    Desc Main
Document    Page 4 of 154

Debtor 1 __Nick Rae Pihakis__        Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

     ☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

     ☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

     ☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

     ☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

     ☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

     ☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 26-02702-TOM7   Doc 1   Filed 03/06/26   Entered 03/06/26 15:52:27   Desc Main
Document     Page 5 of 154

Debtor 1   **Nick Rae Pihakis**                           Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☑ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Nick Rae Pihakis**                       _____

**Nick Rae Pihakis**                            Signature of Debtor 2
Signature of Debtor 1

Executed on   **August  6, 2026**           Executed on   _____
              MM / DD / YYYY                              MM / DD / YYYY

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document     Page 6 of 154

| Debtor 1 | **Nick Rae Pihakis** | Case number *(if known)* | |
|---|---|---|---|

---

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

| | | |
|---|---|---|
| **/s/ Kevin D. Heard** | Date | **August 6, 2026** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Kevin D. Heard**
Printed name

**Heard, Ary & Dauro, LLC**
Firm name

**303 Williams Avenue**
**Park Plaza, Suite 921**
**Huntsville, AL 35801**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| Contact phone    **256-535-0817** | Email address | **kheard@heardlaw.com** |

**ASB-4873-E50K AL**
Bar number & State

---

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document    Page 7 of 154

Fill in this information to identify your case:

Debtor 1 **Nick Rae Pihakis**

First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)      First Name          Middle Name          Last Name

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ALABAMA

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:**    **Summarize Your Assets**

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B...................................................................................    $    **555,850.00**

   1b. Copy line 62, Total personal property, from Schedule A/B......................................................................    $    **10,042,473.16**

   1c. Copy line 63, Total of all property on Schedule A/B.................................................................................    $    **10,598,323.16**

**Part 2:**    **Summarize Your Liabilities**

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*    $    **1,147,277.08**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................    $    **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................    $    **42,880,157.51**

**Your total liabilities**   $    **44,027,434.59**

**Part 3:**    **Summarize Your Income and Expenses**

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................................................    $    **12,465.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*..........................................................................    $    **15,656.86**

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document     Page 8 of 154

Debtor 1    **Nick Rae Pihakis**          Case number *(if known)* _____

8.    **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ _____

9.    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document     Page 9 of 154

Debtor 1 **Nick Rae Pihakis**
First Name | Middle Name | Last Name

Debtor 2
(Spouse, if filing) First Name | Middle Name | Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

**103 Perry Place**
Street address, if available, or other description

**Birmingham**     **AL**     **35242-0000**
City         State     ZIP Code

**Shelby**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Lots 31 (103 Perry Place) and 32 (101 Perry Place) 01 MT LAUREL R-2; MT LAUREL PHASE 3B SEC 1; 0.31501 ac.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,111,700.00** | **$555,850.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**

**$555,850.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document      Page 10 of 154

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **GMC** | | |

3.1 Make: **GMC**
Model: **Sierra 1500**
Year: **2023**
Approximate mileage: **75000**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**     **Current value of the portion you own?**

$22,150.00          $22,150.00

---

3.2 Make: **Ford**
Model: **F150 XLT**
Year: **1988**
Approximate mileage: **102250**
Other information:
**Wife's Truck**
**Debtor has legal title only**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**     **Current value of the portion you own?**

$8,000.00          $8,000.00

---

3.3 Make: **Porsche**
Model: **Cayenne**
Year: **2024**
Approximate mileage: **24000**
Other information:
**Debtor to surrender vehicle**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**     **Current value of the portion you own?**

$60,550.00          $60,550.00

---

3.4 Make: **Toyota**
Model: **4Runner Ltd**
Year: **2022**
Approximate mileage:
Other information:
**4x4 | Son's car | Debtor only has Legal Title**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**     **Current value of the portion you own?**

$42,900.00          $42,900.00

---

3.5 Make: **Toyota**
Model: **Sequoia Platinum**
Year: **2021**
Approximate mileage:
Other information:
**4x2 | Daughter's car | Debtor only has Legal Title**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**     **Current value of the portion you own?**

$27,120.00          $27,120.00

Case 26-02702-TOM7     Doc 1     Filed 08/06/26     Entered 08/06/26 15:52:27     Desc Main
Document     Page 11 of 154

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

4.1  Make: _____

Model: _____

Year: _____

Other information:

| 12 foot trailer |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $500.00 | $500.00 |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>

| $161,220.00 |

**Part 3:  Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Perry Place (Personal Property): See, attached list (jointly owned). | $9,985.00 |

| Cabin at 3255 Eastern Valley Road: See, attached list (jointly owned). | $1,855.00 |

| House at 3245 Eastern Valley Road: See, attached list (jointly owned). | $3,385.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| Perry Place : See, attached list (jointly owned). | $1,765.00 |

| Cabin at 3255 Eastern Valley Road: See, attached list (jointly owned). | $150.00 |

| House at 3245 Eastern Valley Road: See, attached list (jointly owned). | $350.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document        Page 12 of 154

| | |
|---|---|
| **See, attached Collectibles list (jointly owned).** | **$2,085.00** |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **See, attached Hobby/Sports Equipment list (jointly owned).** | **$900.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Men's Clothing** | **$200.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Apple Watch (older model) and wedding ring** | **$300.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **2 dogs, 2 cats** | **Unknown** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................** **$20,975.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.........................................................................................................

| | Cash | Unknown |
|---|---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................

                       Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **PNC Bank ending 8364** | **$24,369.00** |
| 17.2. | **Checking** | **SouthPoint Bank account ending 3948 (No activity since 01/2026)** | **$0.00** |
| 17.3. | **Checking** | **SouthPoint Bank account ending 5728 (No activity since 01/2026)** | **$0.00** |
| 17.4. | **Checking** | **SouthPoint Bank account ending 8568** | **$0.00** |
| 17.5. | **Checking** | **SouthPoint Bank account ending 9391** | **$0.00** |
| 17.6. | **Checking** | **SouthPoint Bank (1118)(closed)** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................       Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them....................
             Name of entity:                          % of ownership:

| Name of entity | % of ownership | | |
|---|---|---|---|
| **See, attached list of Direct Business Interests** | **varies** | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
             Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
             Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................       Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No

☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No

    ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No

    ■ Yes.  Give specific information about them...

| | |
|---|---|
| **Lincoln Benefit Life Company: Nick R. Pihakis Irrevocable Life Insurance Trust ($2M Term Life Insurance Policy - beneficiaries: Spouse and children)** | **$0.00** |

| | |
|---|---|
| **Nick R Pihakis Revocable Trust (not funded)** | **$0.00** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No

    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No

    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ■ No

    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ■ No

    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ■ No

    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No

    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Lincoln Benefit Life Company: $350k Term Life Insurance Policy** | **Suzanne Pihakis** | **$0.00** |

Case 26-02702-TOM7     Doc 1     Filed 08/06/26     Entered 08/06/26 15:52:27     Desc Main
Document         Page 15 of 154

Debtor 1  **Nick Rae Pihakis**                      Case number *(if known)* _____

| | | |
|---|---|---|
| **Chubb Insurance (Homeowners and Car Insurance)** | | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

| | |
|---|---|
| **Potential claim including derivative claims of PRG Auburn LLC against GA AL Lessee LLC re. invalid termination of Management Agreement re. Graduate by Hilton Auburn, Alabama** | **Unknown** |
| **Contract claims against  Jenson Burt and Outdoor Advantage, LLC re. Fence Project (Case No. 58-DV-2024-901105) Motion for Default filed 12/8/2025.** | **$21,909.16** |
| **Potential claims against Michael A. Mouron and related companies (i) Rodney Scott's BBQ Homewood restaurant (2701 18th St. South, Suite 100, Birmingham, Alabama 35209), (ii) PRG Luca restaurant (1722 28th Ave. South, Homewood, Alabama 35209), and (iii) Hero Acquisition Co LLC restaurant (1726 28th Avenue South, Homewood, Alabama 35209); as well as potential  claims related to the operation of PRG Luca, LLC, PRG Luca Valley Post, Luca Brand, LLC.** | **Unknown** |
| **Potential claims against Josh Gentry and related companies based for distributions owed to debtor or his affilliate including payroll and tax related obligations for Little Donkey Taqueia LLC, Little Donkey Brand LLC, Little Donkey Montgomery DTN as well as potential addtional claims related to corporate oppression, conversion, breach of fiduciary duty and squeeze out.** | **Unknown** |
| **Potential claims against SouthPoint Bank based on breach of contract, misrepresentation, promissory estoppel and declaratory relief relating to residence and other lender liability related claims.** | **Unknown** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................................................................**   **$46,278.16**

Official Form 106A/B                    Schedule A/B: Property                    page 7

Debtor 1    **Nick Rae Pihakis**                                    Case number *(if known)* _____

---

<table><tr><td style="background:black;color:white">**Part 5:**</td><td>**Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**</td></tr></table>

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.

■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☐ No

■ Yes.  Describe.....

| Loan Receievable PRG Restaurant and PRG Management (doubtful) | $9,800,000.00 |
|---|---|
| See SOFA Addendums to Questions 7, 8 & 18. | Unknown |

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
■ No
☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
■ No
☐ Yes.  Describe.....

41. **Inventory**
■ No
☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
☐ No
■ Yes.  Give specific information about them....................

Name of entity:                                                    % of ownership:

| See, attached list of Indirect Business Interests | varies % | Unknown |
|---|---|---|

43. **Customer lists, mailing lists, or other compilations**
■ No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No
☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
■ No
☐ Yes. Give specific information.........

Official Form 106A/B                          Schedule A/B: Property                                    page 8

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................................. | **$9,800,000.00**

| **Part 6**: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ■ No. Go to Part 7.

    ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☐ No
   ■ Yes. Give specific information.........

       **Cabin at 3255 Eastern Valley Road: See, attached list (jointly owned).**     **$14,000.00**

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$14,000.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ...........................................................................................................    **$555,850.00**
56. **Part 2: Total vehicles, line 5**             **$161,220.00**
57. **Part 3: Total personal and household items, line 15**      **$20,975.00**
58. **Part 4: Total financial assets, line 36**         **$46,278.16**
59. **Part 5: Total business-related property, line 45**    **$9,800,000.00**
60. **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**
61. **Part 7: Total other property not listed, line 54**    +    **$14,000.00**

62. **Total personal property.** Add lines 56 through 61...    **$10,042,473.16**    Copy personal property total    **$10,042,473.16**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62       **$10,598,323.16**

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document      Page 18 of 154

# Attachment Schedule A/B, Part 3 #6-9

| Household Goods & Furnishings - 103 Perry Place (jointly-owned) | | |
|---|---|---|
| **Living Room** | | |
| Rug | $ | 50.00 |
| TV Stand | $ | 100.00 |
| Fireplace Screen and Tools | $ | 50.00 |
| Clock | $ | 50.00 |
| 5 assorted candles | $ | 20.00 |
| 2 vases | $ | 25.00 |
| drop leaf table | $ | 50.00 |
| Table lamp | $ | 25.00 |
| 8 Drapes with Rods | $ | 150.00 |
| 5 Shades | $ | 50.00 |
| 1 Recliner | $ | 60.00 |
| Wooden Chair with black footstool | $ | 100.00 |
| Side Table with mirror top | $ | 40.00 |
| 1 2 level circular side table | $ | 60.00 |
| 1 cat tree | $ | 30.00 |
| 1 circular coffee table | $ | 50.00 |
| 1 sectional sofa | $ | 150.00 |
| 1 tiny side table | $ | 40.00 |
| 1 floor lamp | $ | 40.00 |
| 1 ice machine | $ | 125.00 |
| | | |
| **Dinning Room** | | |
| 1 live edge wooden table | $ | 300.00 |
| 6 Chairs | $ | 200.00 |
| 1 metal plant stand | $ | 25.00 |
| 1 Kids Table Set 2 chairs | $ | 100.00 |
| | | |
| **Kitchen** | | |
| 1 Refrigerator | $ | 500.00 |
| 1 ECM Espresso Machine | $ | 200.00 |
| 1 coffee grinder | $ | 50.00 |
| assorted potsand pans | $ | 200.00 |
| 4 burner stove | $ | 500.00 |
| 1 dishwasher | $ | 100.00 |
| 1 microwave | $ | 40.00 |
| 1 island table lamp | $ | 25.00 |
| 5 island counter stools | $ | 150.00 |
| | | |
| **Library** | | |
| 3 drawer filing cabinet | $ | 75.00 |
| 1 Desk chair | $ | 60.00 |
| 1 Desk Lamp | $ | 25.00 |
| Side Table | $ | 25.00 |
| 1 Stand Up Base | $ | 150.00 |
| 1 Side Table | $ | 25.00 |

| Electronics - 103 Perry Place (jointly-owned) | | |
|---|---|---|
| 2 TVs | $ | 400.00 |
| Sonos | $ | 50.00 |
| Reciever | $ | 150.00 |
| 1 Printer | $ | 100.00 |
| 1 sound bar | $ | 50.00 |
| 1 amp | $ | 60.00 |
| 1 amp twin reverb | $ | 90.00 |
| 1 Sony TV | $ | 100.00 |
| 1 sirius radio | $ | 10.00 |
| smart car | $ | 100.00 |
| copy machine | $ | 25.00 |
| old JVC amp | $ | 50.00 |
| 2 turntables | $ | 300.00 |
| old yahama turner | $ | 150.00 |
| 80+ assorted movies and CD's | $ | 110.00 |
| 2 Sound Machines | $ | 20.00 |
| **Total** | **$** | **1,765.00** |

| Collectibles - 103 Perry Place (jointly-owned) | | |
|---|---|---|
| 30 pieces of art | $ | 1,450.00 |
| 4 antique chairs | $ | 100.00 |
| Assorted Cookbooks | $ | 250.00 |
| Assorted books - travel and cookbooks | $ | 200.00 |
| 1 fall leaves painting | $ | 25.00 |
| 1 framed print | $ | 20.00 |
| 1 interior design books | $ | 15.00 |
| boxes of paper back novels | $ | 25.00 |
| **Total** | **$** | **2,085.00** |

| Clothing - 103 Perry Place | | |
|---|---|---|
| Mens clothing | $ | 200.00 |

| Hobby/Sports Equipment - 103 Perry Place (jointly-owned) | | |
|---|---|---|
| rower | $ | 300.00 |
| treadmill | $ | 300.00 |
| Smith machine with weights | $ | 400.00 |
| adjustable weights | $ | 75.00 |
| 1 adjustable bench | $ | 50.00 |
| key board & bench | $ | 200.00 |
| Tama Drum set | $ | 100.00 |
| Echo slap percussion | $ | 25.00 |
| 4 single guitar stands | $ | 25.00 |
| ellipitcal machine | $ | 300.00 |
| golf clubs | $ | 100.00 |
| 2 tennis rackets | $ | 10.00 |
| **Total** | **$** | **1,885.00** |

(initial)

| | | |
|---|---|---|
| 1 Side Table Lamp | $ | 15.00 |
| 1 Rectangular coffee table | $ | 50.00 |
| 1 Couch | $ | 150.00 |
| I metal wooden shelf system with 4 shelves | $ | 100.00 |
| 1 Wine Holder -metal and wood upright | $ | 75.00 |
| 1 beige chair | $ | 25.00 |

| **Pantry** | | |
|---|---|---|
| 1 Table Lamp | $ | 20.00 |
| 1 working wine cooler | $ | 75.00 |
| 2 sets of wire storage shelving | $ | 100.00 |

| **Hall & Half Bath** | | |
|---|---|---|
| 1 Table Lamp | $ | 25.00 |

| **Laundry Room** | | |
|---|---|---|
| 1 Washer | $ | 75.00 |
| 1 Dryer | $ | 75.00 |
| Assorted rugs and linen | $ | 25.00 |
| Dog Toys | $ | 10.00 |
| 1 Ladder | $ | 25.00 |
| 1 Air Drying rack | $ | 25.00 |

| **Master Bedroom** | | |
|---|---|---|
| 2 side tables | $ | 150.00 |
| 1 arm chair | $ | 50.00 |
| 1 Desk | $ | 70.00 |
| 1 Desk Chair | $ | 40.00 |
| 1 desk lamp | $ | 25.00 |
| 2 bedside lamps | $ | 30.00 |
| 1 Bookcase | $ | 50.00 |
| 1 Mattress | $ | 100.00 |
| 1 Bench | $ | 45.00 |
| 1 Floor lamp | $ | 200.00 |
| 1 rug | $ | 25.00 |
| 1 bed | $ | 150.00 |

| **Master Bath** | | |
|---|---|---|
| 1 wood and Glass storage cabinet | $ | 75.00 |
| 1 stool | $ | 15.00 |
| Small storage cabinet | $ | 45.00 |
| Assorted towels & Bath Rugs | $ | 25.00 |

| **Back Porch** | | |
|---|---|---|
| 1 round table with chairs | $ | 200.00 |
| 1 outdoor lamp | $ | 20.00 |
| 1 open shelves with 4 shelves | $ | 20.00 |

| | | |
|---|---|---|
| 1 Big Green Egg | $ | 100.00 |
| Assorted size plant pots | $ | 20.00 |
| Assorted plant stands | $ | 25.00 |

**Kids Room Upstairs**

| | | |
|---|---|---|
| Window shade | $ | 25.00 |
| 1 bed | $ | 125.00 |
| 1 matress | $ | 75.00 |
| 1 Bedside table | $ | 40.00 |
| 1 Dresser w/changing topper | $ | 100.00 |
| 1 Crib | $ | 100.00 |
| 1 crib matress | $ | 20.00 |
| 1 dresser | $ | 80.00 |
| 1 bassinet | $ | 50.00 |
| 4 lamps | $ | 75.00 |
| Assorted childrens toys | $ | 50.00 |
| 1 owl picture | $ | 25.00 |
| 1 small zebra picture | $ | 25.00 |
| 1 large zebra picture | $ | 35.00 |
| CD holder | $ | 15.00 |
| 1 Childrens Art easel | $ | 25.00 |

**Kids Bathroom**

| | | |
|---|---|---|
| Assorted towels and bath rugs | $ | 40.00 |
| Shower curtain | $ | 10.00 |
| 2 small framed pictures | $ | 30.00 |
| 1 small night light | $ | 20.00 |

**Nicholas room**

| | | |
|---|---|---|
| 1 Platform bed | $ | 80.00 |
| 1 Matress | $ | 100.00 |
| 2 bed side tables | $ | 30.00 |
| 1 Book case | $ | 25.00 |
| 1 Dresser | $ | 75.00 |
| 1 painted storage cabinet | $ | 50.00 |
| 3 lamps | $ | 75.00 |
| 1 throw rug | $ | 15.00 |
| 1 fabric bench | $ | 25.00 |
| 1 window shade | $ | 50.00 |

**Nicholas Bathroom**

| | | |
|---|---|---|
| Assorted bath towels | $ | 40.00 |
| 1 shower curtain | $ | 10.00 |
| 1 small night lamp | $ | 20.00 |

**Closet in Nicholas room**

| | | |
|---|---|---|
| Assorted linens & pillows | $ | 40.00 |

| | | |
|---|---|---|
| Luggage | $ | 75.00 |
| 2 Small lamps | $ | 40.00 |

**Upstairs hall**

| | | |
|---|---|---|
| 1 round table | $ | 50.00 |
| 1 vase | $ | 25.00 |
| 1 lamp | $ | 25.00 |

**Upstairs Hall Closet**

| | | |
|---|---|---|
| various linens | $ | 20.00 |

**Guest Bedroom**

| | | |
|---|---|---|
| 1 bed | $ | 150.00 |
| 1 matress | $ | 100.00 |
| 1 arm chair | $ | 50.00 |
| 1 round bedside table | $ | 50.00 |
| 1 wooden bedside table | $ | 20.00 |
| 1 chest of drawers | $ | 60.00 |
| 3 lamps | $ | 75.00 |
| 1 blind | $ | 25.00 |
| 1 hanging mirror | $ | 30.00 |

**Guest bedroom closet**

| | | |
|---|---|---|
| assorted wrapping paper | $ | 15.00 |
| Children toys | $ | 40.00 |

**Basement**

| | | |
|---|---|---|
| 1 small rectangular table | $ | 40.00 |
| water cooler | $ | 30.00 |
| 3 shelf storage | $ | 45.00 |
| coffee table | $ | 50.00 |
| Sectional Sofa | $ | 100.00 |
| 1Side table | $ | 30.00 |
| 1 Table lamp | $ | 25.00 |
| 1 small table clock | $ | 15.00 |

**1/2 Bath**

| | | |
|---|---|---|
| 1 toilet paper holder | $ | 10.00 |
| 1 Trash can | $ | 10.00 |
| 1 round mirror | $ | 25.00 |

**Garage**

| | | |
|---|---|---|
| Quick shade canopy | $ | 30.00 |
| 2 wire dog pens | $ | 80.00 |
| 1 dog ramp | $ | 10.00 |
| 1 antique fire grate | $ | 55.00 |
| 1 regular fire grate | $ | 45.00 |

| | | |
|---|---|---:|
| 1 bathroom cabinet white | $ | 30.00 |
| popcorn machine | $ | 35.00 |
| assorted coolers | $ | 50.00 |
| assorted lawn tools | $ | 25.00 |
| electric bread maker | $ | 20.00 |
| air fryer | $ | 20.00 |
| assorted clay pots | $ | 5.00 |
| multiple metal shelving | $ | 150.00 |
| box of string lights | $ | 10.00 |
| assorted bird feeders | $ | 5.00 |
| car washing detergent sponge | $ | 5.00 |
| 4 assorted folding "soccer" chairs | $ | 20.00 |
| assorted christmas decorations | $ | 20.00 |
| christmas lights | $ | 5.00 |
| assorted board games | $ | 5.00 |
| assorted curtains | $ | 5.00 |
| assorted pots and pans | $ | 5.00 |
| 2 juicers | $ | 50.00 |
| 4 christmas mugs | $ | 5.00 |
| assorted glassware | $ | 30.00 |
| fisher price baby jump seat | $ | 20.00 |
| box of glass sectioned plates | $ | 50.00 |
| **Total** | **$** | **9,985.00** |

# Attachment Schedule A/B, Part 3 #6-7; Part 7 #53

**HG&F - 3255 Eastern Valley Road (Cabin) (jointly-owned)**

### Living Room

| | | |
|---|---|---|
| 1 Couch | $ | 100.00 |
| 1 Fuzzy Chair | $ | 50.00 |
| 2 leather Chairs | $ | 100.00 |
| 1 coffee taable | $ | 35.00 |
| 2 side tables | $ | 50.00 |
| 1 Book case | $ | 150.00 |
| 1 Chest of Drawers | $ | 50.00 |
| 1 rug | $ | 50.00 |
| 1 Floor Lamp | $ | 50.00 |
| 1 Table Lamp | $ | 25.00 |
| Fireplace tools | $ | 20.00 |

### Kitchen

| | | |
|---|---|---|
| 1 Metal Table 4 chairs | $ | 40.00 |
| 1 Wooden table | $ | 40.00 |
| 1 Refrigerator | $ | 150.00 |
| 1 Stove | $ | 200.00 |
| Assorted Pots and Pans | $ | 75.00 |

### Pantry

| | | |
|---|---|---|
| Washer / Dryer | $ | 200.00 |
| Assorted plates and Bowls | $ | 50.00 |
| Assorted flatwear | $ | 50.00 |
| Assorted Baking Dishes | $ | 25.00 |
| Asssorted Towels and bedding | $ | 25.00 |

### Bedroom

| | | |
|---|---|---|
| 1 Queen Bed | $ | 100.00 |
| 1 Matress | $ | 75.00 |
| 1 side Table | $ | 25.00 |
| 1 Table Lamp | $ | 20.00 |
| 1 Small Dressser | $ | 25.00 |

### Patio Furniture

| | | |
|---|---|---|
| Assorted metal Furniture | $ | 75.00 |
| **Total** | **$** | **1,855.00** |

**Electronics - 3255 Eastern Valley Road (jointly-owned)**

| | | |
|---|---|---|
| 1 TV | $ | 150.00 |
| **Total** | **$** | **150.00** |

**HHG&F - 3245 Eastern Valley Road (House) (jointly-owned)**

### Living Room

| | | |
|---|---|---|
| Window Treatment | $ | 25.00 |
| 1 couch | $ | 200.00 |
| 1 coffee table | $ | 50.00 |
| 1 fabric chair | $ | 50.00 |
| 1 drink table | $ | 25.00 |
| 1 TV console | $ | 100.00 |
| 1 rug | $ | 75.00 |

### Dining Room

| | | |
|---|---|---|
| Window Treatments | $ | 25.00 |
| Dinning room table with chairs | $ | 150.00 |
| 1 Cuboard | $ | 200.00 |
| 1 rug | $ | 75.00 |

### Kitchen

| | | |
|---|---|---|
| Window Treatments | $ | 25.00 |
| Kitchen Table and chairs | $ | 150.00 |
| Assorted pots and pans | $ | 100.00 |
| Assorted serving pieces | $ | 50.00 |
| Assorted flatwear | $ | 25.00 |
| Assorted knives and kitchen tools | $ | 25.00 |
| Assorted Galssware and mugs | $ | 25.00 |
| Assorted Bakeware | $ | 30.00 |
| 1 Refrigerator | $ | 50.00 |
| small appiiances | $ | 25.00 |

### Utility room

| | | |
|---|---|---|
| 1 Washer | $ | 100.00 |
| 1 Dryer | $ | 100.00 |
| Assorted Brooms | $ | 10.00 |
| 1 vacuum | $ | 20.00 |
| Celaning supplies | $ | 10.00 |

### Master Bedroom

| | | |
|---|---|---|
| Window Treatment | $ | 25.00 |
| 1 bed | $ | 75.00 |
| 1 matress | $ | 75.00 |
| Chest of drawers | $ | 100.00 |
| Floor mirror | $ | 25.00 |
| 2 side tables | $ | 50.00 |
| 3 table lamps | $ | 60.00 |
| 1 rug | $ | 50.00 |

(initial)

| Other Property - 3255 Eastern Valley Road(jointly-owned) | | |
|---|---|---|
| 1 Honda 4x4 | $ | 8,000.00 |
| 1 Zero turn lawnmower | $ | 6,000.00 |
| Total | $ | 14,000.00 |

| Master Bath | | |
|---|---|---|
| Assorted Towels aand Bedding | $ | 25.00 |
| **Bedroom one** | | |
| Window Treatments | $ | 25.00 |
| 1 bed | $ | 100.00 |
| 1 matress | $ | 75.00 |
| 2 side table | $ | 50.00 |
| **Bedroom Two** | | |
| Window Treatments | $ | 25.00 |
| 1 Bed | $ | 100.00 |
| 1 Matress | $ | 75.00 |
| 1 Side Table | $ | 50.00 |
| 1 Dresser | $ | 75.00 |
| **Bedroom 3** | | |
| Window Treatments | $ | 25.00 |
| 1 Bed | $ | 125.00 |
| 1 Matress | $ | 150.00 |
| 1. Side Table | $ | 50.00 |
| 1. Dresser | $ | 75.00 |
| **Upstairs Bathroom** | | |
| 1 Shower Curtain | $ | 5.00 |
| Assorted Towels | $ | 25.00 |
| **Back Porch** | | |
| Outdoor Seating Furniture | $ | 150.00 |
| Total | $ | 3,385.00 |

| Electronics - 3245 Eastern Valley Road (jointly-owned) | | |
|---|---|---|
| 1 TV | $ | 300.00 |
| 1 sound board | $ | 50.00 |
| Total | $ | 350.00 |

# Attachment Schedule A/B, Part 4 #19

**DIRECT BUSINESS INTERESTS**

\* Denotes still operating

| Company | Debtor Share (%) | Owner(s) \| Other Association(s) | Value |
|---|---|---|---|
| 18th Street Development Group, LLC | 100 | Nick Pihakis | Unknown |
| Diddy's Chief's Investment, LLC * | 100 | Nick Pihakis | Unknown |
| Diddy's Restaurant Repair, LLC | 100 | Nick Pihakis - Inactive | Unknown |
| Fork & Sage, LLC | 25 | Nick Pihakis; Cindy Maas (50%); Adam Green (25%)- Inactive | Unknown |
| Octane Coffee Company, LLC | 10.60 | Nick Pihakis; Tony Riffle (89.40%) - Inactive | $   - |
| Pihakis Investment Group II, LLC | 70 | Nick R. Pihakis; Constance M. Pihakis Revocable Trust (10%); Nicholas J. Pihakis Revocable Trust (10%); Catherine R. Pihakis Revocable Trust (10%) | Unknown |
| Pihakis Investment Group IV, LLC | 70 | Nick Pihakis; Constance M. Pihakis Revocable Trust (10%); Nicholas J. Pihakis Revocable Trust (10%); Catherine R. Pihakis Revocable Trust (10%) | Unknown |
| Pihakis Investment Group, LLC | 70 | Nick Pihakis ; Constance M. Pihakis Revocable Trust (10%); Nicholas J. Pihakis Revocable Trust (10%); Catherine R. Pihakis Revocable Trust (10%) | Unknown |
| Pihakis Restaurant Group LLC | 70 | Nick R. Pihakis; Constance M. Pihakis Revocable Trust (10%); Nicholas J. Pihakis Revocable Trust (10%); Catherine R. Pihakis Revocable Trust (10%) | Unknown |
| Pihakis Restaurant Group Management LLC | 68 | Nick Pihakis; Nicholas J. Pihakis (8%); Paul Yeck (8%); Angie Mosier (8%); Adam Green (8%) | Unknown |
| PRG Auburn LLC* | | Nick Pihakis | Unknown |
| PRG Luca Valley Post, LLC | | Nick Pihakis | Unknown |
| The Dorothy Pihakis Charitable Foundation | 100 | Nick Pihakis | Unknown |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main        (initial) _____
Document        Page 26 of 154

# Attachment Schedule A/B, Part 5, #42

**INDIRECT BUSINESS INTERESTS**

*\* Denotes still operating | \*\* Denotes new owner/operator*

| Company | Owner(s) | Other Association(s) | Value |
|---|---|---|
| Diddy's Restaurant Maintenance, LLC | Diddy's Restaurant Repair, LLC (100%) - Inactive | Unknown |
| Eli & Sam Holdings, LLC | Pihakis Restaurant Group LLC (100%) - Inactive | Unknown |
| EMB DR Sub, LLC | EMB Hospitality, LLC (100%) | Unknown |
| EMB Hospitality, LLC | Pihakis Restaurant Group LLC (50%); EMB Hospitality-RS, LLC (Robert Simons) (50%) | Unknown |
| EMB Parkside Sub, LLC | EMB Hospitality, LLC (100%) | Unknown |
| Heritage Construction and Development, LLC | Pihakis Investment Group II, LLC (20%); Toby Romack (80%) - Inactive | Unknown |
| Hero _____ EJI, LLC (in Montgomery) | Hero Expansion Group, LLC (100%) - Inactive | Unknown |
| Hero Acquisition Co., LLC (n/k/a Full Circle) \*\* | Hero Expansion Group, LLC (90%); Molly Seckman (10%) | Unknown |
| Hero D&B Partners, LLC | Pihakis Restaurant Group LLC (80%); Mike Mouron (20%) - Inactive | Unknown |
| Hero Doughnuts Brand, LLC | Hero Expansion Group, LLC (100%) - Inactive | Unknown |
| Hero Doughnuts Charleston, LLC | Hero Expansion Group, LLC (100%) - Inactive | Unknown |
| Hero Doughnuts Greenville-Holland Park, LLC | Hero Expansion Group, LLC (100%) - Inactive | Unknown |
| Hero Doughnuts Montgomery, LLC | Hero Expansion Group, LLC (100%) - Inactive | Unknown |
| Hero Doughnuts Summerhill LLC | Hero Expansion Group, LLC (90%); Alii Matthews (10%) - Inactive | Unknown |
| Hero Doughnuts Sylvan Heights, LLC | Hero Expansion Group, LLC (100%) - Inactive | Unknown |
| Hero Doughnuts Trace Crossings, LLC | Hero Expansion Group, LLC (100%) - Inactive | Unknown |
| Hero Doughnuts Trussville, LLC | Hero Expansion Group, LLC (90%); Molly Seckman (10%) - Inactive | Unknown |
| Hero Doughnuts Two-Ten GA, LLC | Hero Expansion Group, LLC (100%) - Inactive | Unknown |
| Hero Doughnuts Valley Post, LLC | Hero Expansion Group, LLC (100%) - Inactive | Unknown |
| Hero Doughnuts Wedgewood LLC | Hero Expansion Group, LLC (100%) - Inactive | Unknown |
| Hero Expansion Group, LLC | Hero D&B Partners, LLC (50%); Capstone-Hero, LLC (Mike Mouron) (50%) | Unknown |
| HotDog Pete's Summerhill LLC | Pihakis Restaurant Group LLC (57.50%); Peter Graphos (17.50%); Mike Hufler (25%) - Inactive | Unknown |
| JNN Holdings, LLC | RC IV-B JNN LLC and RC IV-U JNN LLC (Roark Members); PIG - JNN Ventures, LLC (500,000 Units) | Unknown |
| JNN Retail LLC (f/k/a Fresh Retail, LLC) | Pihakis Investment Group, LLC (60%); MIG, LLC (Joey) (40%) - Inactive | Unknown |
| Joyland Avondale, LLC\* | SP Joyland, LLC (50%); Pihakis Restaurant Group LLC (50%) | Unknown |
| Joyland Charleston, LLC | Pihakis Restaurant Group, LLC (33.33%); Paul Mishkin (33.33%); Mike Mouron (33.33%) - Not operating | Unknown |
| Joyland Expansion, LLC | Pihakis Restaurant Group, LLC (40%); Paul Mishkin (60%) | Unknown |
| Joyland Sylvan Heights, LLC | Pihakis Restaurant Group, LLC (33.33%); Paul Mishkin (33.33%); Mike Mouron (33.33%) | Unknown |
| Joyland USA Expansion, LLC | SP Joyland, LLC (60%); Pihakis Restaurant Group LLC (40%) | Unknown |
| Little Donkey Brand, LLC | Pihakis Restaurant Group LLC (80%); Joshua Gentry (20%) | Unknown |
| Little Donkey Montgomery DTN, LLC\* | Pihakis Restaurant Group, LLC (80%); Joshua Gentry (20%) | Unknown |
| Little Donkey Taqueria, LLC\* | Pihakis Restaurant Group LLC (75%); Joshua Gentry (15%); Nick Halfacre (10%) | Unknown |
| Little Donkey Valley Post, LLC | Pihakis Restaurant Group, LLC (100%) - Not operating | Unknown |
| Luca Brand, LLC (n/k/a Salice)\*\* | Pihakis Restaurant Group LLC (100%) | Unknown |
| MEV Birmingham Parkside LLC | Hero Expansion Group, LLC (90%); Molly Seckman (10%) - Not operating | Unknown |

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main Document   Page 27 of 154   (initial) _____

| | | |
|---|---|---|
| PIG - JNN Ventures, LLC | Pihakis Investment Group, LLC (100%) | Unknown |
| PRG Luca, LLC | Pihakis Restaurant Group LLC (80%); Rita Bernhardt (20%) - Not operating | Unknown |
| PRG Valley Post, LLC | Pihakis Restaurant Group LLC (100%) - Not operating | Unknown |
| PRGM LI Holdings, LLC | Pihakis Restaurant Group Management LLC (100%) | Unknown |
| Psito Summerhill, LLC | Pihakis Restaurant Group, LLC - Not operating | Unknown |
| Rodney Scott's BBQ LLC | Pihakis Restaurant Group LLC (45%); Rodney Scott (45%); JER Spirits Investments, LLC (10%) | Unknown |
| Rodney Scott's BBQ (AZBBQ) Holdings, LLC | RSBBQ Partners, LLC (50%); AZ BBQ, LLC (50%) | Unknown |
| RSBBQ 200 Broadway, LLC* | | Unknown |
| Rodney Scott's BBQ Birmingham LLC | Inactive | Unknown |
| Rodney Scott's BBQ Charleston LLC | RSBBQ Partners, LLC (100%) | Unknown |
| Rodney Scott's BBQ Homewood, LLC | RSBBQ Partners, LLC (100%) | Unknown |
| Rodney Scott's BBQ Hoover, LLC | RSBBQ Partners, LLC (100%) - Inactive | Unknown |
| Rodney Scott's BBQ Little River FL, LLC | Inactive | Unknown |
| Rodney Scott's BBQ Met Atlanta, LLC | RSBBQ Partners, LLC (100%) | Unknown |
| Rodney Scott's BBQ Sullivan's Island LLC | Pihakis Restaurant Group LLC (100%) | Unknown |
| Rodney Scott's BBQ Trussville, LLC | RSBBQ Partners, LLC (100%) | Unknown |
| Rodney Scott's BBQ Valley Post, LLC | RSBBQ Partners, LLC (100%) | Unknown |
| RSBBQ Partners, LLC | Pihakis Restaurant Group LLC (70%); Rodney Scott (20%); JER Spirits Investments, LLC (10%) | Unknown |
| Tasty Town Brand, LLC | Pihakis Restaurant Group LLC (100%) | Unknown |

Fill in this information to identify your case:

Debtor 1 **Nick Rae Pihakis**

First Name / Middle Name / Last Name

Debtor 2
(Spouse if, filing)

First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:** **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **103 Perry Place Birmingham, AL 35242  Shelby County Lots 31 (103 Perry Place) and 32 (101 Perry Place) 01 MT LAUREL R-2; MT LAUREL PHASE 3B SEC 1; 0.31501 ac.**<br>Line from *Schedule A/B*: **1.1** | $555,850.00 | ■  $56,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-2(A), 6-10-3, 6-10-4, 6-10-12; Const. Art. X, § 205** |
| **Perry Place (Personal Property): See, attached list (jointly owned).**<br>Line from *Schedule A/B*: **6.1** | $9,985.00 | ■  $4,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-6, 6-10-12** |
| **House at 3245 Eastern Valley Road: See, attached list (jointly owned).**<br>Line from *Schedule A/B*: **6.3** | $3,385.00 | ■  $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-6, 6-10-12** |
| **Perry Place : See, attached list (jointly owned).**<br>Line from *Schedule A/B*: **7.1** | $1,765.00 | ■  $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-6, 6-10-12** |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document        Page 29 of 154

Debtor 1 **Nick Rae Pihakis**  Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Cabin at 3255 Eastern Valley Road: See, attached list (jointly owned).**<br>Line from *Schedule A/B*: **7.2** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-6, 6-10-12** |
| **House at 3245 Eastern Valley Road: See, attached list (jointly owned).**<br>Line from *Schedule A/B*: **7.3** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-6, 6-10-12** |
| **See, attached Collectibles list (jointly owned).**<br>Line from *Schedule A/B*: **8.1** | $2,085.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-6, 6-10-12** |
| **See, attached Hobby/Sports Equipment list (jointly owned).**<br>Line from *Schedule A/B*: **9.1** | $900.00 | ■ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-6, 6-10-12** |
| **Apple Watch (older model) and wedding ring**<br>Line from *Schedule A/B*: **12.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-6, 6-10-12** |
| **Checking: PNC Bank ending 8364**<br>Line from *Schedule A/B*: **17.1** | $24,369.00 | ■ $24,369.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 U.S.C. § 407** |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No
☐ Yes

Case 26-02702-TOM7  Doc 1  Filed 08/06/26  Entered 08/06/26 15:52:27  Desc Main
Document  Page 30 of 154

| Debtor 1 | **Nick Rae Pihakis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| 2.1 | **Bank of America** | Describe the property that secures the claim: | **$122,869.19** | **$60,550.00** | **$62,319.19** |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Department P.O. Box 17237 Wilmington, DE 19886-7237**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2024 Porsche Cayenne 24000 miles Debtor to surrender vehicle**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred    **9/20/2024**    Last 4 digits of account number    **9699**

| 2.2 | **Chase Auto Finance** | Describe the property that secures the claim: | **$44,621.18** | **$22,150.00** | **$22,471.18** |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Department
P.O. Box 650351
Dallas, TX 75265-0351**

**2023 GMC Sierra 1500 75000 miles**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **8/21/2025**      Last 4 digits of account number    **4905**

| 2.3 | **Renasant Bank** | Describe the property that secures the claim: | **$379,786.71** | **$1,111,700.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Department
P.O. Box 4140
Tupelo, MS 38803-4140**

**103 and 101 Perry Place
Birmingham, AL 35242   Shelby County
Lots 31 & 32 01 MT LAUREL R-2; MT LAUREL PHASE 3B SEC 1;
Acreage: 0.15601**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2020**      Last 4 digits of account number    **0001**

Case 26-02702-TOM7     Doc 1     Filed 08/06/26     Entered 08/06/26 15:52:27     Desc Main
Document     Page 32 of 154

Debtor 1 **Nick Rae Pihakis**  
First Name Middle Name Last Name

Case number (if known) _____

| 2.4 | **SouthPoint Bank** | Describe the property that secures the claim: | $600,000.00 | $1,111,700.00 | $0.00 |

Creditor's Name

**103 and 101 Perry Place**
**Birmingham, AL 35242  Shelby**
**County**
**Lots 31 & 32 01 MT LAUREL R-2; MT**
**LAUREL PHASE 3B SEC 1;**
**Acreage: 0.15601**

**3501 Grandview Pkwy**
**Birmingham, AL 35243**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

■ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____  **Last 4 digits of account number** 5632 _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,147,277.08 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,147,277.08 |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document        Page 33 of 154

| Debtor 1 | **Nick Rae Pihakis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | **Total claim** |
|---|---|---|---|

**4.1** **101 Parkside, LLC**
Nonpriority Creditor's Name
**1616 2nd Avenue North
Suite 100
Birmingham, AL 35233**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **4025**

When was the debt incurred? **11/31/25**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **(Debtor not a party) Default Judgment entered against Pihakis Restaurant Group 6/1/26 | re. Lease for 101 12th Street South, STE 300, Birmingham, AL 35233**

**Total claim** **$42,824.61**

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document    Page 34 of 154

**4.2** | **27th Terrace, LLC**
Nonpriority Creditor's Name
**402 Office Park Drive**
**Suite 150**
**Mountain Brook, AL 35223**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$228,599.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal Guaranty Lease Agreement PRG Luca, LLC and Hero Doughnuts Acquisition**

---

**4.3** | **303 Associates LLC**
Nonpriority Creditor's Name
**2015 Boundary Street**
**Suite 300**
**Beaufort, SC 29902**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _____

---

**4.4** | **Ally Financial Inc.**
Nonpriority Creditor's Name
**Ally Detroit Center**
**500 Woodward Ave**
**Detroit, MI 48226**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **1999**          **$32,001.16**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt re. Van (Rodney Scotts BBQ Homewood LLC)**

---

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main Document     Page 35 of 154

| 4.5 | **Ally Financial Inc.** | Last 4 digits of account number | **2214** | **$20,578.65** |

Nonpriority Creditor's Name
**Ally Detroit Center**
**500 Woodward Ave**
**Detroit, MI 48226**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt re. Van (Little Donkey Montgomery DTN LLC)**

| 4.6 | **American Express** | Last 4 digits of account number | **7008** | **$40,000.00** |

Nonpriority Creditor's Name
**Attn:  Bankruptcy Department**
**P.O. Box 650448**
**Dallas, TX 75265-0448**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

| 4.7 | **American Express** | Last 4 digits of account number | **8006** | **$172,966.55** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**PO Box 96001**
**Los Angeles, CA 90096-8000**
Number Street City State Zip Code

**When was the debt incurred?**    **1/16/2026**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

| 4.8 | **American Express** | Last 4 digits of account number | **1002** | $80,802.13 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**
**PO Box 96001**
**Los Angeles, CA 90096-8000**

When was the debt incurred?   **1/16/2026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit Card**

---

| 4.9 | **AP Georgia Avenue Portfolio, LLC** | Last 4 digits of account number | **0663** | $90,270.22 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2151 Hawkins Street**
**Charlotte, NC 28203**

When was the debt incurred?   **4/12/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt (Personal Guarantor) re. Hero Doughnuts Summerhill Lease agreement for 33-A Georgia Avenue, S.E., Atlanta, Georgia 30312 - Lawsuit Filed**

---

| 4.10 | **AP Georgia Avenue Portfolio, LLC** | Last 4 digits of account number | **5450** | $26,808.60 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2151 Hawkins Street**
**Charlotte, NC 28203**

When was the debt incurred?   **4/12/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt (Personal Guarantor) re. Psito Summerhill Lease Agreement for 25 Georgia Avenue, S.E., Atlanta, Georgia 30312 - Lawsuit Filed**

---

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document        Page 37 of 154

| 4.1 1 | **Bank of America** | | Last 4 digits of account number | **3992** | **$80,802.18** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn:  Bankruptcy Department**
**205 E. 10th Street**
**West Point, GA 31833**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.1 2 | **Bank of America** | | Last 4 digits of account number | **6429** | **$17,979.35** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn:  Bankruptcy Department**
**205 E. 10th Street**
**West Point, GA 31833**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.1 3 | **Barclays Lifestyles, LLC (Black Card)** | | Last 4 digits of account number | **6260** | **$69,499.22** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**125 S West Street**
**Wilmington, DE 19801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12/1/2025**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document      Page 38 of 154

---

**4.14**

**BIGMET Project Owner, LLC**
Nonpriority Creditor's Name
**C/O Carter**
**P.O. Box 7129**
**Atlanta, GA 30357**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guaranty under Lease RS BBQ MET Atl.**

**$628,281.00**

---

**4.15**

**Birmingham Parkside Apartments, L.P.**
Nonpriority Creditor's Name
**1701 1st Ave S**
**Birmingham, AL 35233**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guaranty (Lease re. MEV Birmingham Parkside LLC)**

**Unknown**

---

**4.16**

**Birmingham Properties I Owner LLC**
Nonpriority Creditor's Name
**2 NORTH JACKSON STREET STE 605**
**Montgomery, AL 36104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guaranty (Lease re. EMB Parkside Sub LLC dba Tasty Town)**

**$293,855.19**

---

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document        Page 39 of 154

| 4.17 | **Bizfund, LLC** | | | |
|---|---|---|---|---|

**Bizfund, LLC**
Nonpriority Creditor's Name
**315 Avenue U 3rd. Fl.**
**Brooklyn, NY 11223**
Number Street City State Zip Code

**Last 4 digits of account number** **9223**        **$596,000.02**

**When was the debt incurred?**    **1/2/2026**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt (Personal Guarantor) $500k - Lawsuit Pending in NY**

---

| 4.18 | **Bizfund, LLC** | | | |
|---|---|---|---|---|

**Bizfund, LLC**
Nonpriority Creditor's Name
**315 Avenue U 3rd. Fl.**
**Brooklyn, NY 11223**
Number Street City State Zip Code

**Last 4 digits of account number** **9222**        **$254,833.36**

**When was the debt incurred?**    **12/17/2025**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt (Personal Guarantor) $250k - Lawsuit Pending in NY**

---

| 4.19 | **Bizfund, LLC** | | | |
|---|---|---|---|---|

**Bizfund, LLC**
Nonpriority Creditor's Name
**315 Avenue U 3rd. Fl.**
**Brooklyn, NY 11223**
Number Street City State Zip Code

**Last 4 digits of account number** **1638**        **$169,714.10**

**When was the debt incurred?**    **11/19/2025**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt (Personal Guarantor) $200k to PRG Luca, LLC dba Luca Lagotto**

---

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document        Page 40 of 154

### 4.2 0  **BMSS, LLC**

| | |
|---|---|
| Nonpriority Creditor's Name | |
| **300 Richard Arrington Suite 100 Birmingham, AL 35243** | |
| Number Street City State Zip Code | |

Last 4 digits of account number _____      **$50,000.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Accounting Services**

---

### 4.2 1  **BMT Enterprises**

| | |
|---|---|
| Nonpriority Creditor's Name | |
| Number Street City State Zip Code | |

Last 4 digits of account number _____      **$35,000.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt re. PRG, Rodney Scotts, Hero Doughnuts, and Luca and Lucy**

---

### 4.2 2  **Boca Properties, L.L.C.**

| | |
|---|---|
| Nonpriority Creditor's Name | |
| **1200 ALTON DR Birmingham, AL 35210** | |
| Number Street City State Zip Code | |

Last 4 digits of account number _____      **$384,502.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guaranty (Land Lease re. 18th Street Development Group, LLC re. for Hero Trussville & RS BBQ Trussville)**

---

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document      Page 41 of 154

| 4.2 3 | **Cadle, LLC** | **Last 4 digits of account number** _____ | **Unknown** |

**Cadle, LLC**
Nonpriority Creditor's Name
**100 North Center St.**
**Newton Falls, OH 44444**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal Guaranty (Sublease re. Hero Doughnuts Charleston LLC)(Subleased to Joyland Charleston LLC.)**

---

| 4.2 4 | **Dunnavant Valley Dining, LLC** | | **$7,191,714.00** |

**Dunnavant Valley Dining, LLC**
Nonpriority Creditor's Name
**402 Office Park Drive**
**Suite 150**
**Mountain Brook, AL 35223**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal Guaranty (Prime Lease re. PRG Valley Post LLC)**

---

| 4.2 5 | **Equal Justice Initiative** | | **$320,833.26** |

**Equal Justice Initiative**
Nonpriority Creditor's Name
**122 COMMERCE STREET**
**Montgomery, AL 36104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal Guaranty (Leases re. Little Donkey Montgomery DTN LLC and Hero Doughnuts Montgomery LLC)**

---

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document        Page 42 of 154

Debtor 1 **Nick Rae Pihakis**　　　　　　　　　Case number (if known) _____

**4.26**

**Evans Meats, Inc.**
Nonpriority Creditor's Name
**8115 Goodner Mountain Road**
**Birmingham, AL 35173**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **9700** _____　　　**$414,333.11**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt (Personal Guarantor) - Pending Lawsuit**

---

**4.27**

**Fifth Third Bank NA**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**5050 Kingsley Drive MD 1MOCOP**
**Cincinnati, OH 45263**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____　　　**$2,500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Delinquent Account**

---

**4.28**

**Five Star Produce of Central Alabama LLC**
Nonpriority Creditor's Name
**1116 CALICO CIRCLE**
**Birmingham, AL 35215**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **0767**　　　**$238,396.31**

**When was the debt incurred?** **6/30/26**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

---

Case 26-02702-TOM7　Doc 1　Filed 08/06/26　Entered 08/06/26 15:52:27　Desc Main Document　Page 43 of 154

| 4.29 | | | |
|---|---|---|---|
| **Fortif Law Partners** | Last 4 digits of account number _____ | | **$22,000.00** |
| Nonpriority Creditor's Name | | | |
| **2021 Morris Avenue Ste 300 Birmingham, AL 35203** | When was the debt incurred? _____ | | |
| Number Street City State Zip Code | | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **open account**

---

| 4.30 | | | |
|---|---|---|---|
| **Fox Funding Group LLC** | Last 4 digits of account number **9902** | | **$718,716.05** |
| Nonpriority Creditor's Name | | | |
| **803 S 21st Avenue Hollywood, FL 33020** | When was the debt incurred? **12/17/2025 & 12/18/2025** | | |
| Number Street City State Zip Code | | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt (Personal Guarantor) re. Secured Merchant Agreement with PRG LUCA, LLC (Blanket Security Interest in several other LLCs)**

---

| 4.31 | | | |
|---|---|---|---|
| **Graham & Company LLC** | Last 4 digits of account number _____ | | **$15,730.72** |
| Nonpriority Creditor's Name | | | |
| **1801 Fifth Avenue N, Suite 100 Birmingham, AL 35203** | When was the debt incurred? _____ | | |
| Number Street City State Zip Code | | | |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt re. EMB Hospitality**

---

| 4.3 2 | **Instafunders LLC** | **Last 4 digits of account number** | | **$200,000.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**3250 NE 1st Avenue Ste. 307**
**Miami, FL 33137**
Number Street City State Zip Code

**When was the debt incurred?**    **1/30/2026**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt (Personal Guarantor)**

---

| 4.3 3 | **Itria Ventures, LLC** | **Last 4 digits of account number**  **2206** | **$364,617.76** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**One Penn Plaza, Suite 4915**
**New York, NY 10119**
Number Street City State Zip Code

**When was the debt incurred?**    **4/27/2026**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt (Personal Guarantor) re. Rodney Scott's BBQ Charleston LLC | Lawsuit Filed**

**4.34**

**JLL Properties: 23-39 Georgia Ave. SE**
Nonpriority Creditor's Name
**701 East Bay Street**
**Suite 308**
**Charleston, SC 29403**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal Guaranty (Lease with 23 - 39 Georgia Ave. SE, Atlanta, GA re. Hero Doughnuts Summerhill LLC / Psito Summerhill LLC)**

---

**4.35**

**JPMorgan Chase Bank N.A.**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**1111 Polaris Pkwy**
**Columbus, OH 43240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4905**      **$42,797.12**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt re. Michael Goolsby Truck (Little Donkey Montgomery DTN LLC)**

---

**4.36**

**KultureCity**
Nonpriority Creditor's Name
**732 Montgomery Highway, PMB 392**
**Vestavia Hills, AL 35216**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      **$12,500.00**

**When was the debt incurred?**   **4/20/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Sponsorship Balance**

---

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document     Page 46 of 154

---

**4.37**

**Lucky Clucky, LLC**
Nonpriority Creditor's Name
**c/o Robert Stehling**
**30 Gordon Street**
**Charleston, SC 29403**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$87,196.93**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty Lease for 1011 King Street, Charleston SC 29403 for Rodney Scott's BBQ Charleston**

---

**4.38**

**Lula Edwards**
Nonpriority Creditor's Name
**1535 Bay Avenue SW**
**Birmingham, AL 35211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **8000**          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **(Debtor not a party) Lawsuit against Pihakis Restaurant Group**

---

**4.39**

**Lumen in Birmingham**
Nonpriority Creditor's Name
**10 14th Street South**
**Birmingham, AL 35233**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **7960**          **$150,225.96**

**When was the debt incurred?**  **08/01/2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guaranty Lease re. Tasty Town**

---

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document     Page 47 of 154

| 4.40 | **MAM Investments, LLC** | **Last 4 digits of account number** | | **$132,766.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**402 OFFICE PARK DRIVE SUITE 150**
**Birmingham, AL 35223**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal Guaranty (Leases re. Little Donkey Taqueria LLC and Rodney Scotts BBQ Homewood LLC)**

| 4.41 | **Michael Mouron** | **Last 4 digits of account number** | | **$2,571,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**402 Office Park Drive, Suite 150**
**Birmingham, AL 35223**
Number Street City State Zip Code

**When was the debt incurred?**    **2025**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Loans to PRG, LLC re. Dunnavant Laese and Terrace Lease (PRG Valley Post loan)**

| 4.4 2 | **Nashville Phase II Property Holder LLC** | | **Unknown** |
|---|---|---|---|

**Nashville Phase II Property Holder LLC**
Nonpriority Creditor's Name
**c/o CSC, Registered Agent**
**251 LITTLE FALLS DRIVE**
**Wilmington, DE 19808**
Number Street City State Zip Code

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?**     **3/8/2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt (Personal Guarantor) re. Hero Doughnuts Wedgewood, LLC (Lease on 2,036 sq ft known as Space Number 120 located at 1131 4th Avenue South, Nashville, Tennessee 37203)**

---

| 4.4 3 | **Nissan Motor Acceptance Company, LLC** | | **$3,730.47** |
|---|---|---|---|

**Nissan Motor Acceptance Company, LLC**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**8900 Freeport Parkway**
**Irving, TX 75063-2438**
Number Street City State Zip Code

**Last 4 digits of account number** _____     **$3,730.47**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt re. Van (Hero Doughnuts Summerhill LLC)**

---

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document       Page 49 of 154

| 4.4 4 | **PF-Town Center II, LLC** | Last 4 digits of account number | **0598** | $1,275,567.83 |

**PF-Town Center II, LLC**
Nonpriority Creditor's Name
**101 World Drive, Suite 350**
**Peachtree City, GA 30269**
Number Street City State Zip Code

**When was the debt incurred?**    **11/11/2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0598**    $1,275,567.83

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Buisness Debt (Personal Guarantor) re. Pihakis Restaurant Group, LLC (Lease payable for Hero Doughnuts Two-Ten GA, LLC) - Lawsuit Filed**

---

| 4.4 5 | **Renasant Bank** | Last 4 digits of account number | **3760** | $25,000.00 |

**Renasant Bank**
Nonpriority Creditor's Name
**8 Commerce St**
**Montgomery, AL 36104**
Number Street City State Zip Code

**When was the debt incurred?**    **3/4/2025**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **consensual lien**

---

| 4.4 6 | **Renasant Bank** | Last 4 digits of account number | **1377** | $25,000.00 |

**Renasant Bank**
Nonpriority Creditor's Name
**Attn:  Bankruptcy Department**
**8 Commerce Street**
**Montgomery, AL 36104**
Number Street City State Zip Code

**When was the debt incurred?**    **1/21/2025**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **consensual lien**

---

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document    Page 50 of 154

**4.47**

**Renasant Bank**
Nonpriority Creditor's Name
**8 Commerce St**
**Montgomery, AL 36104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **6311**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Loan to Little Donkey Valley Post**

**$435,000.00**

---

**4.48**

**Renasant Bank**
Nonpriority Creditor's Name
**8 Commerce St**
**Montgomery, AL 36104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **6320**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Loan to Psito Summerhill LLC**

**$174,944.95**

---

**4.49**

**Renasant Bank**
Nonpriority Creditor's Name
**8 Commerce St**
**Montgomery, AL 36104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **6691**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Loan to Pihakis Restaurant Group LLC**

**$502,000.00**

---

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document        Page 51 of 154

| 4.50 | | |
|---|---|---|
| **River Bank & Trust**<br>Nonpriority Creditor's Name<br>**620 Second Avenue North**<br>**Clanton, AL 35045**<br>Number Street City State Zip Code | **Last 4 digits of account number** **5010** | **$18,607.01** |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Personal guaranty Business Debt re. Van (Rodney Scotts BBQ Charleston LLC)**

---

| 4.51 | | |
|---|---|---|
| **River Bank & Trust**<br>Nonpriority Creditor's Name<br>**620 Second Avenue North**<br>**Clanton, AL 35045**<br>Number Street City State Zip Code | **Last 4 digits of account number** **5010** | **$12,702.81** |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt re. Van (Rodney Scotts BBQ Homewood LLC)**

---

| 4.52 | | |
|---|---|---|
| **River Bank & Trust**<br>Nonpriority Creditor's Name<br>**620 Second Avenue North**<br>**Clanton, AL 35045**<br>Number Street City State Zip Code | **Last 4 digits of account number** **5010** | **$12,600.69** |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt re. Van (Rodney Scotts BBQ Met Atlanta LLC)**

---

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document   Page 52 of 154

---

**4.53**

**River Bank & Trust**
Nonpriority Creditor's Name
**620 Second Avenue North**
**Clanton, AL 35045**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **5010** _____        **$19,356.20**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt re. Van (Hero Doughnuts Sylvan Heights LLC)**

---

**4.54**

**River Bank & Trust**
Nonpriority Creditor's Name
**620 Second Avenue North**
**Clanton, AL 35045**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **5010** _____        **$17,806.01**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt re. Van (Tasty Town)**

---

**4.55**

**Robert Richey**
Nonpriority Creditor's Name
**2660 EastChase Lane, Suite 300**
**Montgomery, AL 36117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Potential claim for contribution**

---

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document        Page 53 of 154

**4.56**

**Robert Simon**
Nonpriority Creditor's Name
**60 14th Street South**
**Suite 104**
**Birmingham, AL 35233**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

Last 4 digits of account number _____    **$31,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt re. EMB Hospitality and Tasty Town | Potential claim for contribution**

---

**4.57**

**Robertson Banking Company**
Nonpriority Creditor's Name
**216 North Walnut Ave**
**Demopolis, AL 36732**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **5100**    **$625,668.61**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt (Personal Guarantor) - Pending Lawsuit**

---

**4.58**

**Shaw Technology**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**1430 I-85 Pkwy**
**Montgomery, AL 36106**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$117,800.47**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Loan to PRGM, LLC**

---

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document     Page 54 of 154

**4.59**

**SouthernFirst Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.
6 Verdae Blvd
Greenville, SC 29607**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **2964**                         **$83,057.25**

**When was the debt incurred?    6/19/26**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Loan to Rodney Scotts BBQ Charleston, LLC**

---

**4.60**

**SouthPoint Bank**

Nonpriority Creditor's Name

**Attn: John Sivley, Commercial Banking
3501 Grandview Pkwy
Birmingham, AL 35243**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3021**                         **$3,972,000.00**

**When was the debt incurred?    11/10/2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt (Personal Guarantor) re. Trussville Project**

---

**4.61**

**SouthPoint Bank**

Nonpriority Creditor's Name

**Attn: John Sivley, Commercial Banking
3501 Grandview Pkwy
Birmingham, AL 35243**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **4641**                         **$967,000.00**

**When was the debt incurred?    8/15/2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty of Note to RS BBQ Met Atlanta**

---

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document         Page 55 of 154

| 4.6 2 | **SouthPoint Bank** | Last 4 digits of account number | **5743** | **$1,000,000.00** |

Nonpriority Creditor's Name
**Attn: John Sivley, Commercial Banking**
**3501 Grandview Pkwy**
**Birmingham, AL 35243**

When was the debt incurred? **04/2026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt (Personal Guarantor) re. Loan to Pihakis Investment Group, LLC**

| 4.6 3 | **SouthPoint Bank** | Last 4 digits of account number | **5661** | **$573,750.00** |

Nonpriority Creditor's Name
**Attn: John Sivley, Commercial Banking**
**3501 Grandview Pkwy**
**Birmingham, AL 35243**

When was the debt incurred? **12/16/2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt (Personal Guarantor) re. Loan to 18th Street Development Group for real property: 3255 and 3267 Eastern Valley Road, Leeds, AL 35094**

Case 26-02702-TOM7  Doc 1  Filed 08/06/26  Entered 08/06/26 15:52:27  Desc Main Document  Page 56 of 154

| 4.6 4 | **SouthPoint Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: John Sivley, Commercial Banking**
**3501 Grandview Pkwy**
**Birmingham, AL 35243**
Number Street City State Zip Code

**Last 4 digits of account number**    **4869**      **$266,278.72**

**When was the debt incurred?**    **02/2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt (Personal Guarantor) re. Loan to Rodney Scott's BBQ Met Atlanta, LLC for construction**

---

| 4.6 5 | **SouthPoint Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: John Sivley, Commercial Banking**
**3501 Grandview Pkwy**
**Birmingham, AL 35243**
Number Street City State Zip Code

**Last 4 digits of account number**    **4106**      **$500,000.00**

**When was the debt incurred?**    **7/6/2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt (Personal Guarantor) re. Loan to PRG Luca, LLC**

---

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document    Page 57 of 154

Debtor 1 **Nick Rae Pihakis**   Case number (if known) _____

| 4.66 | | | |
|---|---|---|---|
| | **SouthPoint Bank** | Last 4 digits of account number **7421** | **$750,000.00** |
| | Nonpriority Creditor's Name | | |
| | **Attn: John Sivley, Commercial Banking**<br>**3501 Grandview Pkwy**<br>**Birmingham, AL 35243** | When was the debt incurred? **7/17/2025** | |
| | Number Street City State Zip Code | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt (Personal Guarantor) re. Loan to Pihakis Restaurant Group Management, LLC**

| 4.67 | | | |
|---|---|---|---|
| | **SouthPoint Bank** | Last 4 digits of account number **3101** | **$1,000,000.00** |
| | Nonpriority Creditor's Name | | |
| | **Attn: John Sivley, Commercial Banking**<br>**3501 Grandview Pkwy**<br>**Birmingham, AL 35243** | When was the debt incurred? **12/16/2024** | |
| | Number Street City State Zip Code | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt re. Loan to Diddy's Chief's Investment, LLC**

| 4.68 | **SouthPoint Bank** | Last 4 digits of account number | **1477** | **$204,839.51** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: John Sivley, Commercial Banking**
**3501 Grandview Pkwy**
**Birmingham, AL 35243**
Number Street City State Zip Code

**When was the debt incurred?**  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Loan to Rodney Scotts BBQ Homewood LLC**

---

| 4.69 | **SouthPoint Bank** | Last 4 digits of account number | **4106** | **$1,083,508.45** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: John Sivley, Commercial Banking**
**3501 Grandview Pkwy**
**Birmingham, AL 35243**
Number Street City State Zip Code

**When was the debt incurred?**  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Loan to PRG Luca LLC**

Case 26-02702-TOM7  Doc 1  Filed 08/06/26  Entered 08/06/26 15:52:27  Desc Main
Document  Page 59 of 154

### 4.70

**SouthPoint Bank**
Nonpriority Creditor's Name
**Attn: John Sivley, Commercial Banking**
**3501 Grandview Pkwy**
**Birmingham, AL 35243**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** | **6326** |
| **When was the debt incurred?** | **12/16/2021** |

$2,759,363.84

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt (Personal Guarantor) re. Loan to 18th Street Development Group**

### 4.71

**SouthPoint Bank**
Nonpriority Creditor's Name
**Attn: John Sivley, Commercial Banking**
**3501 Grandview Pkwy**
**Birmingham, AL 35243**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** | **6453** |
| **When was the debt incurred?** | **Apri, 2019** |

$9,000,000.00

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Personal Guaranty of Loan to Pihakis Investment Group**

### 4.72

**SouthPoint Bank**
Nonpriority Creditor's Name
**3501 Grandview Pkwy**
**Birmingham, AL 35243**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** | |
| **When was the debt incurred?** | |

$887,500.00

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Personal Guaranty of Promissory Note to 18th St. Development**

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main Document      Page 60 of 154

| 4.7 3 | **Stadium Trace Village Shoppes, LLC** | | | | $0.00 |
|---|---|---|---|---|---|

**Stadium Trace Village Shoppes, LLC**
Nonpriority Creditor's Name
**318 N COLLEGE STREET**
**Auburn, AL 36830**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guaranty (Lease re. Hero Doughnuts Trace Crossings LLC)**

---

**Sunrise Properties LLC**
Nonpriority Creditor's Name
**680 Murphy Ave SW Suite 4150**
**Atlanta, GA 30310**
Number Street City State Zip Code

$81,204.46

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt (Personal Guarantor) re. Rodney Scotts BBQ MET Atlanta (Lease agreement for 668 Metropolitan Parkway STE 101 Atlanta, GA 30310)**

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document      Page 61 of 154

**4.75**

**Third Avenue S, LLC**                          Last 4 digits of account number _____                          **$576,177.00**

Nonpriority Creditor's Name
**402 Office Park Drive, Ste 150**
**Birmingham, AL 35223**                          **When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.                          **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                          ■ Contingent

☐ Debtor 1 and Debtor 2 only                          ■ Unliquidated

■ At least one of the debtors and another                          ■ Disputed

☐ **Check if this claim is for a community debt**                          **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                          ■ Other. Specify  **Personal Guaranty (Lease re. Pihakis Restaurant Group LLC)(Joyland Avondale LLC & Pihakis Restaurant Group Management sublease from Pihakis Restaurant Group LLC)**

---

**4.76**

**Thomas E. "Tec" Cutcliffe**                          Last 4 digits of account number _____                          **$78,048.67**

Nonpriority Creditor's Name
**106 RAINBOW DRIVE**
**Dothan, AL 36303**                          **When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.                          **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                          ■ Contingent

☐ Debtor 1 and Debtor 2 only                          ■ Unliquidated

■ At least one of the debtors and another                          ■ Disputed

☐ **Check if this claim is for a community debt**                          **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                          ■ Other. Specify  **Loan to Rodney Scotts BBQ Charleston, LLC**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ally Bank**<br>**Attn: Bankruptcy Dept.**<br>**200 West Civic Center Dr**<br>**Sandy, UT 84070** | Line **4.4** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **1999** |
| **Ally Bank**<br>**Attn: Bankruptcy Dept.**<br>**200 West Civic Center Dr**<br>**Sandy, UT 84070** | Line **4.5** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **1999** |
| **Arnall Golden Gregory LLP** | Line **4.9** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document          Page 62 of 154

Debtor 1 **Nick Rae Pihakis**

Case number (if known) _____

**171 17th Street NW, Suite 2100**
**Atlanta, GA 30363**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Arnall Golden Gregory LLP**<br>**171 17th Street NW, Suite 2100**<br>**Atlanta, GA 30363**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (*Check one*): □ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**BALCH & BINGHAM LLP**<br>**PO Box 306**<br>**Birmingham, AL 35201**<br><br>Last 4 digits of account number **0497** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.26** of (*Check one*): □ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Ball Ball Matthews & Novak PA**<br>**445 Dexter Ave, Suite 9045**<br>**Montgomery, AL 36104-3775**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.58** of (*Check one*): □ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Ball Ball Matthews & Novak PA**<br>**PO Box 2148**<br>**Montgomery, AL 36102-2148**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.58** of (*Check one*): □ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**BIGMET Project Owner, LLC**<br>**Arnall Golden Gregory LLP**<br>**171 17th Street NW, Suite 2100**<br>**Atlanta, GA 30363**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (*Check one*): □ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**BIGMET Project Owner, LLC**<br>**675 Metropolitan Parkway SW**<br>**Suite 4000**<br>**Atlanta, GA 30310**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (*Check one*): □ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Birmingham Properties I Owner LLC**<br>**1 TOWN CENTER ROAD STE 300**<br>**Boca Raton, FL 33486**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.16** of (*Check one*): □ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Blackstone Trial Group**<br>**1200 Corporate Drive**<br>**Suite 425**<br>**Hoover, AL 35242**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of (*Check one*): □ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Boca Properties, LLC**<br>**7415 Gadsden Hwy**<br>**Trussville, AL 35173**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (*Check one*): □ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Bradley Arant Boult & Cummings LLP**<br>**One Federal Place**<br>**1819 Fifth Ave North**<br>**Birmingham, AL 35203-2119**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.61** of (*Check one*): □ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  **Nick Rae Pihakis**                    Case number (if known) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Bradley Arant Boult & Cummings, LLP**<br>**Attn: William C. Byrd, II, Esq.**<br>**1819 Fifth Avenue North**<br>**Birmingham, AL 35203** | Line **4.62** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **5743** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Bradley Arant Boult & Cummings, LLP**<br>**Attn: William C. Byrd, II, Esq.**<br>**1819 Fifth Avenue North**<br>**Birmingham, AL 35203** | Line **4.63** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **5661** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Bradley Arant Boult & Cummings, LLP**<br>**Attn: William C. Byrd, II, Esq.**<br>**1819 Fifth Avenue North**<br>**Birmingham, AL 35203** | Line **4.70** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **5661** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Cassidy Coates Price PA**<br>**1052 North Church Street**<br>**Greenville, SC 29601** | Line **4.59** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Cassidy Coates Price PA**<br>**PO Box 10529**<br>**Greenville, SC 29603** | Line **4.59** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Chris Glenos**<br>**Bradley Arant**<br>**1819 Fifth Avenue N**<br>**Birmingham, AL 35203** | Line **4.60** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Daniel Sparks**<br>**Christian & Small**<br>**505 North 20th Street, Suite 1800**<br>**Birmingham, AL 35203** | Line **4.57** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **1851** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **David C. Skinner, LLC**<br>**300 Office Park Drive, Suite 160**<br>**Birmingham, AL 35223** | Line **4.1** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **4025** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Gilpin Givhan, P.C.**<br>**2660 Eastchase Lane**<br>**Suite 300**<br>**Montgomery, AL 36117** | Line **4.9** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Gilpin Givhan, P.C.**<br>**2660 Eastchase Lane**<br>**Suite 300** | Line **4.10** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

**Montgomery, AL 36117**

| | Last 4 digits of account number |

---

**Name and Address**
**Harrington Hope & Mitchell LTD**
**108 Main Avenue SW**
**Suite 500**
**Warren, OH 44481**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Harrington Hope & Mitchell LTD**
**2235 East Pershing Street, Suite A**
**Salem, OH 44460**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Holland & Knight, LLP**
**4041 Park Oaks Blvd.**
**Tampa, FL 33610**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Itria Ventures, LLC**
**Attn: Bankruptcy Dept.**
**One Penn Plaza, Suite 4530**
**New York, NY 10119**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Jesse Vogtle**
**Holland & Knigh**
**1901 Sixth Ave. N. Ste 1400**
**Birmingham, AL 35203**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**KATHEREE HUGHES, JR.**
**2017 2nd Avenue North (Suite 200)**
**Birmingham, AL 35203**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **0767**

---

**Name and Address**
**Lucky Clucky, LLC**
**C/O Cobb Hammett Law Firm**
**222 W. Coleman Blvd.**
**Mount Pleasant, SC 29464**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.37** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Lula Edwards**
**c/o Tron Law Firm**
**3414 Old Columbiana Road**
**Birmingham, AL 35226**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **1780**

---

**Name and Address**
**McCullough Khan Appel**
**2036 eWall Street**
**Mount Pleasant, SC 29464**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **2206**

---

**Name and Address**
**Nashville Phase II Property Holder**
**LLC**
**133 North Jefferson Street**
**4th Floor**
**Chicago, IL 60661**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.42** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document        Page 65 of 154

| | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nissan Motor Acceptance Company, LLC**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 740849**<br>**Cincinnati, OH 45274-0849** | Line **4.43** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **NORMAN, WOOD, KENDRICK AND TURNER**<br>**Ridge Park Place, Suite 3000**<br>**1130 22nd Street South**<br>**Birmingham, AL 35205** | Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number         **0656**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Pierson Ferdinand**<br>**860 Johnson Ferry Road**<br>**Suite 140-226**<br>**Atlanta, GA 30342** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Pierson Ferdinand**<br>**260 Peachtree Street NW**<br>**Suite 2200**<br>**Atlanta, GA 30303** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Robert Simon**<br>**c/o Denton Sirote PC**<br>**2311 Highland Avenue South**<br>**Birmingham, AL 35205** | Line **4.56** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Robertson Banking Company**<br>**P.O. Drawer 490**<br>**Demopolis, AL 36732** | Line **4.57** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Schechter Law Offices, PC**<br>**2371 McDonald Avenue**<br>**Brooklyn, NY 11223** | Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number         **9222**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Schechter Law Offices, PC**<br>**2371 McDonald Avenue**<br>**Brooklyn, NY 11223** | Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number         **9222**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Steven N. Newton, LLC**<br>**135 Brandywine Blvd. Suite C**<br>**Fayetteville, GA 30214** | Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Sunrise Properties LLC**<br>**6277 Carolina Commons Drive**<br>**Suite 600**<br>**Indian Land, SC 29707** | Line **4.74** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document        Page 66 of 154

| | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Sunrise Properties LLC** <br> **Corporation Trust Center** <br> **1209 Orange Street** <br> **Wilmington, DE 19801** | Line **4.74** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Transworld Systems, Inc.** <br> **Attn: Bankruptcy Dept.** <br> **500 Virginia Drive Suite 514** <br> **Fort Washington, PA 19034** | Line **4.71** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number        **6453**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Tunde Ezekiel** <br> **550 Pharr Road Ste 642** <br> **Atlanta, GA 30305** | Line **4.74** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Wolters Kluwer Lien Solutions** <br> **P.O. Box 29071** <br> **Glendale, CA 91209-9071** | Line **4.46** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Zwicker & Associates, P.C.** <br> **80 Minuteman Road** <br> **Andover, MA 01810-1008** | Line **4.7** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Zwicker & Associates, P.C.** <br> **80 Minuteman Road** <br> **Andover, MA 01810-1008** | Line **4.8** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 42,880,157.51 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 42,880,157.51 |

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document   Page 67 of 154

| Debtor 1 | **Nick Rae Pihakis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number   Street <br><br> City          State          ZIP Code | |
| **2.2** <br> Name <br><br> Number   Street <br><br> City          State          ZIP Code | |
| **2.3** <br> Name <br><br> Number   Street <br><br> City          State          ZIP Code | |
| **2.4** <br> Name <br><br> Number   Street <br><br> City          State          ZIP Code | |
| **2.5** <br> Name <br><br> Number   Street <br><br> City          State          ZIP Code | |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document        Page 68 of 154

Debtor 1 **Nick Rae Pihakis**
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors 12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 **18th Street Development Group, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.60**__ ☐ Schedule G _____ **SouthPoint Bank** |
| 3.2 **18th Street Development Group, LLC** **103 Perry Place** **Birmingham, AL 35242** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.61**__ ☐ Schedule G _____ **SouthPoint Bank** |
| 3.3 **18th Street Development Group, LLC** **212 Hall Ave** **Birmingham, AL 35209** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.63**__ ☐ Schedule G _____ **SouthPoint Bank** |

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

| 3.4 | **18th Street Development Group, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.22**__ ☐ Schedule G _____ **Boca Properties, L.L.C.** |
|---|---|---|
| 3.5 | **18th Street Development Group, LLC** **212 Hall Ave** **Birmingham, AL 35209** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.70**__ ☐ Schedule G _____ **SouthPoint Bank** |
| 3.6 | **Diddy's Chief's Investment, LLC** **103 Perry Place** **Birmingham, AL 35242** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.67**__ ☐ Schedule G _____ **SouthPoint Bank** |
| 3.7 | **EMB Hospitality, LLC** **c/o Robert A. Simon, registered agent** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.57**__ ☐ Schedule G _____ **Robertson Banking Company** |
| 3.8 | **EMB Parkside Sub, LLC** **c/o Robert A. Simon, registered agent** **60 14th Street South, Suite 104** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.26**__ ☐ Schedule G _____ **Evans Meats, Inc.** |
| 3.9 | **EMB Parkside Sub, LLC** **c/o Robert A. Simon, registered agent** **60 14th Street South, Suite 104** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.16**__ ☐ Schedule G _____ **Birmingham Properties I Owner LLC** |
| 3.10 | **Hero _____ EJI, LLC** **UNKNOWN** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.25**__ ☐ Schedule G _____ **Equal Justice Initiative** |
| 3.11 | **Hero Acquisition Co., LLC** **103 Perry Place** **Birmingham, AL 35242** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.26**__ ☐ Schedule G _____ **Evans Meats, Inc.** |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document      Page 70 of 154

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.12 **Hero Acquisition Co., LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.17**___ <br> ☐ Schedule G _____ <br> **Bizfund, LLC** |
| 3.13 **Hero Acquisition Co., LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.30**___ <br> ☐ Schedule G _____ <br> **Fox Funding Group LLC** |
| 3.14 **Hero Acquisition Co., LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.32**___ <br> ☐ Schedule G _____ <br> **Instafunders LLC** |
| 3.15 **Hero D&B Partners LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.17**___ <br> ☐ Schedule G _____ <br> **Bizfund, LLC** |
| 3.16 **Hero D&B Partners LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.30**___ <br> ☐ Schedule G _____ <br> **Fox Funding Group LLC** |
| 3.17 **Hero D&B Partners LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.32**___ <br> ☐ Schedule G _____ <br> **Instafunders LLC** |
| 3.18 **Hero Doughnuts Charleston LLC** <br> **c/o Joe Cunningham** <br> **1356 Honeysuckle Lane** <br> **Charleston, SC 29412** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.23**___ <br> ☐ Schedule G _____ <br> **Cadle, LLC** |
| 3.19 **Hero Doughnuts Homewood, LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.28**___ <br> ☐ Schedule G _____ <br> **Five Star Produce of Central Alabama LLC** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20  **Hero Doughnuts Hoover, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.28**__<br>☐ Schedule G _____<br>**Five Star Produce of Central Alabama LLC** |
| 3.21  **Hero Doughnuts Montgomery LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Bizfund, LLC** |
| 3.22  **Hero Doughnuts Montgomery LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.30**__<br>☐ Schedule G _____<br>**Fox Funding Group LLC** |
| 3.23  **Hero Doughnuts Montgomery LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.32**__<br>☐ Schedule G _____<br>**Instafunders LLC** |
| 3.24  **Hero Doughnuts Montgomery LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.28**__<br>☐ Schedule G _____<br>**Five Star Produce of Central Alabama LLC** |
| 3.25  **Hero Doughnuts Montgomery, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.26**__<br>☐ Schedule G _____<br>**Evans Meats, Inc.** |
| 3.26  **Hero Doughnuts Parkside, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.28**__<br>☐ Schedule G _____<br>**Five Star Produce of Central Alabama LLC** |
| 3.27  **Hero Doughnuts Summerhill LLC**<br>**c/o Angela Mosier, registered agent**<br>**626 Robinson Ave SE**<br>**Atlanta, GA 30312** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.26**__<br>☐ Schedule G _____<br>**Evans Meats, Inc.** |

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document     Page 72 of 154

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.28 **Hero Doughnuts Summerhill LLC**
**Attn: Pihakis Restaurant Group, LLC**
**212 Hall Avenue**
**Birmingham, AL 35209**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.9**___
☐ Schedule G _____
**AP Georgia Avenue Portfolio, LLC**

3.29 **Hero Doughnuts Summerhill LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Bizfund, LLC**

3.30 **Hero Doughnuts Summerhill LLC**
**33 GEORGIA AVE SOUTHEAST**
**SUITE A**
**Atlanta, GA 30312**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Fox Funding Group LLC**

3.31 **Hero Doughnuts Summerhill LLC**
**33 GEORGIA AVE SOUTHEAST**
**SUITE A**
**Atlanta, GA 30312**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**Instafunders LLC**

3.32 **Hero Doughnuts Summerhill LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.43**___
☐ Schedule G _____
**Nissan Motor Acceptance Company, LLC**

3.33 **Hero Doughnuts Sylvan Heights, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.53**___
☐ Schedule G _____
**River Bank & Trust**

3.34 **Hero Doughnuts Trace Crossings, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Evans Meats, Inc.**

3.35 **Hero Doughnuts Trace Crossings, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.73**___
☐ Schedule G _____
**Stadium Trace Village Shoppes, LLC**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.36  **Hero Doughnuts Trussville, LLC**
**212 Hall Ave**
**Birmingham, AL 35209**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.26**__
☐ Schedule G _____
**Evans Meats, Inc.**

3.37  **Hero Doughnuts Trussville, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.17**__
☐ Schedule G _____
**Bizfund, LLC**

3.38  **Hero Doughnuts Trussville, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.30**__
☐ Schedule G _____
**Fox Funding Group LLC**

3.39  **Hero Doughnuts Trussville, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.32**__
☐ Schedule G _____
**Instafunders LLC**

3.40  **Hero Doughnuts Trussville, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.28**__
☐ Schedule G _____
**Five Star Produce of Central Alabama LLC**

3.41  **Hero Doughnuts Two-Ten GA LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.17**__
☐ Schedule G _____
**Bizfund, LLC**

3.42  **Hero Doughnuts Two-Ten GA LLC**
**212 HALL AVE**
**Birmingham, AL 35209**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.30**__
☐ Schedule G _____
**Fox Funding Group LLC**

3.43  **Hero Doughnuts Two-Ten GA LLC**
**212 HALL AVE**
**Birmingham, AL 35209**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.32**__
☐ Schedule G _____
**Instafunders LLC**

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document      Page 74 of 154

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.44  **Hero Doughnuts Two-Ten GA LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.44**__ <br> ☐ Schedule G _____ <br> **PF-Town Center II, LLC** |
| 3.45  **Hero Doughnuts Two-Ten GA, LLC** <br> **c/o Angela Mosier, registered agent** <br> **626 Robinson Ave SE** <br> **Atlanta, GA 30312** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.26**__ <br> ☐ Schedule G _____ <br> **Evans Meats, Inc.** |
| 3.46  **Hero Doughnuts Valley Post, LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.26**__ <br> ☐ Schedule G _____ <br> **Evans Meats, Inc.** |
| 3.47  **Hero Doughnuts Valley Post, LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.28**__ <br> ☐ Schedule G _____ <br> **Five Star Produce of Central Alabama LLC** |
| 3.48  **Hero Doughnuts Valley Post, LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.24**__ <br> ☐ Schedule G _____ <br> **Dunnavant Valley Dining, LLC** |
| 3.49  **Hero Doughnuts Wedgewood LLC** <br> **dba Hero Doughnuts and Buns** <br> **212 HALL AVE** <br> **Birmingham, AL 35209** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.42**__ <br> ☐ Schedule G _____ <br> **Nashville Phase II Property Holder LLC** |
| 3.50  **Hero Doughnuts, LLC** <br> **3798 Abbeyglen Way** <br> **Birmingham, AL 35226** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.23**__ <br> ☐ Schedule G _____ <br> **Cadle, LLC** |
| 3.51  **Hero Expansion Group, LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.17**__ <br> ☐ Schedule G _____ <br> **Bizfund, LLC** |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main Document     Page 75 of 154

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

3.52    **Hero Expansion Group, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Fox Funding Group LLC**

3.53    **Hero Expansion Group, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**Instafunders LLC**

3.54    **Jay Griffin**
**1274 Liberty Road**
**Chelsea, AL 35043**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.64**___
☐ Schedule G _____
**SouthPoint Bank**

3.55    **JER Spirits Investments, LLC**
**c/o Robert Ritchey, Registered Agent**
**2660 Eastchase Lane, Suite 300**
**Montgomery, AL 36117**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.33**___
☐ Schedule G _____
**Itria Ventures, LLC**

3.56    **Jeremy Chambers**
**155 Aristocrat Court**
**Fayetteville, GA 30215**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.9**___
☐ Schedule G _____
**AP Georgia Avenue Portfolio, LLC**

3.57    **JNN Holdings LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Bizfund, LLC**

3.58    **JNN Holdings LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Fox Funding Group LLC**

3.59    **JNN Holdings LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**Instafunders LLC**

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document        Page 76 of 154

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.60   **Joshua Gentry** **Little Donkey** **2701 18th St., Ste 200** **Birmingham, AL 35209** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.30**__ ☐ Schedule G _____ **Fox Funding Group LLC** |
| 3.61   **Joyland Charleston, LLC** **145 Calhoun Street, Suite 101** **Charleston, SC 29401** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.23**__ ☐ Schedule G _____ **Cadle, LLC** |
| 3.62   **LD Valley** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.18**__ ☐ Schedule G _____ **Bizfund, LLC** |
| 3.63   **Little Donkey Brand LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.17**__ ☐ Schedule G _____ **Bizfund, LLC** |
| 3.64   **Little Donkey Brand LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.30**__ ☐ Schedule G _____ **Fox Funding Group LLC** |
| 3.65   **Little Donkey Brand LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.32**__ ☐ Schedule G _____ **Instafunders LLC** |
| 3.66   **Little Donkey Downtown Montgomery** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.28**__ ☐ Schedule G _____ **Five Star Produce of Central Alabama LLC** |
| 3.67   **Little Donkey Homewood** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.28**__ ☐ Schedule G _____ **Five Star Produce of Central Alabama LLC** |

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main Document     Page 77 of 154

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.68   **Little Donkey Montgomery DTN LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.26**__ <br> ☐ Schedule G _____ <br> **Evans Meats, Inc.** |
| 3.69   **Little Donkey Montgomery DTN LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.5**__ <br> ☐ Schedule G _____ <br> **Ally Financial Inc.** |
| 3.70   **Little Donkey Montgomery DTN LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.35**__ <br> ☐ Schedule G _____ <br> **JPMorgan Chase Bank N.A.** |
| 3.71   **Little Donkey Montgomery LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233** | ■ Schedule D, line __**2.2**__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Chase Auto Finance** |
| 3.72   **Little Donkey Taqueria, LLC** <br> **d/b/a Little Donkey Homewood** <br> **212 Hall Ave** <br> **Birmingham, AL 35209** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.26**__ <br> ☐ Schedule G _____ <br> **Evans Meats, Inc.** |
| 3.73   **Little Donkey Taqueria, LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.17**__ <br> ☐ Schedule G _____ <br> **Bizfund, LLC** |
| 3.74   **Little Donkey Taqueria, LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.18**__ <br> ☐ Schedule G _____ <br> **Bizfund, LLC** |
| 3.75   **Little Donkey Taqueria, LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.30**__ <br> ☐ Schedule G _____ <br> **Fox Funding Group LLC** |

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document     Page 78 of 154

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.76 **Little Donkey Taqueria, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.32**__ ☐ Schedule G _____ **Instafunders LLC** |
| 3.77 **Little Donkey Valley Post** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.28**__ ☐ Schedule G _____ **Five Star Produce of Central Alabama LLC** |
| 3.78 **Little Donkey Valley Post, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.26**__ ☐ Schedule G _____ **Evans Meats, Inc.** |
| 3.79 **Little Donkey Valley Post, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.17**__ ☐ Schedule G _____ **Bizfund, LLC** |
| 3.80 **Little Donkey Valley Post, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.30**__ ☐ Schedule G _____ **Fox Funding Group LLC** |
| 3.81 **Little Donkey Valley Post, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.32**__ ☐ Schedule G _____ **Instafunders LLC** |
| 3.82 **Little Donkey Valley Post, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.47**__ ☐ Schedule G _____ **Renasant Bank** |
| 3.83 **Little Donkey Valley Post, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.24**__ ☐ Schedule G _____ **Dunnavant Valley Dining, LLC** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.84   **Logan Bass** <br> **Irondale, AL** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.38**__ <br> ☐ Schedule G _____ <br> **Lula Edwards** |
| 3.85   **Luca and Lucy's Valley Post** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.28**__ <br> ☐ Schedule G _____ <br> **Five Star Produce of Central Alabama LLC** |
| 3.86   **Luca Lagotto Italian Restaurant** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.28**__ <br> ☐ Schedule G _____ <br> **Five Star Produce of Central Alabama LLC** |
| 3.87   **Luca Valley Post** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.18**__ <br> ☐ Schedule G _____ <br> **Bizfund, LLC** |
| 3.88   **MEV Birmingham Parkside LLC** <br> **103 Perry Place** <br> **Birmingham, AL 35242** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.26**__ <br> ☐ Schedule G _____ <br> **Evans Meats, Inc.** |
| 3.89   **MEV Birmingham Parkside LLC** <br> **103 Perry Place** <br> **Birmingham, AL 35242** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.15**__ <br> ☐ Schedule G _____ <br> **Birmingham Parkside Apartments, L.P.** |
| 3.90   **Mike Mouron** <br> **402 Office Park Drive, Suite 150** <br> **Birmingham, AL 35223** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.30**__ <br> ☐ Schedule G _____ <br> **Fox Funding Group LLC** |
| 3.91   **Pihakis Investment Group II, LLC** <br> **101 12th Street South, Suite 102** <br> **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**4.17**__ <br> ☐ Schedule G _____ <br> **Bizfund, LLC** |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document     Page 80 of 154

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

3.92　**Pihakis Investment Group II, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Fox Funding Group LLC**

3.93　**Pihakis Investment Group II, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**Instafunders LLC**

3.94　**Pihakis Investment Group IV, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Bizfund, LLC**

3.95　**Pihakis Investment Group IV, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Fox Funding Group LLC**

3.96　**Pihakis Investment Group IV, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**Instafunders LLC**

3.97　**Pihakis Investment Group, LLC**
**c/o BODNAR, JOHN MICHAEL**
**200 UNION HILL DR STE 100**
**Birmingham, AL 35209**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Fox Funding Group LLC**

3.98　**Pihakis Investment Group, LLC**
**c/o BODNAR, JOHN MICHAEL**
**200 UNION HILL DR STE 100**
**Birmingham, AL 35209**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**Instafunders LLC**

3.99　**Pihakis Investment Group, LLC**
**c/o BODNAR, JOHN MICHAEL**
**200 UNION HILL DR STE 100**
**Birmingham, AL 35209**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.62**___
☐ Schedule G _____
**SouthPoint Bank**

Case 26-02702-TOM7　Doc 1　Filed 08/06/26　Entered 08/06/26 15:52:27　Desc Main
Document　Page 81 of 154

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.100 **Pihakis Restaurant Group Management, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Bizfund, LLC** |
| 3.101 **Pihakis Restaurant Group Management, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.30**__<br>☐ Schedule G _____<br>**Fox Funding Group LLC** |
| 3.102 **Pihakis Restaurant Group Management, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.32**__<br>☐ Schedule G _____<br>**Instafunders LLC** |
| 3.103 **Pihakis Restaurant Group Management, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.66**__<br>☐ Schedule G _____<br>**SouthPoint Bank** |
| 3.104 **Pihakis Restaurant Group Management, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.58**__<br>☐ Schedule G _____<br>**Shaw Technology** |
| 3.105 **Pihakis Restaurant Group Management, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.1**__<br>☐ Schedule G _____<br>**101 Parkside, LLC** |
| 3.106 **Pihakis Restaurant Group Management, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.71**__<br>☐ Schedule G _____<br>**SouthPoint Bank** |
| 3.107 **Pihakis Restaurant Group, LLC**<br>**103 Perry Place**<br>**Birmingham, AL 35242** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**Lula Edwards** |

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document   Page 82 of 154

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.108 **Pihakis Restaurant Group, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.17**__ ☐ Schedule G _____ **Bizfund, LLC** |
| 3.109 **Pihakis Restaurant Group, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.18**__ ☐ Schedule G _____ **Bizfund, LLC** |
| 3.110 **Pihakis Restaurant Group, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.30**__ ☐ Schedule G _____ **Fox Funding Group LLC** |
| 3.111 **Pihakis Restaurant Group, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.32**__ ☐ Schedule G _____ **Instafunders LLC** |
| 3.112 **Pihakis Restaurant Group, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.44**__ ☐ Schedule G _____ **PF-Town Center II, LLC** |
| 3.113 **Pihakis Restaurant Group, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.41**__ ☐ Schedule G _____ **Michael Mouron** |
| 3.114 **Pihakis Restaurant Group, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.75**__ ☐ Schedule G _____ **Third Avenue S, LLC** |
| 3.115 **Pihakis Restaurant Group, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.49**__ ☐ Schedule G _____ **Renasant Bank** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.116 **Pihakis Restaurant Group, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.33__ ☐ Schedule G _____ **Itria Ventures, LLC** |
| 3.117 **Pihakis Restaurant Group, LLC** **103 Perry Place** **Birmingham, AL 35242** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.36__ ☐ Schedule G _____ **KultureCity** |
| 3.118 **PRG Luca Valley Post, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.26__ ☐ Schedule G _____ **Evans Meats, Inc.** |
| 3.119 **PRG Luca Valley Post, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.17__ ☐ Schedule G _____ **Bizfund, LLC** |
| 3.120 **PRG Luca Valley Post, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.30__ ☐ Schedule G _____ **Fox Funding Group LLC** |
| 3.121 **PRG Luca Valley Post, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.32__ ☐ Schedule G _____ **Instafunders LLC** |
| 3.122 **PRG Luca Valley Post, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.24__ ☐ Schedule G _____ **Dunnavant Valley Dining, LLC** |
| 3.123 **PRG Luca, LLC** **212 Hall Ave** **Birmingham, AL 35209** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.26__ ☐ Schedule G _____ **Evans Meats, Inc.** |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document        Page 84 of 154

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.124 **PRG Luca, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.17**__ ☐ Schedule G _____ **Bizfund, LLC** |
| 3.125 **PRG Luca, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.18**__ ☐ Schedule G _____ **Bizfund, LLC** |
| 3.126 **PRG Luca, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.32**__ ☐ Schedule G _____ **Instafunders LLC** |
| 3.127 **PRG Luca, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.65**__ ☐ Schedule G _____ **SouthPoint Bank** |
| 3.128 **PRG Luca, LLC** **dba Luca Lagotto** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.19**__ ☐ Schedule G _____ **Bizfund, LLC** |
| 3.129 **PRG Luca, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.69**__ ☐ Schedule G _____ **SouthPoint Bank** |
| 3.130 **PRG Luca, LLC d/b/a Luca Lugatto** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.30**__ ☐ Schedule G _____ **Fox Funding Group LLC** |
| 3.131 **PRG Valley Post, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.17**__ ☐ Schedule G _____ **Bizfund, LLC** |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document        Page 85 of 154

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.13<br>2 **PRG Valley Post, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.30**__<br>☐ Schedule G _____<br>**Fox Funding Group LLC**

3.13<br>3 **PRG Valley Post, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.32**__<br>☐ Schedule G _____<br>**Instafunders LLC**

3.13<br>4 **PRG Valley Post, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.24**__<br>☐ Schedule G _____<br>**Dunnavant Valley Dining, LLC**

3.13<br>5 **Psito Summerhill, LLC**<br>**103 Perry Place**<br>**Birmingham, AL 35242**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.26**__<br>☐ Schedule G _____<br>**Evans Meats, Inc.**

3.13<br>6 **Psito Summerhill, LLC**<br>**Attn: Pihakis Restaurant Group, LLC**<br>**212 Hall Avenue**<br>**Birmingham, AL 35209**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.10**__<br>☐ Schedule G _____<br>**AP Georgia Avenue Portfolio, LLC**

3.13<br>7 **Psito Summerhill, LLC**<br>**Attn: Pihakis Restaurant Group, LLC**<br>**212 Hall Avenue**<br>**Birmingham, AL 35209**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.48**__<br>☐ Schedule G _____<br>**Renasant Bank**

3.13<br>8 **Rita Bernhardt**<br>**Salice**<br>**1722 28th Ave. S, Ste 110**<br>**Birmingham, AL 35209**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.30**__<br>☐ Schedule G _____<br>**Fox Funding Group LLC**

3.13<br>9 **Robert Ritchey**<br>**PO Drawer 4540**<br>**Montgomery, AL 36103-4540**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.64**__<br>☐ Schedule G _____<br>**SouthPoint Bank**

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document        Page 86 of 154

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.140 **Robert Ritchey**<br>**PO Drawer 4540**<br>**Montgomery, AL 36103-4540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.59**__<br>☐ Schedule G _____<br>**SouthernFirst Bank** |
| 3.141 **Rodney Bryan Scott**<br>**1650 Baldock Court**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.64**__<br>☐ Schedule G _____<br>**SouthPoint Bank** |
| 3.142 **Rodney Scott's BBQ Met Atlanta, LLC**<br>**212 Hall Ave**<br>**Birmingham, AL 35209** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.64**__<br>☐ Schedule G _____<br>**SouthPoint Bank** |
| 3.143 **Rodney Scott's BBQ Met Atlanta, LLC**<br>**212 Hall Ave**<br>**Birmingham, AL 35209** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.14**__<br>☐ Schedule G _____<br>**BIGMET Project Owner, LLC** |
| 3.144 **Rodney Scott's BBQ Charleston, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Bizfund, LLC** |
| 3.145 **Rodney Scott's BBQ Charleston, LLC**<br>**212 HALL AVE**<br>**Birmingham, AL 35209** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.30**__<br>☐ Schedule G _____<br>**Fox Funding Group LLC** |
| 3.146 **Rodney Scott's BBQ Charleston, LLC**<br>**212 HALL AVE**<br>**Birmingham, AL 35209** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.32**__<br>☐ Schedule G _____<br>**Instafunders LLC** |
| 3.147 **Rodney Scott's BBQ Charleston, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.50**__<br>☐ Schedule G _____<br>**River Bank & Trust** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.14 8
**Rodney Scott's BBQ Charleston, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.59**___
☐ Schedule G _____
**SouthernFirst Bank**

---

3.14 9
**Rodney Scott's BBQ Charleston, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.76**___
☐ Schedule G _____
**Thomas E. "Tec" Cutcliffe**

---

3.15 0
**Rodney Scott's BBQ Charleston, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.33**___
☐ Schedule G _____
**Itria Ventures, LLC**

---

3.15 1
**Rodney Scott's BBQ Homewood**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.28**___
☐ Schedule G _____
**Five Star Produce of Central Alabama LLC**

---

3.15 2
**Rodney Scott's BBQ Homewood, LLC**
**212 Hall Ave**
**Birmingham, AL 35209**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Evans Meats, Inc.**

---

3.15 3
**Rodney Scott's BBQ Homewood, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Bizfund, LLC**

---

3.15 4
**Rodney Scott's BBQ Homewood, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**Bizfund, LLC**

---

3.15 5
**Rodney Scott's BBQ Homewood, LLC**
**aka RS Homewood**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**Bizfund, LLC**

---

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
| 3.15 6 | **Rodney Scott's BBQ Homewood, LLC** **212 Hall Ave** **Birmingham, AL 35209** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.30**__ ☐ Schedule G _____ **Fox Funding Group LLC** |
| 3.15 7 | **Rodney Scott's BBQ Homewood, LLC** **212 Hall Ave** **Birmingham, AL 35209** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.32**__ ☐ Schedule G _____ **Instafunders LLC** |
| 3.15 8 | **Rodney Scott's BBQ Homewood, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.51**__ ☐ Schedule G _____ **River Bank & Trust** |
| 3.15 9 | **Rodney Scott's BBQ Homewood, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.4**__ ☐ Schedule G _____ **Ally Financial Inc.** |
| 3.16 0 | **Rodney Scott's BBQ Homewood, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.68**__ ☐ Schedule G _____ **SouthPoint Bank** |
| 3.16 1 | **Rodney Scott's BBQ Met Atlanta, LLC** **c/o Angela Mosier, registered agent** **626 Robinson Ave SE** **Atlanta, GA 30312** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.26**__ ☐ Schedule G _____ **Evans Meats, Inc.** |
| 3.16 2 | **Rodney Scott's BBQ Met Atlanta, LLC** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.17**__ ☐ Schedule G _____ **Bizfund, LLC** |
| 3.16 3 | **Rodney Scott's BBQ Met Atlanta, LLC** **aka RS Met** **101 12th Street South, Suite 102** **Birmingham, AL 35233-1207** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.18**__ ☐ Schedule G _____ **Bizfund, LLC** |

Case 26-02702-TOM7  Doc 1  Filed 08/06/26  Entered 08/06/26 15:52:27  Desc Main
Document  Page 89 of 154

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

3.16
4     **Rodney Scott's BBQ Met Atlanta, LLC**
      **101 12th Street South, Suite 102**
      **Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Fox Funding Group LLC**

---

3.16
5     **Rodney Scott's BBQ Met Atlanta, LLC**
      **101 12th Street South, Suite 102**
      **Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**Instafunders LLC**

---

3.16
6     **Rodney Scott's BBQ Met Atlanta, LLC**
      **101 12th Street South, Suite 102**
      **Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.52**___
☐ Schedule G _____
**River Bank & Trust**

---

3.16
7     **Rodney Scott's BBQ Met Atlanta, LLC**
      **101 12th Street South, Suite 102**
      **Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.74**___
☐ Schedule G _____
**Sunrise Properties LLC**

---

3.16
8     **Rodney Scott's BBQ Trussville**
      **101 12th Street South, Suite 102**
      **Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.28**___
☐ Schedule G _____
**Five Star Produce of Central Alabama LLC**

---

3.16
9     **Rodney Scott's BBQ Trussville, LLC**
      **212 Hall Ave**
      **Birmingham, AL 35209**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Evans Meats, Inc.**

---

3.17
0     **Rodney Scott's BBQ Valley Post**
      **101 12th Street South, Suite 102**
      **Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.28**___
☐ Schedule G _____
**Five Star Produce of Central Alabama LLC**

---

3.17
1     **Rodney Scott's BBQ Valley Post, LLC**
      **101 12th Street South, Suite 102**
      **Birmingham, AL 35233**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Evans Meats, Inc.**

---

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|---|

**Additional Page to List More Codebtors**

Column 2: Check all schedules that apply:

3.17 2  **Rodney Scott's BBQ Valley Post, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.17**__
☐ Schedule G _____
**Bizfund, LLC**

3.17 3  **Rodney Scott's BBQ Valley Post, LLC**
**aka RS Valley Post**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.18**__
☐ Schedule G _____
**Bizfund, LLC**

3.17 4  **Rodney Scott's BBQ Valley Post, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.30**__
☐ Schedule G _____
**Fox Funding Group LLC**

3.17 5  **Rodney Scott's BBQ Valley Post, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.32**__
☐ Schedule G _____
**Instafunders LLC**

3.17 6  **Rodney Scott's BBQ Valley Post, LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.24**__
☐ Schedule G _____
**Dunnavant Valley Dining, LLC**

3.17 7  **RSBBQ Partners LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.17**__
☐ Schedule G _____
**Bizfund, LLC**

3.17 8  **RSBBQ Partners LLC**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.33**__
☐ Schedule G _____
**Itria Ventures, LLC**

3.17 9  **RSBBQ Partners, LLC**
**212 Hall Ave**
**Birmingham, AL 35209**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.30**__
☐ Schedule G _____
**Fox Funding Group LLC**

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document        Page 91 of 154

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

**Additional Page to List More Codebtors**

3.18 0 **RSBBQ Partners, LLC**
**212 Hall Ave**
**Birmingham, AL 35209**

☐ Schedule D, line _____
■ Schedule E/F, line __4.32__
☐ Schedule G _____
**Instafunders LLC**

---

3.18 1 **Suzanne Pihakis**
**103 Perry Place**
**Birmingham, AL 35242**

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Renasant Bank**

---

3.18 2 **Suzanne Pihakis**
**103 Perry Place**
**Birmingham, AL 35242**

■ Schedule D, line __2.4__
☐ Schedule E/F, line _____
☐ Schedule G _____
**SouthPoint Bank**

---

3.18 3 **Suzanne Pihakis**
**103 Perry Place**
**Birmingham, AL 35242**

☐ Schedule D, line _____
■ Schedule E/F, line __4.10__
☐ Schedule G _____
**AP Georgia Avenue Portfolio, LLC**

---

3.18 4 **Suzanne Pihakis**
**103 Perry Place**
**Birmingham, AL 35242**

☐ Schedule D, line _____
■ Schedule E/F, line __4.9__
☐ Schedule G _____
**AP Georgia Avenue Portfolio, LLC**

---

3.18 5 **Tammy Chambers**
**155 Aristocrat Court**
**Fayetteville, GA 30215**

☐ Schedule D, line _____
■ Schedule E/F, line __4.9__
☐ Schedule G _____
**AP Georgia Avenue Portfolio, LLC**

---

3.18 6 **Tasty Town**
**212 Hall Avenue**
**Birmingham, AL 35209**

☐ Schedule D, line _____
■ Schedule E/F, line __4.54__
☐ Schedule G _____
**River Bank & Trust**

---

3.18 7 **Tasty Town Greek Restaurant & Lounge**
**101 12th Street South, Suite 102**
**Birmingham, AL 35233-1207**

☐ Schedule D, line _____
■ Schedule E/F, line __4.28__
☐ Schedule G _____
**Five Star Produce of Central Alabama LLC**

---

Debtor 1     **Nick Rae Pihakis**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| **Employment status** | | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | Consultant - Self Employed | |
| **Employer's name** | | | |
| **Employer's address** | | | |
| **How long employed there?** | | | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1 __Nick Rae Pihakis__ Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ......................... | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ N/A

8. **List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 4,132.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: __Consulting Income__ | 8h.+ | $ 8,333.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 12,465.00   $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 12,465.00 + $ N/A = $ 12,465.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 12,465.00
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ■ Yes. Explain: **Debtor and spouse will soon draw Medicare.**

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document    Page 94 of 154

Debtor 1    **Nick Rae Pihakis**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $    **4,001.75**

   **If not included in line 4:**

   4a.   Real estate taxes     4a. $    **355.11**
   4b.   Property, homeowner's, or renter's insurance     4b. $    **960.00**
   4c.   Home maintenance, repair, and upkeep expenses     4c. $    **0.00**
   4d.   Homeowner's association or condominium dues     4d. $    **284.00**
5. **Additional mortgage payments for your residence,** such as home equity loans     5. $    **0.00**

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document    Page 95 of 154

Debtor 1   **Nick Rae Pihakis**                                    Case number (if known) _____

6. **Utilities:**
- 6a. Electricity, heat, natural gas — 6a. $ **580.00**
- 6b. Water, sewer, garbage collection — 6b. $ **35.00**
- 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **830.00**
- 6d. Other. Specify: _____ — 6d. $ **0.00**

7. **Food and housekeeping supplies** — 7. $ **2,500.00**

8. **Childcare and children's education costs** — 8. $ **0.00**

9. **Clothing, laundry, and dry cleaning** — 9. $ **500.00**

10. **Personal care products and services** — 10. $ **500.00**

11. **Medical and dental expenses** — 11. $ **250.00**

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **300.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**

14. **Charitable contributions and religious donations** — 14. $ **0.00**

15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
- 15a. Life insurance — 15a. $ **1,230.00**
- 15b. Health insurance — 15b. $ **2,200.00**
- 15c. Vehicle insurance — 15c. $ **246.00**
- 15d. Other insurance. Specify: _____ — 15d. $ **0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ — 16. $ **0.00**

17. **Installment or lease payments:**
- 17a. Car payments for Vehicle 1 — 17a. $ **0.00**
- 17b. Car payments for Vehicle 2 — 17b. $ **885.00**
- 17c. Other. Specify: _____ — 17c. $ **0.00**
- 17d. Other. Specify: _____ — 17d. $ **0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ **0.00**

19. **Other payments you make to support others who do not live with you.** — $ **0.00**
Specify: _____ — 19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
- 20a. Mortgages on other property — 20a. $ **0.00**
- 20b. Real estate taxes — 20b. $ **0.00**
- 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
- 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
- 20e. Homeowner's association or condominium dues — 20e. $ **0.00**

21. **Other:** Specify: _____ — 21. +$ **0.00**

22. **Calculate your monthly expenses**
- 22a. Add lines 4 through 21. — $ **15,656.86**
- 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
- 22c. Add line 22a and 22b.  The result is your monthly expenses. — $ **15,656.86**

23. **Calculate your monthly net income.**
- 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **12,465.00**
- 23b. Copy your monthly expenses from line 22c above. — 23b. -$ **15,656.86**
- 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ **-3,191.86**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: **Debtor and spouse will soon draw Medicare.**

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document    Page 96 of 154

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Nick Rae Pihakis** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Nick Rae Pihakis**                          X _____
**Nick Rae Pihakis**                                    Signature of Debtor 2
Signature of Debtor 1

Date **August 6, 2026**                          Date _____

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

Fill in this information to identify your case:

Debtor 1      **Nick Rae Pihakis**

         First Name                Middle Name                Last Name

Debtor 2
(Spouse if, filing)   First Name                Middle Name                Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    **04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

■ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $159,464.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document   Page 98 of 154

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2025 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$420,998.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$647,965.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐   No
   ■   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits** | **$28,660.22** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2024 ) | **Interest / Dividends (JNN Holdings, LLC)** | **$1,308.00** | | |
| | **(Joint) Capital Gains from Sale of Beach Lot** | **$2,401,928.00** | | |
| | **See, attached Addendum** | **$0.00** | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?
   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document       Page 99 of 154

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Chubb & Son**<br>**550 Madison Avenue**<br>**New York, NY 10022** | **April, May, June 2026** | **$11,200.98** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Home and Car Insurance Premiums** |
| **Sign Company** | | **$8,609.37** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>■ Suppliers or vendors<br>☐ Other__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **See Attached Addendum** | | **$0.00** | **$0.00** | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No
■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **See Attached Addendum** | | **$0.00** | **$0.00** | |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document    Page 100 of 154

---

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐   No
    ■   Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **101 Parkside, LLC v. Pihakis Restaurant Group, LLC**<br>**01-DV-2026-904025.00** | **Eviction** | **District Court of Jefferson County, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Bizfund, LLC v. Nick Rae Pihakis, et al.**<br>**E2026009222** | **Contract** | **Supreme Court of State of New York County of Monroe** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Bizfund, LLC v. Nick Rae Pihakis et al.**<br>**E2026009223** | **Contract** | **Supreme Court of State of New York County of Monroe** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Evans Meats Inc. v. Hero Acquisition Co. et al;**<br>**58-CV-2026-900497** | **Collection** | **Circuit Court of Shelby County, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Five Star Produce of Central Alabama LLC v. Nick Pihakis, Sr.**<br>**58-CV-2026-900767** | **Breach of Contract** | **Circuit Court of Shelby County, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Fox Funding Group LLC v. Nick Rae Pihakis**<br>**58-CV-2026-900656** | **Contract** | **Circuit Court of Shelby County Alabama** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Itria Ventures, LLC v. Nick Rae Pihakis, et al.**<br>**2026CP1002206** | **Contract** | **Court of Common Please for 9th Circuit Charleston County, South Carolina** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Lula Edwards v. Pihakis Restaurant Group, LLC et al;**<br>**01-CV-2026-901780.00** | **Personal Injury** | **Circuit Court of Jefferson County 716 N Richard Arrington Jr Blvd Birmingham, AL 35203** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Nick Pihakis v. Jensen Burt and Outdoor Advantage, LLC**<br>**58-DV-2024-901105** | **Contract** | **District Court of Shelby Co., Alabama** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Motion for Default filed 12/8/25. No Order as of 6/1/26.** |

---

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **4**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Robertson Banking Company v. EMB Hospitality, LLC and Nick R. Pihakis**<br>**01-CV-2026-901851.00** | **Collection** | **Circuit Court of Jefferson County**<br>**716 N Richard Arrington Jr Blvd**<br>**Birmingham, AL 35203** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **City of Atlanta Municipal Court v. Nick Pihakis**<br>**6016570;6016571** | **Citations issued by City of Atlanta to Hero Doughnuts Summmerhill, LLC; Psito Summerhill LLC and Rodney Scotts BBQ LLC; re renewal of business license.** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **AP Georgia Avenue Portfolio, LLC v. Nick R. Pihakis**<br>**26EV005450** | **Contract** | **State Court of Fulton Co. GA Civil Div** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **AP Georgia Avenue Portfolio, LLC v. Nick R. Pihakis et al.**<br>**2026SV-0663** | **Contract** | **State Court of Fayette Co, GA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **PF-Town Center II, LLC v. Nick Pihakis et al.**<br>**2026V-0598** | **Contract** | **Superior Court of Fayette Co. GA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **American Express National Bank v. Nick Phiakis et. al.**<br>**2026-900792** | **Breach of Contract** | **Shelby County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **American Express National Bank v. Nick Pihakis**<br>**2026-900791** | **Contract/Collections** | **Shelby County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐  No. Go to line 11.
    ■  Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Fifth Third Bank**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 630728**<br>**Cincinnati, OH 45263** | **2022 Mercedes Midwest Design**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **5/20/2026** | **$121,822.92** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No

    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No

    ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No

    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☐ No

    ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **UAB ST. VINCENT'S** | **Allowed Charitable Contribution** | **2024** | **$2,625.00** |

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☐ No

    ■ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **2024 BMW x7 M60i: Deer ran in front of car, car ran off the road, vehicle wrecked** | | **4/8/2026** | **$40,957.35** |

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No

    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document    Page 103 of 154

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Heard, Ary & Dauro, LLC** **303 Williams Avenue** **Park Plaza, Suite 921** **Huntsville, AL 35801** **kheard@heardlaw.com** | **Attorney Fees & costs** | **4/17/2026,** **4/24/2026,** **4/30/2026** | **$55,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Gary Campbell** **Pellam, AL** **None** | **(Restaurant) Maintenance Truck** | **$1,901.00** | **4/11/2026** |
| **Laureen Richards** **Columbiana, AL** | **Kabota Tractor** | **$22,000** | **4/14/2026** |
| **Revolver Gallery** **8641 W Sunset Blvd** **W. Hollywood, CA** | **Andy Warhol Print (owned jointly).** | **$35,000** | **4/24/2026** |
| **JM Bullion Gold Coins** **none** | **1 oz. Gold Coin** | **$4,559.00** | **4/30/2026** |
| **18th Street Development Group, LLC** **103 Perry Place** **Birmingham, AL 35242** **Insider of Debtor 100%** | **Mortgage 3263 Eastern Valley Road, Jefferson Co., Birmingham, AL 35094 \| Parcel 27 00 11 3 000 001.001 \| 5.1 ac. \| Total Market Value $98,800** | **$98,800** | **8/15/2024** |

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **SouthPoint Bank**<br>**3501 Grandview Pkwy**<br>**Birmingham, AL 35243** | **Second Mortgage on Residence at 101-103 Perry St Birmingham, Alabama.** | **Accomodation mortgage** | **3/17/2026** |
| **Cindy Martin**<br>**4108 Olivia Rd**<br>**Birmingham, AL 35244** | **Profit interest in Pihakis Restaurant Group Managment LLC** | | **7/01/2024** |
| **Pihakis Restaurant Group, LLC**<br><br>**Insider of Debtor 70%** | **$2,398,155 - Capital Contribution -- specific date of transfer unknown.** | | **2024** |
| **Pihakis Restaurant Group Management LLC**<br><br>**Insider of Debtor 68%** | **$987,066 - Capital Contribution. Specific dates presently unknown.** | | **2024** |
| **Pihakis Investment Group LLC**<br><br>**Insider of Debtor 70%** | **$73,281 -- Capital Contribution -- specific dates presently unknown** | | **2024** |
| **Pihakis Investment Group II LLC**<br><br>**Insider of Debtor 70%** | **$58,225 Capital Contribution . Specific Dates presently unknown.** | | **2024** |
| **UNKNOWN** | **2022 Mercedes Sprinter** | **Private Sale** | **04/2026** |
| **Worthy Auction** | **Rolex Watch** | **$6000** | **6/2026** |
| **See, attached Addendumto SOFA # 18** | | | |
| **18th Street Development** | **Real Estate Deed -- 3263 Eastern Valley Road, Birmingham AL 35094** | **$98,000 mortgage to Southpoint Bank** | **August 15, 2024** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☐ No

■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| **Nick R Pihakis Revocable Trust** | | **2007 Amended 2022** |

---

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ **No**

■ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **SouthPoint Bank 3501 Grandview Pkwy Birmingham, AL 35243** | **XXXX-1118** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **5/7/2026** | **$36.82** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**

☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**

☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**

☐ **Yes.  Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document    Page 106 of 154

**regulations controlling the cleanup of these substances, wastes, or material.**

■ *Site* **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**

■ *Hazardous material* **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

■ **A partner in a partnership**

■ **An officer, director, or managing executive of a corporation**

■ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **18th Street Development Group, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233-1207** | **Real Estate**<br><br>**BMSS, LLC**<br>**300 Richard Arrington**<br>**Suite 100**<br>**Birmingham AL 35243** | **EIN:        82-1721812**<br><br>**From-To   5/31/2017-present** |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document    Page 107 of 154

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Diddy's Chief's Investment, LLC**<br>**103 Perry Place**<br>**Birmingham, AL 35242** | **Restaurant Investment**<br><br>**BMSS, LLC**<br>**300 Richard Arrington**<br>**Suite 100**<br>**Birmingham AL 35243** | **EIN:**      **99-1589243**<br><br>**From-To**   **2/27/2024-present** |
| **Diddy's Restaurant**<br>**MAINTENANCE, LLC**<br>**103 Perry Place**<br>**Birmingham, AL 35242** | **Restaurant Maintenance & Repair**<br><br>**BMSS, LLC**<br>**300 Richard Arrington**<br>**Suite 100**<br>**Birmingham AL 35243** | **EIN:**      **82-0924207**<br><br>**From-To**   **3/23/2017-present** |
| **Diddy's Restaurant Repair, LLC**<br>**103 Perry Place**<br>**Birmingham, AL 35242** | **Consulting**<br><br>**BMSS, LLC**<br>**300 Richard Arrington**<br>**Suite 100**<br>**Birmingham AL 35243** | **EIN:**      **82-0619903**<br><br>**From-To**   **2/24/2017-present** |
| **Eli & Sam Holdings, LLC**<br>**103 PERRY PLACE**<br>**Birmingham, AL 35209** | **Restaurant Holdings**<br><br>**BMSS, LLC**<br>**300 Richard Arrington**<br>**Suite 100**<br>**Birmingham AL 35243** | **EIN:**      **82-3128037**<br><br>**From-To**   **10/13/2017 - present** |
| **EMB DR Sub, LLC**<br>**c/o Simon, Robert A**<br>**60 14th Street South, Suite 104**<br>**Birmingham, AL 35233** | **Distillery Consulting**<br><br>**BMSS, LLC**<br>**300 Richard Arrington**<br>**Suite 100**<br>**Birmingham AL 35243** | **EIN:**      **UNKNOWN**<br><br>**From-To**   **01/22/2021 - present** |
| **EMB Hospitality, LLC**<br>**c/o C T CORPORATION SYSTEM**<br>**2 NORTH JACKSON STREET,**<br>**SUITE 605**<br>**Montgomery, AL 36104** | **Restaurant Development /**<br>**Ownership JV**<br><br>**BMSS, LLC**<br>**300 Richard Arrington**<br>**Suite 100**<br>**Birmingham AL 35243** | **EIN:**      **85-0994745**<br><br>**From-To**   **10/09/2019 - present** |
| **EMB Parkside Sub, LLC**<br>**d/b/a Tasty Town**<br>**c/o Simon, Robert A**<br>**60 14th Street South, Suite 104**<br>**Birmingham, AL 35233** | **Restaurant**<br><br>**BMSS, LLC**<br>**300 Richard Arrington**<br>**Suite 100**<br>**Birmingham AL 35243** | **EIN:**      **86-2992327**<br><br>**From-To**   **02/25/2021 - present** |
| **Fork & Sage, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233** | **Restaurant Consulting**<br><br>**BMSS, LLC**<br>**300 Richard Arrington**<br>**Suite 100**<br>**Birmingham AL 35243** | **EIN:**      **92-2034905**<br><br>**From-To**   **01/30/2023 - present** |

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| **Heritage Construction and Development, L c/o SIMMS, RYAN 200 UNION HILL DR STE 100 Birmingham, AL 35209** | **REAL ESTATE CONSTRUCTION / DEVELOPMENT** <br><br>**BMSS, LLC 300 Richard Arrington Suite 100 Birmingham AL 35243** | EIN: **UNKNOWN** <br><br>From-To **12/04/2006 - present** |
| **Hero _____ EJI, LLC UNKNOWN** | **UNKNOWN - Restaurant in Montgomery re. Equal Justice Initiative** | EIN: **UNKNOWN** <br><br>From-To **UNKNOWN** |
| **Hero Acquisition Co., LLC 103 PERRY PLACE Birmingham, AL 35242** | **AL LLC** <br><br>**BMSS, LLC 300 Richard Arrington Suite 100 Birmingham AL 35243** | EIN: **82-0829843** <br><br>From-To **03/15/2017 - present** |
| **Hero D&B Partners, LLC 101 12th Street South, Suite 102 Birmingham, AL 35242** | **Restaurant Holdings** | EIN: **86-3726336** <br><br>From-To **05/07/2021 - present** |
| **Hero Doughnuts Brand, LLC 103 PERRY PLACE Birmingham, AL 35242** | **AL LLC** | EIN: **82-0820014** <br><br>From-To **03/15/2017 - present** |
| **Hero Doughnuts Charleston LLC c/o Joe Cunningham 1356 Honeysuckle Lane Charleston, SC 29412** | **Restaurant** | EIN: **85-2650323** <br><br>From-To **08/17/2020 - present** |
| **Hero Doughnuts Greenville-Holland Park, 1011 King Street Charleston, SC 29403** | **Restaurant** | EIN: **87-3201141** <br><br>From-To **10/21/2021 - present** |
| **Hero Doughnuts Montgomery, LLC 101 12th Street South, Suite 102 Birmingham, AL 35233** | **AL LLC** | EIN: <br><br>From-To **03/11/2025 - present** |
| **Hero Doughnuts Summerhill LLC 212 Hall Avenue Birmingham, AL 35209** | **Accommodation and Food Services** | EIN: **83-4666996** <br><br>From-To **4/9/2019 - present** |
| **Hero Doughnuts Sylvan Heights, LLC 212 HALL AVE Birmingham, AL 35209-6531** | **Dissolved (Administrative)** | EIN: **88-1464998** <br><br>From-To **3/25/2022 - 8/11/2025** |
| **Hero Doughnuts Trace Crossings, LLC 101 12th Street South, Suite 102 Birmingham, AL 35233** | **Restaurant** | EIN: **88-3452234** <br><br>From-To **07/27/2022 - present** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Hero Doughnuts Trussville, LLC**<br>**212 HALL AVENUE**<br>**Birmingham, AL 35209** | **Restaurant** | EIN:   **84-4567342**<br><br>From-To   **01/31/2020 - present** |
| **Hero Doughnuts Two-Ten GA, LLC**<br>**c/o Angela Mosier, registered**<br>**agent**<br>**626 Robinson Ave SE, Suite 102**<br>**Atlanta, GA 30312** | **Accommodation & Food Service** | EIN:   **88-1987511**<br><br>From-To   **11/2/2021 - present** |
| **Hero Doughnuts Valley Post, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233** | **AL LLC** | EIN:<br><br>From-To   **10/22/2024 - present** |
| **Hero Doughnuts Wedgewood, LLC**<br>**212 HALL AVE**<br>**Birmingham, AL 35209-6531** | **Restaurant** | EIN:   **88-1443872**<br><br>From-To   **3/15/2022 - present** |
| **Hero Expansion Group, LLC**<br>**c/o Mouron, Michael**<br>**402 Office Park Drive, Suite 150**<br>**Birmingham, AL 35223** | **Restaurant Holdings** | EIN:   **87-3239028**<br><br>From-To   **05/06/2021 - present** |
| **HotDog Pete's Summerhill LLC**<br>**25 Georgia Ave**<br>**Atlanta, GA 30312** | **Dissolved (Admin.)** | EIN:   **83-4679686**<br><br>From-To   **4/10/2019 - 09/13/2024** |
| **JNN Holdings LLC**<br>**1180 PEACHTREE ST NE**<br>**STE 2500**<br>**Atlanta, GA 30309-7524** | **Passthrough Entity - Delaware LLC** | EIN:   **82-1802177**<br><br>From-To   **05/09/2017 (Qualify Date: 03/27/2018) - present** |
| **JNN Retail LLC**<br>**212 HALL AVENUE**<br>**Birmingham, AL 35209** | **RETAIL OPERATIONS/INVESTER COMPANY** | EIN:   **UNKNOWN**<br><br>From-To   **11/07/2011 - present** |
| **Joyland Avondale, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233** | **Restaurant** | EIN:   **93-4515418**<br><br>From-To   **11/20/2023 - present** |
| **Joyland Charleston, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233** | **AL LLC** | EIN:<br><br>From-To   **08/22/2024 - present** |
| **Joyland Expansion, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233** | **AL LLC** | EIN:<br><br>From-To   **09/12/2024 - present** |
| **Joyland Sylvan Heights, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233** | **AL LLC** | EIN:<br><br>From-To   **08/22/2024 - present** |
| **Joyland USA Expansion, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233** | **Restaurant Holdings** | EIN:   **93-4526773**<br><br>From-To   **11/20/2023 - present** |

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business  Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|
| **Little Donkey Brand, LLC 101 12TH ST S STE 102 Birmingham, AL 35233-1207** | **Dissolved (Administrative)** | **EIN:**    **47-3591134**  **From-To**   **4/1/2015 - 8/11/2025** |
| **Little Donkey Montgomery DTN, LLC 101 12th Street South, Suite 102 Birmingham, AL 35233** | **AL LLC** | **EIN:**    **UNKNOWN**  **From-To**   **03/11/2025 - present** |
| **Little Donkey Montgomery, LLC P. DAVID GADILHE 61 CHERENCEY COURT Pike Road, AL 36064** | **Restaurant** | **EIN:**    **82-0729190**  **From-To**   **02/07/2017 - present (former Registered agent)** |
| **Little Donkey Taqueria, LLC 212 HALL AVENUE Birmingham, AL 35209** | **DEVELOP/OPERATE/MANAGERE STAURANTS** | **EIN:**    **45-2538920**  **From-To**   **05/04/2011 - present** |
| **Little Donkey Valley Post, LLC 101 12th Street South, Suite 102 Birmingham, AL 35233** | **AL LLC** | **EIN:**    **33-1623809 (NOT IN PP)**  **From-To**   **10/22/2024 - present** |
| **Luca Brand, LLC 101 12th Street South, Suite 102 Birmingham, AL 35233** | **Restaurant Holdings** | **EIN:**    **99-2026685**  **From-To**   **03/20/2024 - present** |
| **MEV Birmingham Parkside LLC 103 PERRY PLACE Birmingham, AL 35242** | **d/b/a Hero Doughnuts** | **EIN:**    **82-4140347**  **From-To**   **01/24/2018 - present** |
| **Octane Coffee Company, LLC c/o SIMMS, RYAN 3755 CORPORATE WOODS DRIVE Birmingham, AL 35242** | **Georgia LLC** | **EIN:**    **33-1061449**  **From-To**   **05/02/2003 - present** |
| **PIG - JNN Ventures, LLC 101 12th St. South, Suite 102 Birmingham, AL 35233** | **AL LCC** | **EIN:**    **41-3433107**  **From-To**   **12/30/2025 - present** |
| **PIG II - Homewood Properties, LLC 103 PERRY PLACE Birmingham, AL 35242** | **REAL ESTATE BUSINESS/Real Estate RSBBQ Avondale/Merged with PIG II-Mountain Brook, LLC (83-4144895)** | **EIN:**    **47-2451693**  **From-To**   **12/01/2014 - present (Registered Agent)** |
| **PIG II Mountain Brook, LLC 212 HALL AVENUE Birmingham, AL 35209** | **Real Estate - MERGED into PIG II - Homewood Properties, LLC 6/30/2025** | **EIN:**    **83-4144895**  **From-To**   **3/22/2019 - 6/30/2025** |
| **Pihakis Investment Group II, LLC 3755 CORPORATE WOODS DR VESTABVIA HILLS, AL 35242** | **ACQUIRE/OWN/HOLD/DEVELOP/ OPERATEREAL ESTATE ENTERPRISES** | **EIN:**    **27-4036992**  **From-To**   **11/19/2010 - present** |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main Document    Page 111 of 154

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Pihakis Investment Group IV, LLC**<br>**103 PERRY PLACE**<br>**Birmingham, AL 35242** | **DEAL WITH REAL ESTATE/Investment Assets** | EIN:   **47-2149132**<br><br>From-To   **10/30/2014 - present** |
| **Pihakis Investment Group, LLC**<br>**c/o BODNAR, JOHN MICHAEL**<br>**200 UNION HILL DR STE 100**<br>**Birmingham, AL 35209** | **REAL ESTATE** | EIN:   **92-0180641**<br><br>From-To   **06/01/2006 - present** |
| **Pihakis Restaurant Group LLC**<br>**103 PERRY PLACE**<br>**Birmingham, AL 35242** | **Passthrough Entity - CONSOLIDATE THE MANAGEMENT OFCERTAIN PROPERTIES / Restaurants – Portfolio Ownership & Management** | EIN:   **46-5220805**<br><br>From-To   **03/27/2014 - present** |
| **Pihakis Restaurant Group Management LLC**<br>**212 HALL AVENUE**<br>**Birmingham, AL 35209** | **Restaurant Management** | EIN:   **83-4488540**<br><br>From-To   **04/19/2019 - present** |
| **PRG Auburn LLC**<br>**101 12TH STREET SOUTH, SUITE 106**<br>**Birmingham, AL 35233** | **AL LLC** | EIN:<br><br>From-To   **04/04/2024 - present** |
| **PRG Luca Valley Post, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233** | **AL LLC** | EIN:<br><br>From-To   **10/22/2024 - present** |
| **PRG Luca, LLC f/k/a Psito LLC**<br>**212 HALL AVENUE**<br>**Birmingham, AL 35209** | **Restaurant** | EIN:   **83-4498351**<br><br>From-To   **04/19/2019 - present** |
| **PRG Valley Post, LLC**<br>**101 12th St. South, Ste 102**<br>**Birmingham, AL 35223** | **Restaurant** | EIN:   **39-4161190**<br><br>From-To   **09/04/2025 - present** |
| **PRGM LI Holdings, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35242** | **Life Ins. Holdings** | EIN:   **87-2006015**<br><br>From-To   **08/02/2021 - present** |
| **Psito Summerhill, LLC**<br>**103 Perry Place**<br>**Birmingham, AL 35242** | **AL LLC** | EIN:<br><br>From-To   **02/21/2024 - present** |
| **Rodney Scott's BBQ LLC**<br>**1011 King Street**<br>**Charleston, SC 29403** | **Restaurant Brand Company** | EIN:   **81-3725280**<br><br>From-To   **08/31/2016 - present** |

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document   Page 112 of 154

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Rodney Scott's BBQ (AZBBQ) Holdings, LLC**<br>**c/o A REGISTERED AGENT, INC.**<br>**8 THE GREEN, STE A**<br>**Dover, DE 19901** | **Restaurant Development / Ownership JV** | EIN:    **88-0582482**<br><br>From-To   **1/14/2022 - present** |
| **Rodney Scott's BBQ Birmingham LLC**<br>**103 PERRY PLACE**<br>**Birmingham, AL 35242** | **Restaurant** | EIN:    **83-1274922**<br><br>From-To   **07/16/2018 - present** |
| **Rodney Scott's BBQ Charleston, LLC**<br>**1011 King Street**<br>**Charleston, SC 29403** | **Restaurant** | EIN:    **83-3861310**<br><br>From-To   **08/31/2016 - present** |
| **Rodney Scott's BBQ Homewood, LLC**<br>**212 HALL AVENUE**<br>**Birmingham, AL 35209** | **Restaurant** | EIN:    **84-4545935**<br><br>From-To   **01/31/2020 - present** |
| **Rodney Scott's BBQ Hoover, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233** | **Restaurant** | EIN:    **88-3441167**<br><br>From-To   **07/27/2022 - present** |
| **Rodney Scott's BBQ Little River FL, LLC**<br>**101 12TH STREET SOUTH, SUITE 102**<br>**Birmingham, AL 35233** | **Dissolved** | EIN:    **88-4130692**<br><br>From-To   **09/26/2022 - 01/02/2026** |
| **Rodney Scott's BBQ Met Atlanta, LLC**<br>**c/o Angela Denise Mosier**<br>**626 Robinson Ave SE**<br>**Atlanta, GA 30312** | **Accommodation and Food Services** | EIN:    **84-2314302**<br><br>From-To   **5/2/2019 - present** |
| **Rodney Scott's BBQ Sullivan's Island LLC**<br>**1011 King Street**<br>**Charleston, SC 29403** | **Restaurant** | EIN:    **83-3630695**<br><br>From-To   **2/18/2019 - present** |
| **Rodney Scott's BBQ Trussville, LLC**<br>**212 HALL AVENUE**<br>**Birmingham, AL 35209** | **Restaurant** | EIN:    **84-4539252**<br><br>From-To   **01/31/2020 - present** |
| **Rodney Scott's BBQ Valley Post, LLC**<br>**101 12th Street South, Suite 102**<br>**Birmingham, AL 35233** | **Restaurant** | EIN:    **33-1607369**<br><br>From-To   **10/22/2024 - present** |
| **RSBBQ 200 Broadway, LLC**<br>**c/o JOHN C. TISHLER**<br>**511 UNION ST STE 2700**<br>**Nashville, TN 37219** | **Dissolved (Administrative)** | EIN:    **88-3473111**<br><br>From-To   **7/27/2022 - 8/10/2024** |

Case 26-02702-TOM7     Doc 1     Filed 08/06/26     Entered 08/06/26 15:52:27     Desc Main
Document       Page 113 of 154

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **RSBBQ Partners, LLC<br>212 Hall Ave<br>Birmingham, AL 35209** | **Restaurant Development /<br>Ownership JV** | EIN:      **87-3570013**<br><br>From-To   **11/16/2021 - present** |
| **Tasty Town Brand, LLC<br>212 Hall Avenue<br>Birmingham, AL 35209** | **Restaurant Holdings** | EIN:      **88-1952408**<br><br>From-To   **04/21/2022 - present** |
| **The Dorothy Pihakis Charitable<br>Foundatio<br>52 BURNHAM STREET<br>Birmingham, AL 35242** | **RECEIVE/ADMINISTER FUNDS** | EIN:<br><br>From-To   **12/28/2007 - present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**

■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Robertson Banking Company<br>P.O. Drawer 490<br>Demopolis, AL 36732** | **March 1, 2026** |
| **Robertson Banking Company<br>c/o CHRISTIAN & SMALL LLP<br>505 North 20th Street, Suite 1800<br>Birmingham, AL 35203** | **March 1, 2026** |
| **SouthPoint Bank<br>3501 Grandview Pkwy<br>Birmingham, AL 35243** | **March, 2026** |

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Nick Rae Pihakis**
_____
**Nick Rae Pihakis
Signature of Debtor 1**

**Signature of Debtor 2**
_____

Date   **August  6, 2026**
_____

Date   _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☐ No
■ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
[_____] DIVISION

In re:   NICK R. PIHAKIS,                                    Case No. [__-_____]
              Debtor.                                        Chapter 7

## ADDENDUM TO STATEMENT OF FINANCIAL AFFAIRS
## PART 2, QUESTIONS 4 AND 5 — INCOME DISCLOSURE

### SUMMARY

The Debtor owns interests in multiple limited liability companies and most of his income for the years 2024-2026 ran through them. To avoid possible confusion, this Addendum separates the Debtor's business income into two categories:

(1)  Payments the Debtor actually received — cash compensation paid to him during the year (Table A); and

(2)  The Debtor's share of each company's profit or loss — amounts allocated to him on each company's Schedule K-1 because of his ownership percentage, regardless of whether any cash was paid to the Debtor. (Table B).  As such, a profit allocation does not mean cash was received, and a loss allocation does not mean cash was paid out.

For 2024, the amounts shown are taken from the Debtor's filed 2024 federal income tax return (filed jointly with wife Suzanne Pihakis) and the Schedules K-1 issued to Debtor. All business income disclosed below is attributable to the Debtor. The figures shown in Table A do not net income against losses, in the interest of full disclosure.  For 2025 and 2026, the amounts shown are taken from the Debtor's bank account statements and records.

The Debtor's 2025 federal and state income tax returns have not yet been prepared or filed.  The Debtor's former accounting firm, BMSS, LLC, is in possession of the Debtor's tax records and workpapers. The Debtor, through counsel, has made written demand for the return of client records. The estimates in this Addendum were prepared without the benefit of the withheld records from the sources identified in herein. The Debtor will supplement or amend this Statement upon obtaining the withheld records.

### QUESTION 4 — INCOME FROM EMPLOYMENT OR FROM OPERATING A BUSINESS

**Table A — Payments the Debtor actually received from his businesses**

| Payment received | 2024 | 2025 | 2026 YTD |
|---|---|---|---|
| Diddy's Restaurant Maintenance (Debtor's sole proprietorship) — gross receipts (Return p. 21) | $116,919 | $[_____] | $[_____] |
| Pihakis Restaurant Group Management, LLC — Form 1099-NEC compensation (Return pp. 23–24, 125) | $286,329 | $_____ | $_____ |
| Pihakis Restaurant Group, LLC — guaranteed payment (K-1 p. 33) | $15,035 | $[_____] | $[_____] |


(initial) _____

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document      Page 115 of 154

| | | $143,324 | $277,067 | $101,506 |
|---|---|---|---|---|
| Pihakis Restaurant Group Management, LLC — guaranteed payment (K-1 p. 87) | | | | |
| Rodney Scotts BBQ LLC | | | $143,931 | $56,035 |
| Consulting Income | | | | $1,923 |
| **SUBTOTAL — payments received** | | **$561,607** | **$420,998** | **$159,464** |

*Note:* References in Table A regarding 2024 are taken from the Debtor's 2024 Tax Return. It is believed that the $286,329 of Form 1099-NEC compensation and the $143,324 guaranteed payment from Pihakis Restaurant Group Management are separate payment streams and do not duplicate one another. As noted above, the figures for 2025 and through June, 2026 are taken from the Debtor's bank account statements and records.

### Table B — The Debtor's share of each company's 2024, 2025, and 2026 profit or (loss), as allocated on the Schedules K-1

| Company (Debtor's ownership) | Type of profit/(loss) allocated to the Debtor | 2024 | 2025 | 2026 YTD |
|---|---|---|---|---|
| JNN Holdings, LLC — (0.6254%) | Share of operating profit. (K-1 pkg p. 2; Return pp. 73–75, 125) | $19,926 | $[_____]* | $[_____]* |
| Pihakis Restaurant Group, LLC — (70%) | Share of operating loss. (K-1 pkg p. 33; Return p. 125) | $(753,498) | $[_____]* | $[_____]* |
| Pihakis Restaurant Group, LLC — | Share of rental income earned inside the same company. (K-1 pkg pp. 33, 35) | $66,432 | $[_____]* | $[_____]* |
| Pihakis Restaurant Group Management, LLC — (68%) | Share of operating loss. (K-1 pkg p. 87; Return p. 125) | $(603,832) | $[_____]* | $[_____]* |
| — Debtor's unreimbursed partnership expenses (PRG Management) | Business expenses the Debtor paid personally and the company did not reimburse. (Return p. 125) | $(52,085) | $[_____] | $[_____] |
| Pihakis Investment Group, LLC — (70%) | Share of operating loss $(6,890) and rental loss $(3,340). (K-1 pkg p. 58) | $(10,230) | $[_____]* | $[_____]* |
| Pihakis Investment Group II, LLC — (70%) | Share of rental loss (Homewood and Mountain Brook properties). (K-1 pkg p. 69) | $(59,577) | $[_____]* | $[_____]* |
| Pihakis Investment Group IV, LLC — (70%) | Essentially inactive; $(2) of bank charges. (K-1 pkg p. 79) | $(2) | $[_____]* | $[_____]* |
| Octane Coffee Company LLC — (10.62%; interest disposed of 12/31/2024) | Share of final-year operating loss $(678), plus $(1,827) of prior-year (Return p. 125) | $(2,505) | N/A | N/A |

* The amounts shown for 2025 and 2026 are unknown as the 2025 Schedules K-1 have not yet been issued.

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document     Page 116 of 154

The disclosures in Tables A and B are gross, pre-limitation amounts and therefore do not total to the 2024 Tax return's deducted figure.

## QUESTION 5 — OTHER INCOME

| Source | Description | 2024 | 2025 | 2026 YTD |
|---|---|---|---|---|
| Sale of Alys Beach home | Debtor and his wife sold their beach home on February 27, 2024. The sale resulted in a net taxable gain of $2,401,929 (Return pp. 25, 27) | $2,401,928 gain | N/A | N/A |
| Sale of Octane Coffee Company LLC ownership interest (December 31, 2024) | The Debtor disposed of his 10.62% interest at a loss. (Return p. 27) | $(48,491) loss | N/A | N/A |
| Interest income — JNN Holdings, LLC | Interest passed through on the JNN K-1. (Return p. 19) | $1,308 | $[_____] | $[_____] |
| Other interest, dividends, or other income (Social Security Benefits, etc.) | | $0 | $[_____] | $28,660.22 |

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document      Page 117 of 154

# Addendum to SOFA Questions 7 & 8

## Schedule of Transfers Involving Affiliated Entities and Potential Insider Transactions (Part A).

*SouthPoint Bank Account *1118 Period: May 1, 2025 – May 7, 2026 (account closed 05/07/2026); PNC Bank Account Ending *8364 Period: Current*

**Note**: During the year preceding the petition date, the Debtor participated in an informal cash-management system involving multiple affiliated entities. Although the affiliated entities generally maintained separate bank accounts and books, the Debtor's personal bank account was periodically used as an intermediary account to facilitate transfers among those entities when operational needs required. Due to the volume of transactions and the need for accounting advice and records, the Debtor cannot determine in every instance whether a particular transfer represented repayment of an antecedent debt, an operating advance, a capital contribution, a distribution, a reimbursement, or a conduit transfer. The attached schedule is provided to facilitate full disclosure and should not be construed as an admission regarding the legal characterization of any transaction.

| Date | Direction | Entity Name | Reference | Amount |
|---|---|---|---|---|
| **— May-Jun 2025 —** | | | | |
| 05/05/2025 | Deposit (IN) | Psito Summerhill LLC | 5Y8H816 | $6,000.00 |
| 05/07/2025 | Deposit (IN) | LD Homewood | 60IRXHY | $5,000.00 |
| **05/12/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001558589** | **$11,538.40** |
| **05/12/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001425570** | **$5,997.15** |
| **05/12/2025** | **Transfer Out** | **18th Street Development Group** | **9140859254769** | **$21.09** |
| **05/13/2025** | **Transfer Out** | **18th Street Development Group** | **6220627000120** | **$123.22** |
| 05/15/2025 | Deposit (IN) | PIG PRG LLC | 6CGQ16F | $22,767.17 |
| **05/16/2025** | **Transfer Out** | **Unidentified Insider** | **65300004700464** | **$10,777.41** |
| 05/21/2025 | Deposit (IN) | PIG II Homewood Properties LLC | 6KIOGCK | $5,000.00 |
| 05/27/2025 | Transfer Out | Rodney Scott's BBQ Met Atlanta, LLC | 6T3HDCV to SP Loan*4869 | $20,043.91 |
| 05/27/2025 | Deposit (IN) | PIG II Homewood Properties LLC | 6T3F65R | $5,000.00 |
| **05/27/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001472881** | **$11,538.40** |
| **05/27/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001472915** | **$5,997.15** |
| **05/30/2025** | **Transfer Out** | **PIG II Mountain Brook, LLC** | **57000168** | **$4,487.77** |
| 05/30/2025 | Deposit (IN) | Hero Doughnuts Montgomery | 6XM8AOM | $4,000.00 |
| 06/02/2025 | Deposit (IN) | PIG PRG LLC | 71NZQBL | $30,000.00 |
| 06/06/2025 | Deposit (IN) | PIG PRG LLC | 77KBAUO | $5,000.00 |
| **06/09/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001432537** | **$11,538.40** |
| **06/09/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001432537** | **$5,997.15** |
| 06/10/2025 | Transfer Out | Pihakis Restaurant Group, LLC | 7DADA1T to SP Loan*2533 | $3,342.48 |
| **06/10/2025** | **Transfer Out** | **18th Street Development Group** | **9140859162086** | **$37.82** |
| **06/11/2025** | **Transfer Out** | **18th Street Development Group** | **6220627000119** | **$93.30** |
| 06/13/2025 | Deposit (IN) | PIG II Homewood Properties LLC | 7HI7K56 | $3,000.00 |
| 06/16/2025 | Deposit (IN) | PRG Luca | 7M5P6XW | $7,000.00 |
| 06/20/2025 | Deposit (IN) | PIG PRG LLC | 7RE394Z | $900.00 |
| **06/23/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001956908** | **$11,538.40** |
| 06/24/2025 | Deposit (IN) | PIG PRG LLC | 7X2HWH5 | $35,000.00 |
| **06/27/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001356814** | **$5,997.15** |
| 06/30/2025 | Deposit (IN) | PIG PRG LLC | 85PCZ5B | $50,000.00 |
| **— Jul-Sep 2025 —** | | | | |
| 07/01/2025 | Deposit (IN) | PIG PRG LLC | 873IQP1 | $900.00 |
| 07/03/2025 | Deposit (IN) | PIG PRG LLC | 89YBO41 | $1,200.00 |
| **07/07/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001198810** | **$5,997.15** |
| **07/10/2025** | **Transfer Out** | **18th Street Development Group** | **9140859073192** | **$27.63** |
| **07/11/2025** | **Transfer Out** | **18th Street Development Group** | **6220627000121** | **$67.48** |
| **07/11/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001074072** | **$11,538.40** |
| **07/21/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001447106** | **$5,997.15** |
| **07/25/2025** | **Transfer Out** | **Pihakis Restaurant Group, LLC** | **1000034759** | **$1,680.25** |
| 07/22/2025 | Transfer Out | Joyland Charleston | 91OYGX1 | $1,100.00 |
| 07/22/2025 | Transfer Out | Joyland Charleston | 91OQU15 | $1,000.00 |
| 07/22/2025 | Transfer Out | Diddys Maintenance | 915E4HR | $125.00 |
| 07/22/2025 | Deposit (IN) | Tasty Town | 91OXID9 | $1,100.00 |
| **07/25/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001191335** | **$11,538.40** |
| **07/30/2025** | **Transfer Out** | **PIG II Mountain Brook, LLC** | **57000168** | **$4,555.31** |
| 07/31/2025 | Deposit (IN) | PRG Luca | 9D5WFWV | $3,500.00 |
| **08/04/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001507454** | **$5,997.15** |
| 08/07/2025 | Deposit (IN) | PIG PRG LLC | 9NXUTAZ | $1,000.00 |
| **08/08/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001144621** | **$11,684.89** |
| 08/08/2025 | Transfer Out | Hero RRP | 9PG0AK5 | $7,000.00 |
| 08/12/2025 | Deposit (IN) | Hero RRP | 9VKVFIF | $7,000.00 |
| 08/13/2025 | Deposit (IN) | PIG PRG LLC | 9X4ZRKW | $60,000.00 |
| 08/13/2025 | Deposit (IN) | Hero Doughnuts Montgomery | 9WJ242N | $5,000.00 |
| 08/13/2025 | Deposit (IN) | Hero Homewood | 9WQG3IY | $2,000.00 |
| **08/13/2025** | **Transfer Out** | **18th Street Development Group** | **9140859304223** | **$36.57** |

| Date | Type | Name | Reference | Amount |
|---|---|---|---|---|
| 08/13/2025 | Transfer Out | 18th Street Development Group | 6220627000120 | $73.08 |
| 08/14/2025 | Deposit (IN) | PIG PRG LLC | 9YDM5NC | $30,000.00 |
| 08/15/2025 | Transfer Out | Pihakis Restaurant Group LLC | Payment to SP Loan*2159 | $12,059.19 |
| 08/15/2025 | Transfer Out | 18th Street Development Group LLC | Payment to SP Loan*5632 | $10,997.37 |
| 08/15/2025 | Transfer Out | Pihakis Restaurant Group LLC | Payment to SP Loan*2533 | $3,342.24 |
| 08/15/2025 | Transfer Out | Pihakis Restaurant-Int. | Payoff Loan*8142 | $178.48 |
| 08/15/2025 | Transfer Out | Unidentified Insider | Payoff Loan*5341 | $57.09 |
| 08/15/2025 | Transfer Out | Unidentified Insider | Payoff Loan*5339 | $20.68 |
| 08/15/2025 | Transfer Out | Unidentified Insider | Payoff Loan*5335 | $20.13 |
| 08/15/2025 | Deposit (IN) | PIG PRG LLC | 9YL9WGH | $500,000.00 |
| 08/18/2025 | Deposit (IN) | Rodney Scotts BBQ, LLC | 9100001438903 | $5,997.15 |
| 08/18/2025 | Transfer Out | PIG PRG LLC | A3T88RV | $300,000.00 |
| 08/19/2025 | Transfer Out | PRG Luca | A56M8FB | $30,000.00 |
| 08/19/2025 | Transfer Out | LD Homewood | Transfer-Pihakis *1118 to *9025 | $45,000.00 |
| 08/21/2025 | Transfer Out | Hero Homewood | A80HXFB | $3,800.00 |
| 08/21/2025 | Transfer Out | Hero Doughnuts Summerhill | A80H3V2 | $2,500.00 |
| 08/21/2025 | Transfer Out | Hero Doughnuts Montgomery | A80GCKO | $1,500.00 |
| 08/21/2025 | Transfer Out | Hero Trace Crossings | A80K2F4 | $1,000.00 |
| 08/21/2025 | Transfer Out | Hero Sylvan Heights | A80L0L1 | $500.00 |
| 08/21/2025 | Transfer Out | Hero Expansion Group | A80IXMK | $300.00 |
| 08/21/2025 | Transfer Out | Hero RRP | A80LPP9 | $250.00 |
| 08/22/2025 | Deposit (IN) | Pihakis Restaurant Group Management | 9100001030668 | $11,538.40 |
| 08/22/2025 | Transfer Out | Rodney Scott's BBQ Met Atlanta, LLC | A9WGO6Z to SP Loan*4869 | $20,063.29 |
| 08/25/2025 | Transfer Out | Psito Summerhill LLC | ADQGC4W | $13,000.00 |
| 08/25/2025 | Transfer Out | Hero Doughnuts Summerhill | ADQD9TO | $12,500.00 |
| 08/25/2025 | Transfer Out | Hero Trilith | ADQE1B4 | $9,200.00 |
| 08/27/2025 | Transfer Out | PRGM | AGQ0U5Y | $4,900.00 |
| 09/02/2025 | Deposit (IN) | Rodney Scotts BBQ, LLC | 9100001622383 | $5,997.15 |
| 09/02/2025 | Transfer Out | Diddys Maintenance | AP5H88P | $300.00 |
| 09/05/2025 | Deposit (IN) | Pihakis Restaurant Group Management | 9100001743911 | $11,538.40 |
| 09/05/2025 | Transfer Out | PRGM Li Holdings LLC | ATF0608 | $400.00 |
| 09/05/2025 | Deposit (IN) | PIG PRG LLC | ASPB89S | $5,000.00 |
| 09/08/2025 | Deposit (IN) | Unidentified Insider | AUVZB6J | $50,000.00 |
| 09/10/2025 | Transfer Out | 18th Street Development Group | 9140859062451 | $24.17 |
| 09/11/2025 | Transfer Out | 18th Street Development Group | 6220627000121 | $161.74 |
| 09/15/2025 | Deposit (IN) | Rodney Scotts BBQ, LLC | 9100001951582 | $5,997.15 |
| 09/17/2025 | Transfer Out | PIG PRG LLC | BAYEA8S | $1,000.00 |
| 09/17/2025 | Deposit (IN) | PIG PRG LLC | B9RUV7S | $3,000.00 |
| 09/18/2025 | Deposit (IN) | PIG PRG LLC | BBZXD5S | $2,000.00 |
| 09/19/2025 | Deposit (IN) | Pihakis Restaurant Group Management | 9100001074053 | $11,538.40 |
| 09/29/2025 | Deposit (IN) | Rodney Scotts BBQ, LLC | 9100001562951 | $5,997.15 |
| 09/30/2025 | Deposit (IN) | RSBBQ Homewood | BT4ZJ6Q | $10,000.00 |
| 09/30/2025 | Deposit (IN) | LD Homewood | BT4YJEP | $10,000.00 |
| 09/30/2025 | Deposit (IN) | Little Donkey Montgomery DTN | BT51RLZ | $6,000.00 |
| —— Oct-Dec 2025 —— | | | | |
| 10/03/2025 | Deposit (IN) | Pihakis Restaurant Group Management | 9100001874606 | $11,538.40 |
| 10/07/2025 | Deposit (IN) | Hero Expansion Group | C3D6NB6 | $5,000.00 |
| 10/10/2025 | Transfer Out | 18th Street Development Group | 9140859293040 | $71.94 |
| 10/14/2025 | Transfer Out | 18th Street Development Group | 6220627000123 | $162.12 |
| 10/14/2025 | Deposit (IN) | Rodney Scotts BBQ, LLC | 9100001620769 | $5,997.15 |
| 10/14/2025 | Deposit (IN) | 18th Street Development (SouthPoint Loan) | CDIR0YQ SP Loan*5632 | $11,000.00 |
| 10/14/2025 | Deposit (IN) | PRGM | CD6IYVL | $10,000.00 |
| 10/14/2025 | Deposit (IN) | 18th Street Development Checking | CDIOM3B | $4,000.00 |
| 10/16/2025 | Transfer Out | Little Donkey Montgomery DTN | 2100002896240 | $891.67 |
| 10/16/2025 | Transfer Out | Psito Summerhill LLC | CG53DAY | $2,600.00 |
| 10/17/2025 | Deposit (IN) | Pihakis Restaurant Group Management | 9100001830586 | $11,538.40 |
| 10/17/2025 | Transfer Out | Joyland Charleston | TEL TRF TO Checking 30069108 | $12,500.00 |
| 10/20/2025 | Deposit (IN) | PIG PRG LLC | CMAZMAB | $12,000.00 |
| 10/20/2025 | Deposit (IN) | PRGM | CMB2TKW | $5,000.00 |
| 10/21/2025 | Deposit (IN) | Diddys Maintenance | CNFFT8S | $500.00 |
| 10/22/2025 | Deposit (IN) | PIG PRG LLC | CP5BMUG | $5,000.00 |
| 10/27/2025 | Deposit (IN) | Rodney Scotts BBQ, LLC | 9100001560771 | $5,997.15 |
| 10/30/2025 | Deposit (IN) | PIG PRG LLC | D09SB8R | $90,000.00 |
| 10/30/2025 | Deposit (IN) | PIG PRG LLC | D0A5MS7 | $1,600.00 |
| 10/31/2025 | Deposit (IN) | Pihakis Restaurant Group Management | 9100001735596 | $11,538.40 |
| 11/03/2025 | Deposit (IN) | PIG PRG LLC | D65A657 | $66,500.00 |

| Date | Type | Name | Reference | Amount |
|---|---|---|---|---|
| 11/03/2025 | Deposit (IN) | Rodney Scotts BBQ Valley Post | D67AW3T | $5,000.00 |
| 11/07/2025 | Deposit (IN) | PIG PRG LLC | DBG2391 | $8,000.00 |
| **11/10/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001686725** | **$5,997.15** |
| **11/12/2025** | **Transfer Out** | **18th Street Development Group** | **9140859630013** | **$213.39** |
| **11/12/2025** | **Transfer Out** | **18th Street Development Group** | **6220627000122** | **$183.78** |
| **11/14/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001987305** | **$11,538.40** |
| 11/20/2025 | Deposit (IN) | PIG PRG LLC | DU0I3YT | $10,000.00 |
| 11/20/2025 | Deposit (IN) | PIG PRG LLC | DU8TCS7 | $5,000.00 |
| **11/24/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001451844** | **$5,997.15** |
| **11/28/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001778612** | **$11,538.40** |
| 12/02/2025 | Deposit (IN) | PIG PRG LLC | EBKFXX5 | $60,000.00 |
| **12/08/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001447043** | **$5,997.15** |
| 12/08/2025 | Transfer Out | PIG PRG LLC | EJZ9QHH | $50,000.00 |
| **12/10/2025** | **Transfer Out** | **18th Street Development Group** | **9140859653924** | **$141.11** |
| **12/11/2025** | **Transfer Out** | **18th Street Development Group** | **6220627000122** | **$57.25** |
| **12/12/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001729345** | **$11,537.40** |
| 12/12/2025 | Transfer Out | PRG Luca | EPI4P5F | $10,000.00 |
| 12/12/2025 | Transfer Out | Psito Summerhill LLC | EONBRKI | $1,800.00 |
| 12/15/2025 | Deposit (IN) | PRG Luca | ETSAVOY | $10,000.00 |
| 12/16/2025 | Deposit (IN) | PRGM | EVCJY96 | $3,000.00 |
| 12/16/2025 | Deposit (IN) | PIG PRG LLC | EV7V250 | $2,000.00 |
| 12/16/2025 | Deposit (IN) | PRG Retail | EVIGIV1 | $550.00 |
| 12/17/2025 | Deposit (IN) | Little Donkey Valley Post | EWLKOON | $2,000.00 |
| 12/18/2025 | Transfer Out | PIG PRG LLC | EY281HW | $225,000.00 |
| 12/18/2025 | Deposit (IN) | PRG Luca | EY25YLR | $225,000.00 |
| 12/18/2025 | Deposit (IN) | PRGM Savings Acct | EY2159N | $1,500.00 |
| **12/22/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001085796** | **$5,997.15** |
| 12/22/2025 | Deposit (IN) | PIG PRG LLC | F12WMF1 | $5,000.00 |
| 12/23/2025 | Deposit (IN) | PRG Luca | F5C9RLN | $5,000.00 |
| 12/23/2025 | Deposit (IN) | PRG Luca | F54CUGY | $5,000.00 |
| 12/23/2025 | Deposit (IN) | PRG Luca | F4CNLJZ | $2,500.00 |
| **12/26/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001883943** | **$11,538.40** |
| 12/26/2025 | Transfer Out | PRG Luca | F85FL9N | $10,000.00 |
| 12/26/2025 | Deposit (IN) | PRG Luca | F9QXZ8T | $10,000.00 |
| —— Jan-Mar 2026 —— | | | | |
| 01/02/2026 | Deposit (IN) | PRGM | 10LOYFH | $3,000.00 |
| **01/05/2026** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001765514** | **$5,997.15** |
| 01/07/2026 | Deposit (IN) | PRG Luca | 1946G9U | $2,500.00 |
| **01/09/2026** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001645646** | **$11,192.25** |
| **01/12/2026** | **Transfer Out** | **18th Street Development Group** | **9140859182045** | **$42.10** |
| **01/14/2026** | **Transfer Out** | **18th Street Development Group** | **6220627000121** | **$23.36** |
| 01/14/2026 | Deposit (IN) | PRG Luca Valley Post | 1J2TSKM | $8,000.00 |
| **01/14/2026** | **Transfer Out** | **Little Donkey Montgomery DTN** | **2100002213281** | **$891.67** |
| 01/16/2026 | Deposit (IN) | PIG LLC | 1M5UV2F | $33,000.00 |
| **01/01/2026** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001734207** | **$5,817.24** |
| 01/20/2026 | Transfer Out | PRG Luca | 1QQXFOR | $3,000.00 |
| 01/20/2026 | Transfer Out | PRG Luca | 1QHOOEI | $1,000.00 |
| 01/20/2026 | Deposit (IN) | PRG Luca | 1S17VJC | $2,000.00 |
| 01/20/2026 | Deposit (IN) | LD Brand | 1RMVJZ3 | $806.75 |
| 01/21/2026 | Deposit (IN) | PRG Luca | 1T3R81F | $5,000.00 |
| **01/23/2026** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001097517** | **$11,192.25** |
| 01/23/2026 | Deposit (IN) | PRG Luca | 1W009FH | $7,000.00 |
| 01/23/2026 | Deposit (IN) | PIG LLC | 1W03OYQ | $900.00 |
| 01/26/2026 | Deposit (IN) | PRG Luca | 208BMNB | $3,400.00 |
| **01/30/2026** | **Transfer Out** | **Rodney Scott's BBQ Met Atlanta, LLC** | **Payment Remainder** | **$22.91** |
| 01/30/2026 | Deposit (IN) | PRGM | 262ZQ69 | $15,200.00 |
| **02/02/2026** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001232889** | **$5,817.24** |
| **02/03/2026** | **Deposit (IN)** | **Unidentified Insider** | **00065300005487644** | **$4,324.36** |
| 02/03/2026 | Deposit (IN) | PIG LLC | 2BVBIPQ | $2,400.00 |
| 02/05/2026 | Deposit (IN) | PIG LLC | 2EQZWOT | $20,000.00 |
| 02/05/2026 | Deposit (IN) | PIG LLC | 2ENG71I | $5,000.00 |
| **02/06/2026** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001133579** | **$11,192.25** |
| **02/10/2026** | **Transfer Out** | **18th Street Development Group** | **9140859593126** | **$61.07** |
| **02/11/2026** | **Transfer Out** | **18th Street Development Group** | **6220627000122** | **$36.00** |
| 02/13/2026 | Deposit (IN) | PIG LLC | 2Q07U4H | $14,700.00 |
| **02/17/2026** | **Deposit (IN)** | **Little Donkey Montgomery** | **00065300005527225** | **$30,000.00** |

| Date | Type | Name | Reference | Amount |
|---|---|---|---|---|
| 02/17/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001180699** | **$1,199.43** |
| 02/17/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001180683** | **$1,199.43** |
| 02/17/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001180668** | **$1,199.43** |
| 02/17/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001180652** | **$1,199.43** |
| 02/17/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001180627** | **$1,199.43** |
| 02/18/2026 | Transfer Out | **Little Donkey Montgomery DTN** | **2100002837231** | **$891.67** |
| 02/18/2026 | Transfer Out | PRG Luca | 2W8F9N4 | $8,000.00 |
| 02/18/2026 | Transfer Out | PRG Luca | 2XNDYCN | $500.00 |
| 02/18/2026 | Deposit (IN) | PRG Luca | 2X335KC | $8,000.00 |
| 02/19/2026 | Deposit (IN) | PIG II LLC | 2YIAAPV | $2,000.00 |
| 02/20/2026 | Deposit (IN) | **Pihakis Restaurant Group Management** | **9100001270819** | **$11,192.25** |
| 02/20/2026 | Deposit (IN) | PIG II LLC | 303M3EO | $10,000.00 |
| 02/24/2026 | Deposit (IN) | **Unidentified Insider** | **00065300005550723** | **$60,000.00** |
| 02/26/2026 | Transfer Out | PRG Luca | 393WWSR | $650.00 |
| 03/02/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001343933** | **$997.39** |
| 03/02/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001343942** | **$971.34** |
| 03/02/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001343973** | **$967.40** |
| 03/02/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001343959** | **$967.40** |
| 03/02/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001343913** | **$967.40** |
| 03/02/2026 | Deposit (IN) | PIG II LLC | 3EK19Q2 | $7,000.00 |
| 03/03/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001767390** | **$1,119.43** |
| 03/03/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001767391** | **$1,085.85** |
| 03/03/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001767391** | **$1,085.85** |
| 03/03/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001767336** | **$1,085.85** |
| 03/03/2026 | Transfer Out | PRG Luca | 3FMPNRU | $2,000.00 |
| 03/04/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001785077** | **$1,085.85** |
| 03/04/2026 | Transfer Out | Psito Summerhill LLC | 3HH8AY6 | $1,500.00 |
| 03/06/2026 | Deposit (IN) | **Pihakis Restaurant Group Management** | **9100001216653** | **$11,192.25** |
| 03/06/2026 | Transfer Out | **Rodney Scotts BBQ, LLC** | **4300009617365** | **$997.39** |
| 03/06/2026 | Transfer Out | Psito Summerhill LLC | 3JXPIKW | $500.00 |
| 03/09/2026 | Deposit (IN) | PIG II LLC | 3OD3LCZ | $31,500.00 |
| 03/10/2026 | Deposit (IN) | PIG II LLC | 3PT87PN | $1,500.00 |
| 03/10/2026 | Deposit (IN) | PIG II LLC | 3PTCSZT | $500.00 |
| 03/10/2026 | Transfer Out | **18th Street Development Group** | **9140859574630** | **$27.84** |
| 03/11/2026 | Transfer Out | **18th Street Development Group** | **6220627000123** | **$48.55** |
| 03/12/2026 | Transfer Out | PRGM | 3SOO7M8 | $800.00 |
| 03/12/2026 | Deposit (IN) | PIG II LLC | 3SJTDQI | $2,000.00 |
| 03/12/2026 | Deposit (IN) | PRGM Savings Acct | 3SJRP7M | $1,178.00 |
| 03/16/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001169821** | **$1,199.43** |
| 03/16/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001169869** | **$1,163.45** |
| 03/16/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001169854** | **$1,163.45** |
| 03/16/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001169839** | **$1,163.45** |
| 03/16/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001169795** | **$1,163.45** |
| 03/16/2026 | Deposit (IN) | PIG LLC | 3YD1129 | $13,600.00 |
| 03/16/2026 | Deposit (IN) | Diddys Maintenance | 3YLUQJ7 | $1,000.00 |
| 03/16/2026 | Deposit (IN) | Diddys Maintenance | 3YD3LVR | $300.00 |
| 03/19/2026 | Transfer Out | PRG Luca | 42WOQVI | $800.00 |
| 03/19/2026 | Deposit (IN) | PRGM Savings Acct | 42JXB14 | $2,000.00 |
| 03/20/2026 | Deposit (IN) | **Pihakis Restaurant Group Management** | **9100001289990** | **$23,160.25** |
| 03/20/2026 | Transfer Out | Psito Summerhill LLC | 43ZTST4 | $13,015.25 |
| 03/20/2026 | Transfer Out | Psito Summerhill LLC | 43ZVZVV | $50.00 |
| 03/23/2026 | Deposit (IN) | PRG Luca | 48FR5Z9 | $3,615.00 |
| 03/23/2026 | Deposit (IN) | PIG LLC | 48FM3UI | $950.00 |
| 03/23/2026 | Deposit (IN) | PRG Auburn LLC | 48FK97H | $400.00 |
| 03/24/2026 | Deposit (IN) | PIG II LLC | 49OTDHG | $20,000.00 |
| 03/25/2026 | Deposit (IN) | PIG II LLC | 4B5QU8B | $1,496.00 |
| 03/26/2026 | Deposit (IN) | PIG II LLC | 4CMONC7 | $4,000.00 |
| 03/30/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001588137** | **$1,199.43** |
| 03/30/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001588182** | **$1,163.45** |
| 03/30/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001588167** | **$1,163.45** |
| 03/30/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001588150** | **$1,163.45** |
| 03/30/2026 | Deposit (IN) | **Rodney Scotts BBQ, LLC** | **9100001588126** | **$1,163.45** |
| 03/30/2026 | Transfer Out | PRG Luca | 4ILCF60 | $3,000.00 |
| 03/30/2026 | Transfer Out | Pihakis Restaurant Group, LLC | 4GVPTGP SP Loan*2533 | $3,342.48 |
| 03/31/2026 | Transfer Out | 18th Street Development | 4JOEU7O SP Loan*5632 | $15,559.75 |
| 03/31/2026 | Deposit (IN) | Little Donkey Montgomery DTN | 4JL2F08 | $30,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 03/31/2026 | Deposit (IN) | Rodney Scotts BBQ Valley Post | 4JL0KXP | $15,000.00 | |
| 03/31/2026 | Deposit (IN) | PIG II LLC | 4JYJAZD | $10,000.00 | |
| 03/31/2026 | Deposit (IN) | PIG II LLC | 4JYG5RP | $9,000.00 | |
| 03/31/2026 | Deposit (IN) | Little Donkey Valley Post | 4K0K6U3 | $5,000.00 | |
| —— **Apr-May 2026** —— | | | | | |
| 04/01/2026 | Transfer Out | Little Donkey Montgomery DTN | Return Funds to *9918 | $30,000.00 | |
| 04/03/2026 | Deposit (IN) | Pihakis Restaurant Group Management | 9100001803348 | $11,192.25 | |
| 04/10/2026 | Transfer Out | 18th Street Development Group | 9140859241977 | $30.64 | |
| 04/13/2026 | Deposit (IN) | Rodney Scotts BBQ, LLC | 9100001016502 | $1,163.45 | |
| 04/14/2026 | Transfer Out | 18th Street Development Group | 6220627000123 | $22.69 | |
| 04/14/2026 | Deposit (IN) | Pihakis Restaurant Group Management | XXXXXXXXXX2819L | $11,192.25 | |
| 04/14/2026 | Deposit (IN) | Rodney Scotts BBQ, LLC | XXXXXXXXXX4367V | $2,196.81 | |
| 04/14/2026 | Deposit (IN) | Rodney Scotts BBQ, LLC | XXXXXXXXXX4126A | $1,163.45 | |
| 04/20/2026 | Deposit (IN) | Unidentified Insider | 00065300005715663 | $250.00 | |
| 04/27/2026 | Deposit (IN) | Rodney Scotts BBQ, LLC | XXXXXXXXXX0767V | $997.38 | |
| 04/27/2026 | Deposit (IN) | Rodney Scotts BBQ, LLC | XXXXXXXXXX0526A | $967.39 | |
| 04/28/2026 | Deposit (IN) | Rodney Scotts BBQ, LLC | XXXXXXXXXXX7867 | $971.33 | *8364 |
| 04/28/2026 | Deposit (IN) | Rodney Scotts BBQ, LLC | XXXXXXXXX1158UU | $967.39 | |
| 04/28/2026 | Deposit (IN) | Rodney Scotts BBQ, LLC | XXXXXXXXXX2191L | $967.39 | |
| 04/29/2026 | Deposit (IN) | Unidentified Insider | 033045506 | $1,901.00 | |
| 04/01/2026 | Transfer Out | Little Donkey Montgomery DTN | Return Funds to *9918 | $30,000.00 | |
| 05/11/2026 | Deposit (IN) | Rodney Scotts BBQ, LLC | XXXXXXXXXXX2867 | $971.33 | |
| 05/20/2026 | Transfer Out | Pihakis Restaurant Management Group - Sales Tax | 015189962 | $3,380.62 | |

| | | |
|---|---|---|
| **TOTAL IN (all periods):** | | $2,301,729.04 |
| **Payroll (PRGM/RSBBQ):** | $ | (578,539.61) |
| **TOTAL IN (less Payroll):** | $ | 1,723,189.43 |
| **TOTAL OUT (all periods):** | | $961,481.95 |
| **NET TO Accounts:** | | $761,707.48 |

# Addendum to SOFA Questions 7 & 8
## Schedule of Transfers Involving Affiliated Entities and Potential Insider Transactions (Part B).

*SouthPoint Bank Account *1118 Period: May 1, 2025 – May 7, 2026 (account closed 05/07/2026); PNC Bank Account Ending *8364 Period: Current*

**Note:** During the year preceding the petition date, the Debtor participated in an informal cash-management system involving multiple affiliated entities. Although the affiliated entities generally maintained separate bank accounts and books, the Debtor's personal credit cards were used to pay for certain operational expenses for the affiliated entities, as required. These credit cards were then periodically paid from Debtor's personal bank accounts. Due to the volume of transactions and the need for accounting advice and records, the Debtor cannot determine in every instance whether a particular transfer represented repayment of an antecedent debt, an operating advance, a capital contribution, a distribution, a reimbursement, or a conduit transfer. The attached schedule is provided to facilitate full disclosure and should not be construed as an admission regarding the legal characterization of any transaction.

| Credit Card | Vendor | Date | Amount | Location |
|---|---|---|---|---|
| **American Express** | Hot Schedules | 1/2/2025 | $ 20,818.92 | |
| | Hot Schedules | 1/7/2025 | $ 5,574.40 | |
| | Jefferson C. Tax 93666259 | 1/28/2025 | $ 60,915.06 | |
| | Venmo Eric Kohn | 1/29/2025 | $ 154.50 | |
| | Venmo Mathew Hig | 1/29/2025 | $ 2,945.80 | |
| | Jack H&A Services | 1/31/2025 | $ 509.85 | |
| | Jack H&A Services | 1/31/2025 | $ 726.15 | |
| | Jack H&A Services | 1/31/2025 | $ 1,649.24 | |
| | Paypal | 2/7/2025 | $ 3,333.33 | |
| | Paypal | 2/7/2025 | $ 5,000.00 | |
| | Hotel.com | 2/9/2025 | $ 1,344.72 | |
| | Hotel.com | 2/9/2025 | $ 151.34 | |
| | Southwest | 2/11/2025 | $ 682.95 | |
| | Hotel.com | 2/17/2025 | $ 844.48 | |
| | Hotel.com | 2/17/2025 | $ 768.80 | |
| | Delta | 2/21/2025 | $ 682.36 | |
| | Hotel.com | 2/21/2025 | $ 573.98 | |
| | Hotel.com | 2/21/2025 | $ 465.12 | |
| | Hotel.com | 2/21/2025 | $ 202.27 | |
| | Delta | 2/24/2025 | $ 594.37 | |
| | Dewberry Charleston | 2/24/2025 | $ 457.14 | |
| | Dewberry Charleston | 2/24/2025 | $ 457.14 | |
| | Delta | 2/25/2025 | $ 1,497.37 | |
| | Southwest | 2/25/2025 | $ 558.96 | |
| | Hotel.com | 2/25/2025 | $ 331.10 | |
| | Delta | 2/28/2025 | $ 762.37 | |
| | Dewberry Charleston | 2/28/2025 | $ 914.28 | |
| | Dewberry Charleston | 2/28/2025 | $ 1,688.54 | |
| | Hotel.com | 2/28/2025 | $ 411.70 | |
| | Hotel.com | 2/28/2025 | $ 214.94 | |
| | AirBNB | 3/4/2025 | $ 1,922.18 | |
| | Delta | 3/5/2025 | $ 594.37 | |
| | Southwest | 3/5/2025 | $ 682.66 | |
| | Southwest | 3/5/2025 | $ 682.66 | |
| | Jack H&A Services | 3/12/2025 | $ 113.00 | |
| | Hotel.com | 3/12/2025 | $ 98.40 | |
| | VRBO | 3/14/2025 | $ 5,819.39 | |
| | Delta | 3/19/2025 | $ 789.19 | |
| | Delta | 3/19/2025 | $ 789.18 | |
| | Delta | 3/20/2025 | $ 120.00 | |
| | Jefferson C. Tax 93666259 | 3/22/2025 | $ 5,760.86 | |
| | Jefferson C. Tax 93666259 | 3/22/2025 | $ 6,059.52 | |
| | Jefferson C. Tax 93666259 | 3/22/2025 | $ 4,762.34 | |
| | Ticonderoga | 3/25/2025 | $ 1,169.56 | |
| | Clermont Hotel ATL | 3/25/2025 | $ 393.91 | |
| | Clermont Hotel ATL | 3/25/2025 | $ 427.00 | |
| | AirBNB | 3/26/2025 | $ 757.87 | |
| | Hotel.com | 3/26/2025 | $ 180.88 | |

| Credit Card | Vendor | Date | Amount | Location |
|---|---|---|---|---|
| **American Express (cont.)** | Southwest | 3/27/2025 | $ 752.96 | |
| | COA Businesss Lic. Atlanta | 3/28/2025 | $ 9,214.68 | |
| | Delta | 3/30/2025 | $ 120.00 | |
| | Spring to Cann Charleston | 3/31/2025 | $ 1,610.82 | |
| | Hotel.com | 3/31/2025 | $ 689.24 | |
| | Hotel.com | 4/1/2025 | $ 486.12 | |
| | VRBO | 4/1/2025 | $ 186.96 | |
| | Clermont Hotel ATL | 4/3/2025 | $ 377.91 | |
| | Clermont Hotel ATL | 4/3/2025 | $ 401.25 | |
| | Clermont Hotel ATL | 4/3/2025 | $ 950.65 | |
| | The Ordinary | 4/4/2025 | $ 435.84 | |
| | Miller All Day Restaurant | 4/4/2025 | $ 87.93 | |
| | Palmera BBQ | 4/4/2025 | $ 275.77 | |
| | Cartpanda | 5/11/2025 | $ 281.88 | |
| | Delta | 6/1/2025 | $ 330.18 | |
| | La Cocina | 6/15/2025 | $ 2,500.00 | |
| | Historical Events | 6/28/2025 | $ 1,428.00 | |
| | Carolina Climate Joy land | 7/4/2025 | $ 31,560.00 | |
| | Bill.com | 7/21/2025 | $ 3,379.17 | |
| | Homewood Suites | 7/26/2025 | $ 583.74 | |
| | Homewood Suites | 7/26/2025 | $ 625.31 | |
| | Alabama Sawyer Furniture | 8/14/2025 | $ 1,358.28 | |
| | Venmo Logan Vlachoy | 8/15/2025 | $ 206.00 | |
| | Valley Hotel | 8/16/2025 | $ 365.25 | |
| | Gianna Restaurant | 8/18/2025 | $ 125.01 | |
| | Gianna Restaurant | 8/18/2025 | $ 337.69 | |
| | Venmo Jose Gonzalez | 8/19/2025 | $ 61.80 | |
| | Herbsaint | 8/19/2025 | $ 80.01 | |
| | Windsor Court N.O. | 8/20/2025 | $ 1,756.43 | |
| | Superior Seating | 8/21/2025 | $ 28,745.63 | |
| | Venmo Belem Jane | 8/22/2025 | $ 185.40 | |
| | Blue Ocean Trader | 8/26/2025 | $ 3,051.00 | |
| | VSP Rest Furniture | 8/26/2025 | $ 6,699.00 | |
| | Restaurant Furniture N | 8/27/2025 | $ 5,000.00 | |
| | Affordable Seating | 8/27/2025 | $ 3,772.85 | |
| | Kravet Inc. Shipping | 8/27/2025 | $ 4,574.74 | |
| | Kravet Inc. Shipping | 8/27/2025 | $ 2,025.74 | |
| | YPS Vacation Rental Pay | 8/27/2025 | $ 3,555.90 | |
| | Affordable Seating | 9/4/2025 | $ 3,772.85 | |
| | Alabama Sawyer Furniture | 9/12/2025 | $ 25,341.18 | |
| | Affordable Seating | 9/12/2025 | $ 85.00 | |
| | Affordable Seating | 9/16/2025 | $ 90.00 | |
| | Alabama Sawyer Furniture | 9/20/2025 | $ 20,497.68 | |
| | Affordable Seating | 9/30/2025 | $ 120.00 | |
| | VSP Rest Furniture | 10/9/2025 | $ 25,211.79 | |
| | Elegant Earth | 10/13/2025 | $ 2,213.20 | |
| | Warren Family Garden | 10/14/2025 | $ 2,711.32 | |
| | Bresco Smallwares | 10/17/2025 | $ 35,256.90 | |
| | Bresco Smallwares | 10/17/2025 | $ 17,896.25 | |
| | Bresco Smallwares | 10/17/2025 | $ 16,752.95 | |
| | Bresco Smallwares | 10/17/2025 | $ 25,132.00 | |
| | Alabama Sawyer Furniture | 10/29/2025 | $ 61,431.30 | |
| | Bresco Smallwares | 10/31/2025 | $ 6,038.75 | |
| | Bresco Smallwares | 10/31/2025 | $ 14,320.28 | |
| | Bresco Smallwares | 10/31/2025 | $ 17,338.46 | |
| | Bresco Smallwares | 10/31/2025 | $ 6,489.62 | |
| | Bresco Smallwares | 11/5/2025 | $ 400.53 | |
| | Venmo Belem Jane | 11/10/2025 | $ 185.40 | |
| | Venmo Jose Gonzalez | 11/11/2025 | $ 61.80 | |

| Credit Card | Vendor | Date | | Amount | Location |
|---|---|---|---|---|---|
| **American Express (cont.)** | Alabama Sawyer Furniture | 12/1/2025 | $ | 20,065.50 | |
| | Alabama Sawyer Furniture | 12/1/2025 | $ | 28,949.29 | |
| | Goodwin Recruiter | 12/1/2025 | $ | 5,625.00 | |
| | Goodwin Recruiter | 12/1/2025 | $ | 5,625.00 | |
| | Goodwin Recruiter | 12/1/2025 | $ | 5,775.00 | |
| | Goodwin Recruiter | 12/1/2025 | $ | 5,212.00 | |
| | Goodwin Recruiter | 12/1/2025 | $ | 3,000.00 | |
| | Bresco Smallwares | 12/1/2025 | $ | 7,540.00 | |
| | Bresco Smallwares | 12/1/2025 | $ | 3,382.00 | |
| | Alabama Sawyer Furniture | 12/1/2025 | $ | 20,065.50 | |
| | **Total:** | | **$** | **651,119.84** | |

| Credit Card | Vendor | Date | | Amount | Location |
|---|---|---|---|---|---|
| **Barklay MC** | The Quinte Restaurant Charleston | 1/14/2025 | $ | 1,055.62 | |
| | How Crispy Restaurant ATL | 1/14/2025 | $ | 59.60 | |
| | Rue De Jean Restaurant Charleston | 1/15/2025 | $ | 166.82 | |
| | Geraldine Domi Venmo | 1/24/2025 | $ | 2,575.00 | |
| | The Dewberry Hotel Charleston | 2/3/2025 | $ | 372.92 | |
| | The Dewberry Hotel Charleston | 2/3/2025 | $ | 392.30 | |
| | The Dewberry Hotel Charleston | 2/3/2025 | $ | 372.92 | |
| | The Ordinary Restauarant Charleston | 2/5/2025 | $ | 1,710.05 | |
| | The Ordinary Restauarant Charleston | 2/5/2025 | $ | 246.27 | |
| | The Dewberry Hotel Charleston | 2/6/2025 | $ | 852.75 | |
| | The Dewberry Hotel Charleston | 2/6/2025 | $ | 402.22 | |
| | The Dewberry Hotel Charleston | 2/6/2025 | $ | 277.96 | |
| | The Fig Restaurant Charleston | 2/25/2025 | $ | 389.67 | |
| | Vern's Restaurant | 2/27/2025 | $ | 692.08 | |
| | Goosecreek Heat & Air Charleston | 4/4/2025 | $ | 431.00 | |
| | Goosecreek Heat & Air Charleston | 4/15/2025 | $ | 814.00 | |
| | Historical Events | 9/23/2025 | $ | 3,929.00 | |
| | Wayfair Furniture | 11/25/2025 | $ | 987.11 | |
| | Trade Coffee Exec Christmas Gifts | 12/21/2025 | $ | 1,138.50 | |
| | Trade Coffee Exec Christmas Gifts | 12/21/2025 | $ | 2,970.00 | |
| | Trade Coffee Exec Christmas Gifts | 12/26/2025 | $ | 198.00 | |
| | Trade Coffee Exec Christmas Gifts | 12/31/2025 | $ | 492.35 | |
| | Hotel.com | 1/2/2026 | $ | 232.78 | |
| | Hotel.com | 1/7/2026 | $ | 518.97 | |
| | Delta | 1/8/2026 | $ | 729.60 | |
| | Delta | 1/8/2026 | $ | 740.59 | |
| | Hotel.com | 1/13/2026 | $ | 892.56 | |
| | Hampton Inn | 1/14/2026 | $ | 790.90 | |
| | Hampton Inn | 1/14/2026 | $ | 149.06 | |
| | Hotel.com | 1/14/2026 | $ | 726.24 | |
| | Hotel.com | 1/14/2026 | $ | 166.32 | |
| | Hampton Inn | 1/15/2026 | $ | 350.56 | |
| | Hotel.com | 1/18/2026 | $ | 85.30 | |
| | Hotel.com | 1/29/2026 | $ | 516.76 | |
| | Homewood Siutes | 2/3/2026 | $ | 441.91 | |
| | Homewood Siutes | 2/5/2026 | $ | 220.99 | |
| | Hotel.com | 2/19/2026 | $ | 359.20 | |
| | Archie's BBQ | 2/26/2026 | $ | 111.84 | |
| | Air BNB | 2/26/2026 | $ | 2,199.06 | |
| | Hotel.com | 3/16/2026 | $ | 475.38 | |
| | **Total:** | | **$** | **30,234.16** | |

| Credit Card | Vendor | Date | | Amount | Location |
|---|---|---|---|---|---|
| **Bank Of America** | Wayfair | 11/5/2025 | $ | 9,875.00 | |
| | Superior Seating | 11/7/2025 | $ | 5,549.15 | |
| | Wayfair | 11/8/2025 | $ | 623.50 | |
| | Threads Apron | 11/8/2025 | $ | 1,752.75 | |

| Credit Card | Vendor | Date | Amount | | Location |
|---|---|---|---|---|---|
| **Bank Of America (cont.)** | Uline | 11/11/2025 | $ | 3,900.00 | |
| | Penskie | 11/13/2025 | $ | 688.16 | |
| | Penskie | 11/13/2025 | $ | 781.49 | |
| | Wayfair | 11/14/2025 | $ | 1,333.11 | |
| | Uline | 11/20/2025 | $ | 283.91 | |
| | GSLUS.inc | 11/20/2025 | $ | 250.00 | |
| | Stamp maker | 11/20/2025 | $ | 113.25 | |
| | Stamp maker | 11/20/2025 | $ | 106.75 | |
| | Webstaurant | 11/29/2025 | $ | 245.73 | |
| | BlueOcean | 11/29/2025 | $ | 2,072.84 | |
| | Wayfair | 12/1/2025 | $ | 345.58 | |
| | Amazon | 12/1/2025 | $ | 185.75 | |
| | **Total:** | | **$** | **28,106.97** | |
| | **Grand Total:** | | **$** | **709,460.97** | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
[_____] DIVISION

In re:   NICK R. PIHAKIS,                                   Case No. [__-_____]
         Debtor.                                            Chapter 7

## ADDENDUM TO STATEMENT OF FINANCIAL AFFAIRS (OFFICIAL FORM 107)
## PART 7, QUESTION 18 — PROPERTY TRANSFERRED WITHIN 2 YEARS

This Addendum supplements the Debtor's response to Question 18 of Official Form 107 and is incorporated therein by reference. The Debtor submits this Addendum in the interest of full disclosure, including certain items that may fall outside the two-year reporting period or that are not strictly responsive to Question 18.

### A. TRANSFERS TO RELATED COMPANIES (2024 - 2026)

During 2024 - 2026, the Debtor transferred money to companies in which he holds a membership interest or has an indirect business interest. During the year preceding the petition date, the Debtor participated in an informal cash-management system involving multiple affiliated entities. Although the affiliated entities generally maintained separate bank accounts and books, the Debtor's personal bank account was periodically used as an intermediary account to facilitate transfers among those entities when operational needs required. Due to the volume of transactions and the need for accounting advice and records, the Debtor cannot determine in every instance whether a particular transfer represented repayment of an antecedent debt, an operating advance, a capital contribution, a distribution, a reimbursement, or a conduit transfer. The attached schedule is provided to facilitate full disclosure and should not be construed as an admission regarding the legal characterization of any transaction.

Attached to this Addendum is a list of transfers for the period of May 2024 through April 2025. Not included are those transfers shown on the Addendum to SOFA Questions 7 and 8 which are incorporated into this response by reference but are not repeated here as directed by SOFA 18.

### B. ITEMS DISCLOSED FOR COMPLETENESS

1. Sale of Alys Beach property (February 27, 2024). The Debtor sold a lot and home at Alys Beach, Florida on February 27, 2024 for a gain of $2,401,928. Although this sale occurred more than two years ago and is disclosed as part of Debtor's answer to SOFA question 5, the Debtor includes the information herein as a matter of completeness. The Debtor believes the majority of these proceeds were used to fund capital contributions and as well as satisfy a mortgage on real property owned by 18th Street Development. 18th Street Development subsequently mortgaged its entire property and the Debtor then loaned these proceeds to Pihakis Restaurant Group, LLC and/or Pihakis Investment Group, LLC.

2. JNN Holdings Transfer.

*Transferor*: Pihakis Investment Group, LLC (Owned by Nick Pihakis-70%; Constance M. Pihakis Revocable Trust-10%; Nicholas J. Pihakis Revocable Trust-10%; Catherine R. Pihakis Revocable Trust-10%).

*Transferee*: PIG-JNN Ventures, LLC (Owned by Pihakis Investment Group, LLC 100%).

Page 1 of 2

(initial)

By document dated December 1, 2025, the Members of Pihakis Investment Group, LLC authorized its membership interest in PIG-JNN Ventures to be pledged as collateral to secure Pihakis Restaurant Group, LLC's and PRG Valley Post, LLC's lease obligations and Pihakis Investment Group's guaranty obligations to Dunnavant Valley Dining, LLC, 27th Terrace, LLC and Michael A. Mouron (collectively "Mouron"). PIG-JNN Ventures, LLC is a Family Wealth Planning Entity. As part of the transaction, PIG-JNN Ventures itself executed a Consent to the Pledge Agreement, agreeing to specific covenants in favor of Mouron.

Subsequently, on or about February 23, 2026, Pihakis Investment Group, LLC transferred its 500,000 Units in JNN Holdings, LLC to PIG-JNN Ventures, LLC. After the transfer, PIG-JNN Ventures, LLC became the direct holder of 500,000 Units in JNN Holdings, subject to the JNN Holdings Amended and Restated Operating Agreement.

3.    Pihakis Restaurant Group, LLC –Third Avenue S, LLC. At all material times, Nick Pihakis owned 70% of Pihakis Restaurant Group, LLC ("PRG, LLC"). On August 13, 2025 (effective as of July 31, 2025), PRG, LLC sold all of its limited liability company membership interests in PIG II – Homewood Properties, LLC to Third Avenue S, LLC for $2,500,000.00. The net result of this transaction is that real property located at 3709, 3715, 3719, and 3751 Third Avenue S Birmingham, Alabama (Avondale) which was owned by PIG II -Homewood Properties was transferred to Third Avenue S LLC. After deducting for the payment of various loans owed to SouthPoint Bank and other lenders as well as title, closing, recording and legal fees which totaled $1,400,243.26, the net amount received by PRG, LLC was $1,099,756.74. On August 13, 2025, these net proceeds were deposited into the PIG PRG LLC's operating bank account and were used to pay operating expenses and loan obligations of the restaurant entities in which the Debtor held an ownership interest.

4.    SouthPoint Bank 1 Million Dollar Loan Proceeds. Also disclosed for completeness, is the existence of a $1,000,000 loan made by Southpoint Bank on or about April 13, 2026 to Pihakis Investment Group LLC which was personally guaranteed by Nick Pihakis. The disbursement of these proceeds was controlled by Southpoint Bank but were used to bring the various business accounts that Nick Pihakis had at Southpoint Bank to a positive balance. Presently, the Debtor cannot determine whether honoring the checks resulted in a distribution, a reimbursement, or a conduit transfer to the Debtor.

## C. NOTES ON SOURCES AND LIMITATIONS

Note 1 — No concession. Disclosure of a transfer in this Addendum is made for purposes of complete disclosure only and is not an admission or concession and all defenses are reserved.

Note 2 — Cross-references. The transactions described above are also addressed, as applicable, in the Debtor's responses to Questions 4–5 (income), Questions 7 and 8 (transfers involving affiliated entities to the extent any of the foregoing occurred within that period), and Question 27 (businesses in which the Debtor held an interest or officer/manager position).

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main
Document      Page 128 of 154

# Attachment to Addendum to SOFA Question 18 - Property Transfer (2 years)
## SouthPoint Account *1118 (Nick Pihakis) | PNC Account *8364  Account Transfer Ledger
*1118 Period: May 1, 2024 – April 30, 2025 (account closed 05/07/2026).*

**Note:** Per SOFA #18 transactions shown on SOFA #7-8 not repeated here.

**Note**: During the year preceding the petition date, the Debtor participated in an informal cash-management system involving multiple affiliated entities. Although the affiliated entities generally maintained separate bank accounts and books, the Debtor's personal bank account was periodically used as an intermediary account to facilitate transfers among those entities when operational needs required. Due to the volume of transactions and the need for accounting advice and records, the Debtor cannot determine in every instance whether a particular transfer represented repayment of an antecedent debt, an operating advance, a capital contribution, a distribution, a reimbursement, or a conduit transfer. The attached schedule is provided to facilitate full disclosure and should not be construed as an admission regarding the legal characterization of any transaction.

| Date | Direction | Entity Name | Reference | Amount |
|---|---|---|---|---|
| — May 2024 — | | | | |
| 05/01/2024 | Transfer Out | PRGM | 5TI602E | $85,000.00 |
| 05/02/2024 | Transfer Out | Pihakis Restaurant Group LLC | Payment to SP Loan*2159 | $7,319.44 |
| 05/06/2024 | Deposit (IN) | Unidentified Insider | 60KZFE5 | $50,000.00 |
| 05/13/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 05/13/2024 | Transfer Out | 18th Street Development | Leeds Water Work | $42.65 |
| 05/13/2024 | Transfer Out | | AMEX EPayment | $10,000.00 |
| 05/13/2024 | Transfer Out | | AMEX Epayment | $20,000.00 |
| 05/14/2024 | Transfer Out | | EXCESS/SCD | $5,000.00 |
| 05/15/2024 | Deposit (IN) | Unidentified Insider | 6DE4T36 | $50,000.00 |
| 05/15/2024 | Transfer Out | PIG PRG LLC | 6DE6RO2 | $14,000.00 |
| 05/16/2024 | Transfer Out | Pihakis Restaurant Group, LLC | ATS-Checking to LN | $3,342.48 |
| 05/20/2024 | Transfer Out | | AMEX EPayment | $56.76 |
| 05/20/2024 | Transfer Out | | AMEX EPayment | $10,000.00 |
| 05/23/2024 | Transfer Out | | AMEX EPayment | $134.96 |
| 05/23/2024 | Transfer Out | | AMEX EPayment | $8,035.00 |
| 05/24/2024 | Transfer Out | | AMEX EPayment | $619.76 |
| 05/28/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 05/28/2024 | Deposit (IN) | Pihakis Investment | 6UH4NHE | $100,000.00 |
| 05/28/2024 | Transfer Out | | AMEX EPayment | $5,000.00 |
| 05/29/2024 | Transfer Out | PIG PRG LLC | 6XH0FWI | $33,000.00 |
| 05/29/2024 | Transfer Out | | AMEX EPayment | $10,000.00 |
| 05/31/2024 | Transfer Out | PIG PRG LLC | 70CASXN | $18,000.00 |
| 05/31/2024 | Transfer Out | Pihakis Restaurant Group LLC | Payment to SP Loan*2159 | $7,319.45 |
| — June 2024 — | | | | |
| 06/03/2024 | Transfer Out | PIG PRG LLC | 7377WJH | $30,000.00 |
| 06/07/2024 | Deposit (IN) | Jim N Nicks | | $912.00 |
| 06/07/2024 | Deposit (IN) | LD Brand | 79VB4DA | $5,800.00 |
| 06/07/2024 | Transfer Out | | Barclaycard US | $120.20 |
| 06/07/2024 | Transfer Out | | AMEX EPayment | $737.89 |
| 06/10/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 06/10/2024 | Deposit (IN) | PIG PRG LLC | 7B7NGYJ | $24,000.00 |
| 06/11/2024 | Transfer Out | PIG PRG LLC | 7FIWIKQ | $67,000.00 |
| 06/11/2024 | Transfer Out | 18th Street Development | Leeds Water Work | $41.35 |
| 06/12/2024 | Transfer Out | | EXCESS/SCD | $5,000.00 |
| 06/17/2024 | Transfer Out | Pihakis Restaurant Group, LLC | ATS-Checking to LN | $3,342.48 |
| 06/17/2024 | Deposit (IN) | PIG PRG LLC | 7MZD4J0 | $10,000.00 |
| 06/20/2024 | Deposit (IN) | LD Brand | 7RC7CZ1 | $5,500.00 |
| 06/24/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 06/24/2024 | Transfer Out | | AMEX EPayment | $45.00 |
| 06/24/2024 | Transfer Out | | Barclaycard US | $1,000.00 |
| 06/25/2024 | Transfer Out | Pihakis Restaurant-Int. | Payoff Loan*8142 | $331.65 |
| **06/27/2024** | **Deposit (IN)** | **Unidentified Insider** | | **$2,144.17** |
| **06/27/2024** | **Deposit (IN)** | **Unidentified Insider** | | **$40,000.00** |

| | | | | |
|---|---|---|---|---|
| 06/27/2024 | Transfer Out | | AMEX EPayment | $10,000.00 |
| 06/28/2024 | Transfer Out | PIG PRG LLC | 84AG0AZ | $12,000.00 |
| — July 2024 — | | | | |
| 07/08/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 07/08/2024 | Transfer Out | | Barclaycard US | $1,000.00 |
| 07/11/2024 | Transfer Out | 18th Street Development | Leeds Water Work | $36.88 |
| 07/12/2024 | Transfer Out | | TEL TRF to Loan*7961 | $6,587.50 |
| 07/12/2024 | Transfer Out | | EXCESS/SCD | $5,000.00 |
| 07/12/2024 | Deposit (IN) | PIG PRG LLC | 8POIAWD | $30,000.00 |
| 07/15/2024 | Transfer Out | | | $7,083.33 |
| 07/15/2024 | Transfer Out | | AMEX EPayment | $110.60 |
| 07/16/2024 | Transfer Out | Pihakis Restaurant Group, LLC | ATS-Checking to LN | $3,342.48 |
| 07/16/2026 | Deposit (IN) | | BOA/CS DIRECT DEP | $15,000.00 |
| 07/22/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 07/30/2024 | Deposit (IN) | RSBBQ 200 Broadway | 9D82RDZ | $30,000.00 |
| 07/30/2024 | Transfer Out | | AMEX EPayment | $33,280.99 |
| — August 2024 — | | | | |
| 08/05/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 08/05/2024 | Transfer Out | | TEL TRF to Loan*7961 | $6,375.00 |
| 08/05/2024 | Transfer Out | | AMEX EPayment | $1,325.22 |
| 08/05/2024 | Transfer Out | | AMEX EPayment | $6,633.03 |
| 08/07/2024 | Transfer Out | | Barclaycard US | $100.00 |
| **08/08/2024** | **Deposit (IN)** | **Unidentified Insider** | | **$6,000.00** |
| 08/09/2024 | Transfer Out | PIG PRG LLC | 9S8VOMT | $3,000.00 |
| 08/12/2024 | Transfer Out | | AMEX EPayment | $387.33 |
| 08/13/2024 | Transfer Out | 18th Street Development | Leeds Water Work | $163.18 |
| 08/14/2024 | Deposit (IN) | PIG PRG LLC | 9ZEF2NJ | $5,000.00 |
| 08/14/2024 | Transfer Out | | EXCESS/SCD | $5,000.00 |
| 08/16/2024 | Transfer Out | Pihakis Restaurant Group, LLC | ATS-Checking to LN | $3,342.48 |
| 08/19/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 08/19/2024 | Deposit (IN) | 18th Street Development (SouthPoint Loan) | A6WXRUB (SP Loan*5632) | $10,000.00 |
| 08/19/2024 | Deposit (IN) | 18th Street Development (SouthPoint Loan) | A3X7E53 (SP Loan*5632) | $250,000.00 |
| 08/19/2024 | Transfer Out | | Loan Payment | $7,319.44 |
| 08/19/2024 | Transfer Out | | AMEX EPayment | $4,540.50 |
| 08/19/2024 | Transfer Out | | AMEX EPayment | $152,671.91 |
| 08/21/2024 | Deposit (IN) | 18th Street Development (SouthPoint Loan) | A9CE9RV (SP Loan*5632) | $20,000.00 |
| 08/22/2024 | Transfer Out | | TEL TRF to Loan*7961 | $6,587.50 |
| 08/26/2024 | Deposit (IN) | 18th Street Development (SouthPoint Loan) | ADQD5UX (SP Loan*5632) | $231,516.02 |
| 08/26/2024 | Transfer Out | | Ref 9cc51fd7 to Loan*0696 | $231,516.02 |
| — September 2025 — | | | | |
| 09/03/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 09/05/2024 | Deposit (IN) | 18th Street Development (SouthPoint Loan) | AUWVI5D (SP Loan*5632) | $70,000.00 |
| 09/05/2024 | Transfer Out | PIG PRG LLC | AUWX07U | $40,000.00 |
| 09/05/2024 | Transfer Out | | Barclaycard US | $1,000.00 |
| 09/09/2024 | Transfer Out | | ATS-Checking to LN | $6,587.50 |
| 09/09/2024 | Deposit (IN) | PIG PRG LLC | BOTRI6D | $71,000.00 |
| 09/11/2024 | Transfer Out | 18th Street Development | Leeds Water Work | $173.48 |
| 09/12/2024 | Transfer Out | | EXCESS/SCD | $5,000.00 |
| 09/13/2024 | Transfer Out | PIG II Mountain Brook, LLC | LN PMT to *0168 | $4,492.80 |
| 09/16/2024 | Transfer Out | Pihakis Restaurant Group, LLC | ATS-Checking to LN | $3,342.48 |
| 09/16/2024 | Transfer Out | | Loan Payment | $7,319.44 |
| 09/17/2024 | Deposit (IN) | RSBBQ 200 Broadway | BB820WD | $25,000.00 |
| 09/18/2024 | Transfer Out | 18th Street Development (SouthPoint Loan) | Ref 1e2d4a7f to Loan*5632 | $60,000.00 |
| 09/18/2024 | Transfer Out | 18th Street Development | Leeds Water Work | $55.75 |
| 09/19/2024 | Deposit (IN) | | BOA/CS DIRECT DEP | $75,000.00 |
| 09/18/2024 | Transfer Out | 18th Street Development (SouthPoint Loan) | Ref 51bc2453 to Loan*5632 | $75,000.00 |
| 09/20/2024 | Deposit (IN) | PRG Auburn LLC | BGF0HPC | $20,000.00 |

| Date | Type | Name | Description | Amount |
|---|---|---|---|---|
| 09/24/2024 | Deposit (IN) | | BM0NXDJ | $80,000.00 |
| **09/25/2024** | **Deposit (IN)** | **Unidentified Insider** | | **$66,087.53** |
| 09/25/2024 | Transfer Out | PIG PRG LLC | BNVYK4Y | $46,500.00 |
| 09/25/2024 | Transfer Out | | Barclaycard US | $1,000.00 |
| 09/25/2024 | Transfer Out | | AMEX EPayment | $4,933.00 |
| 09/30/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 09/30/2024 | Transfer Out | PRGM | BV0X5RA | $110,000.00 |
| —— October 2025 —— | | | | |
| 10/03/2024 | Transfer Out | Pihakis Restaurant | Payment to Loan*8142 | $375.65 |
| 10/09/2024 | Transfer Out | | Barclaycard US | $1,000.00 |
| 10/10/2024 | Transfer Out | 18th Street Development | Leeds Water Work | $199.34 |
| 10/11/2024 | Transfer Out | 18th Street Development | Leeds Water Work | $154.16 |
| 10/15/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 10/15/2024 | Deposit (IN) | 18th Street Development (SouthPoint Loan) | CBOVMMB (SP Loan*5632) | $65,000.00 |
| 10/15/2024 | Transfer Out | | ATS-Checking to LN | $6,124.99 |
| 10/15/2024 | Transfer Out | | Loan Payment | $6,736.11 |
| 10/15/2024 | Transfer Out | | EXCESS/SCD | $5,000.00 |
| 10/16/2024 | Transfer Out | | ATS-Checking to LN | $3,342.48 |
| 10/17/2024 | Deposit (IN) | PIG PRG LLC | CJ1C21C | $50,000.00 |
| 10/17/2026 | Transfer Out | | AMEX EPayment | $1,000.00 |
| 10/18/2024 | Deposit (IN) | RSBBQ 200 Broadway | CK8MTTN | $37,600.00 |
| 10/24/2024 | Deposit (IN) | | BOA/CS DIRECT DEP | $19,000.00 |
| 10/28/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 10/28/2024 | Transfer Out | PIG PRG LLC | CYPAH3L | $125,000.00 |
| 10/28/2024 | Transfer Out | | AMEX EPayment | $500.00 |
| 10/28/2024 | Transfer Out | | AMEX EPayment | $21,697.00 |
| —— November 2024 —— | | | | |
| 11/01/2024 | Deposit (IN) | RSBBQ 200 Broadway | D4E9OM3 | $1,000.00 |
| 11/04/2024 | Deposit (IN) | PIG PRG LLC | D5RXVGW | $5,000.00 |
| 11/04/2024 | Deposit (IN) | PIG PRG LLC | D4X1F79 | $13,000.00 |
| 11/04/2024 | Deposit (IN) | PIG PRG LLC | D5SZN2R | $34,000.00 |
| 11/05/2024 | Deposit (IN) | PIG PRG LLC | DA4AFJ8 | $25,000.00 |
| 11/05/2024 | Transfer Out | Pihakis Investment | DA4CINQ to *0696 | $25,000.00 |
| 11/05/2024 | Transfer Out | Pihakis Investment | D9ZDDIH to *0696 | $30,000.00 |
| 11/06/2024 | Deposit (IN) | PIG PRG LLC | DAO76RK | $30,000.00 |
| 11/06/2024 | Deposit (IN) | PIG PRG LLC | DBHRQIT | $50,000.00 |
| 11/07/2024 | Transfer Out | | Barclaycard US | $1,000.00 |
| 11/12/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 11/12/2024 | Deposit (IN) | LD Brand | DKEIYFP | $10,000.00 |
| 11/12/2024 | Transfer Out | PIG II Mountain Brook, LLC | LN PMT to *0168 | $4,492.80 |
| 11/12/2024 | Transfer Out | PRGM | DJZ7UQO | $80,000.00 |
| 11/12/2024 | Transfer Out | | ATS-Checking to LN | $6,200.00 |
| 11/12/2024 | Transfer Out | | AMEX EPayment | $500.00 |
| 11/13/2024 | Transfer Out | 18th Street Development | Leeds Water Work | $89.05 |
| 11/13/2024 | Transfer Out | 18th Street Development | Leeds Water Work | $144.60 |
| 11/13/2024 | Transfer Out | | Barclaycard US | $5,000.00 |
| 11/14/2024 | Deposit (IN) | PIG PRG LLC | DMVOAN2 | $1,600.00 |
| 11/14/2024 | Transfer Out | | EXCESS/SCD | $5,000.00 |
| 11/15/2024 | Deposit (IN) | PRG Auburn LLC | DOAEAQ8 | $1,000.00 |
| 11/18/2024 | Deposit (IN) | RSBBQ 200 Broadway | DQCOP2A | $34,000.00 |
| 11/18/2024 | Transfer Out | 18th Street Development (SouthPoint Loan) | TEL TRF to Loan | $10,952.14 |
| 11/18/2024 | Transfer Out | Pihakis Restaurant Group, LLC | ATS-Checking to LN | $3,342.48 |
| 11/18/2024 | Transfer Out | | Loan Payment | $6,888.89 |
| 11/19/2024 | Transfer Out | | Barclaycard US | $2,500.00 |
| 11/21/2024 | Deposit (IN) | PIG PRG LLC | DWXSQAZ | $50,000.00 |
| 11/22/2024 | Deposit (IN) | Pihakis Investment | from *0696 | $350,000.00 |
| 11/22/2024 | Deposit (IN) | PIG PRG LLC | DYJP6NG | $80,000.00 |

| Date | Type | Name | Reference | Amount |
|---|---|---|---|---|
| 11/22/2024 | Transfer Out | Pihakis Investment | to *0696 | $120,712.61 |
| 11/22/2024 | Transfer Out | PIG PRG LLC | DYUWR9D | $100,000.00 |
| 11/22/2024 | Transfer Out | | Barclaycard US | $5,000.00 |
| 11/25/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 11/25/2024 | Deposit (IN) | Pihakis Investment | DZRRRBQ | $150,000.00 |
| 11/25/2024 | Transfer Out | PIG PRG LLC | E2KZ2HW | $150,000.00 |
| 11/25/2024 | Transfer Out | | Barclaycard US | $25,000.00 |
| 11/25/2024 | Transfer Out | | AMEX EPayment | $185,000.00 |
| 11/26/2024 | Transfer Out | | AMEX EPayment | $2,598.09 |
| — December 2024 — | | | | |
| 12/05/2024 | Transfer Out | | AMEX EPayment | $106.92 |
| 12/06/2024 | Transfer Out | | Barclaycard US | $1,500.00 |
| 12/09/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 12/09/2024 | Transfer Out | | ATS-Checking to LN | $5,806.25 |
| 12/09/2024 | Transfer Out | | AMEX EPayment | $36.62 |
| 12/10/2024 | Transfer Out | 18th Street Development | Leeds Water Work | $64.02 |
| 12/11/2024 | Transfer Out | 18th Street Development | Leeds Water Work | $98.64 |
| 12/12/2024 | Deposit (IN) | PIG PRG LLC | EQU1S5S | $4,000.00 |
| 12/12/2024 | Transfer Out | | EXCESS/SCD | $5,000.00 |
| **12/13/2024** | **Deposit (IN)** | **Unidentified Insider** | | **$39,321.30** |
| 12/13/2024 | Deposit (IN) | PRG Retail | ESVJ9OX | $3,500.00 |
| 12/13/2024 | Transfer Out | | Debit Memo | $7,872.85 |
| 12/13/2024 | Transfer Out | | Debit Memo | $12,580.43 |
| 12/13/2024 | Transfer Out | | Debit Memo | $20,128.72 |
| 12/16/2024 | Deposit (IN) | LD Homewood | EWN4PVP | $21,000.00 |
| 12/16/2024 | Transfer Out | | Barclaycard US | $10,000.00 |
| **12/17/2024** | **Deposit (IN)** | **Unidentified Insider** | | **$501,236.72** |
| 12/17/2024 | Deposit (IN) | | EYBVK5U (*7351) | $22,178.08 |
| 12/17/2024 | Transfer Out | Pihakis Restaurant Group, LLC | ATS-Checking to LN | $3,342.48 |
| 12/17/2024 | Transfer Out | | Loan Payment | $6,416.67 |
| 12/17/2024 | Transfer Out | | AMEX EPayment | $100,000.00 |
| 12/18/2024 | Transfer Out | Diddy's Chief Investment | Withdrawal (2159) | $3,075.00 |
| 12/18/2024 | Transfer Out | PRG Retail | EZFMNRF | $3,500.00 |
| 12/18/2024 | Transfer Out | PIG PRG LLC | EZUQP63 | $6,900.00 |
| 12/18/2024 | Transfer Out | | Barclaycard US | $25,000.00 |
| 12/19/2024 | Deposit (IN) | | F0WMVTH (*0696) | $10,000.00 |
| 12/20/2024 | Transfer Out | Psito Summerhill LLC | F2N2XN7 | $1,500.00 |
| 12/20/2024 | Transfer Out | | AMEX EPayment | $7,770.89 |
| 12/23/2024 | Deposit (IN) | | Choice Employer | $10,804.84 |
| 12/23/2024 | Transfer Out | | Barclaycard US | $10,000.00 |
| 12/24/2024 | Transfer Out | PIG PRG LLC | F79DS86 | $14,541.51 |
| 12/26/2024 | Transfer Out | PIG PRG LLC | FBBJLPN | $95,000.00 |
| 12/27/2024 | Transfer Out | PIG PRG LLC | FBJ6FBE | $78,938.30 |
| 12/27/2024 | Transfer Out | PIG PRG LLC | FBIWGCB | $88,739.22 |
| 12/30/2024 | Transfer Out | | Barclaycard US | $4,000.00 |
| 12/31/2024 | Deposit (IN) | PIG PRG LLC | FI69BOK | $25,000.00 |
| — January 2025 — | | | | |
| 01/03/2025 | Transfer Out | | 26002578212623 | $5,000.00 |
| 01/06/2025 | Deposit (IN) | | 91000013051589 | $10,804.84 |
| 01/06/2025 | Transfer Out | PIG PRG LLC | 17MDKV2 | $47,000.00 |
| 01/07/2025 | Deposit (IN) | PIG PRG LLC | 18B1SUX | $490,000.00 |
| 01/07/2025 | Transfer Out | PRGM Gift Cards | 18B9WVQ | $69,500.00 |
| 01/07/2025 | Transfer Out | PRG Luca | 19CK9GQ | $50,574.20 |
| 01/07/2025 | Transfer Out | RSBBQ Homewood | 19CJ83R | $48,284.28 |
| 01/07/2025 | Transfer Out | Tasty Town | 19CI21F | $35,015.93 |
| 01/07/2025 | Transfer Out | LD Homewood | 19CMHTO | $29,829.92 |
| 01/07/2025 | Transfer Out | RSBBQ Charleston | 19CPX41 | $25,800.62 |

| Date | Type | Name | Reference | Amount |
|---|---|---|---|---|
| 01/07/2025 | Transfer Out | RSBBQ Brand | 19CWOES | $17,820.26 |
| 01/07/2025 | Transfer Out | RSBBQ Met | 19CVOE5 | $17,197.86 |
| 01/07/2025 | Transfer Out | Joyland Sylvan Heights | 193D3TE | $15,000.00 |
| 01/07/2025 | Transfer Out | RSBBQ Homewood | 193FHE4 | $13,500.00 |
| 01/07/2025 | Transfer Out | Hero Brand | 19CZK8G | $13,281.71 |
| 01/07/2025 | Transfer Out | RSBBQ Trussville | 19CSVZW | $11,243.76 |
| 01/07/2025 | Transfer Out | Hero Trilith | 19D17KB | $10,265.52 |
| 01/07/2025 | Transfer Out | Hero Homewood | 19D7DCM | $8,670.54 |
| 01/07/2025 | Transfer Out | Hero Trussville | 19DB1Y6 | $4,923.79 |
| 01/07/2025 | Transfer Out | PIG PRG | 19H7ZHQ | $4,200.00 |
| 01/07/2025 | Transfer Out | Diddy's Maintenance | 193BTAX | $4,000.00 |
| 01/07/2025 | Transfer Out | Diddy's Maintenance | 19D4QE5 | $2,000.00 |
| 01/07/2025 | Transfer Out | Joyland Charleston | 193E3QY | $1,700.00 |
| 01/07/2025 | Transfer Out | Hero Expansion Group | 19D5SEB | $500.00 |
| 01/07/2025 | Transfer Out | | 26002575666202 | $3,260.00 |
| 01/07/2025 | Transfer Out | | 91000017940596 | $89,983.35 |
| 01/08/2025 | Transfer Out | PIG II Homewood Properties LLC | 1AJP6UZ | $5,755.00 |
| 01/09/2025 | Transfer Out | | ATS-Checking to LN | $5,875.00 |
| 01/10/2025 | Transfer Out | 18th Street Development | 91408594032255 | $27.38 |
| 01/13/2025 | Deposit (IN) | RSBBQ 200 Broadway | 1HNNAVP | $5,000.00 |
| 01/13/2025 | Transfer Out | | 91000011793393 | $825.00 |
| 01/14/2025 | Transfer Out | 18th Street Development | 62206270001168 | $56.01 |
| 01/14/2025 | Transfer Out | | EXCESS/SCD 84201290297503 | $5,000.00 |
| **01/17/2025** | **Deposit (IN)** | **Unidentified Insider** | **00065300004319739** | **$150,000.00** |
| 01/17/2025 | Deposit (IN) | PRGM Savings Acct | 1NQ8MMW | $10,000.00 |
| 01/17/2025 | Transfer Out | Pihakis Restaurant Group, LLC | 1000002533 | $3,342.48 |
| 01/17/2025 | Transfer Out | Pihakis Restaurant Group, LLC | 1000032159 | $12,059.19 |
| 01/21/2025 | Deposit (IN) | Pihakis Restaurant Group Management | 91000011240634 | $11,538.40 |
| 01/21/2025 | Transfer Out | PRGM Savings Acct | 1NZWLYD | $10,000.00 |
| 01/21/2025 | Transfer Out | | 26002577903672 | $5,000.00 |
| 01/21/2025 | Transfer Out | | 91000014685015 | $3,294.78 |
| 01/21/2025 | Transfer Out | | 26002577328412 | $3,000.00 |
| 01/22/2025 | Deposit (IN) | Rodney Scotts BBQ, LLC | 91000011947421 | $5,997.15 |
| 01/22/2025 | Transfer Out | PIG PRG | 1ULWBIS | $86,306.21 |
| 01/22/2025 | Transfer Out | PIG PRG | 1ULA7GY | $35,902.00 |
| 01/24/2025 | Deposit (IN) | RSBBQ Charleston | 1XLBKMF | $10,000.00 |
| 01/24/2025 | Transfer Out | 18th Street Development (SouthPoint Loan) | TEL TRF to Loan | $11,278.40 |
| 01/27/2025 | Deposit (IN) | | 51000012397265 | $25,000.00 |
| **01/28/2025** | **Deposit (IN)** | **Unidentified Insider** | **00065300004346123** | **$35,000.00** |
| 01/29/2025 | Transfer Out | Joyland Charleston | 250QQ6X | $26,325.00 |
| 01/31/2025 | Transfer Out | 18th Street Development (SouthPoint Loan) | Loan*5632 | $11,412.82 |
| 01/31/2025 | Transfer Out | | 91000013116177 | $10,000.00 |
| — **Feb-Apr 2025** — | | | | |
| 02/03/2025 | Deposit (IN) | PRG Retail | 2C5QMEV | $3,000.00 |
| **02/03/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001701608** | **$11,538.40** |
| **02/03/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001701622** | **$5,997.15** |
| 02/05/2025 | Deposit (IN) | LD Homewood | 2EIP3F0 | $2,500.00 |
| 02/11/2025 | Deposit (IN) | RSBBQ Charleston | 2NL94Y2 | $5,000.00 |
| 02/11/2025 | Deposit (IN) | 18th Street Development Group | 2MZ5HCR | $600.00 |
| **02/11/2025** | **Transfer Out** | **18th Street Development Group** | **6220627000117** | **$34.59** |
| **02/11/2025** | **Transfer Out** | **18th Street Development Group** | **9140859290334** | **$29.03** |
| 02/12/2025 | Deposit (IN) | RSBBQ Charleston | 2OGTEWC | $5,000.00 |
| 02/13/2025 | Deposit (IN) | RSBBQ Charleston | 2PXP6N3 | $2,000.00 |
| **02/18/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001621990** | **$11,538.40** |
| **02/18/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001622035** | **$5,997.15** |
| **02/18/2025** | **Transfer Out** | **PIG II Mountain Brook, LLC** | **57000168** | **$4,492.80** |
| 02/19/2025 | Deposit (IN) | PIG PRG LLC | 2YJJ1AO | $15,000.00 |

| Date | Type | Entity | Reference | Amount |
|---|---|---|---|---|
| 02/20/2025 | Transfer Out | PIG PRG LLC | 305LZ5P | $1,750.00 |
| 02/20/2025 | Transfer Out | Psito Summerhill LLC | 2ZXPC69 | $800.00 |
| 02/24/2025 | Deposit (IN) | PIG PRG LLC | 338V5IK | $8,000.00 |
| **03/03/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001891186** | **$11,538.40** |
| **03/03/2026** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001891218** | **$5,997.15** |
| 03/07/2025 | Deposit (IN) | PIG PRG LLC | 3LJ2KBL | $5,000.00 |
| 03/10/2025 | Transfer Out | PIG II Homewood Properties LLC | 3Q0LTWF | $10,200.00 |
| 03/10/2025 | Transfer Out | PIG PRG LLC | 3Q0KV01 | $5,400.00 |
| **03/11/2025** | **Transfer Out** | **18th Street Development Group** | **9140859723246** | **$73.69** |
| **03/11/2025** | **Transfer Out** | **18th Street Development Group** | **6220627000118** | **$37.64** |
| **03/14/2025** | **Transfer Out** | **Unidentified Insider** | **65300004499586** | **$4,492.80** |
| **03/17/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001559163** | **$11,538.40** |
| **03/17/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001559172** | **$5,997.15** |
| 03/18/2025 | Transfer Out | PIG PRG LLC | 41G54AV | $83,000.00 |
| 03/20/2025 | Transfer Out | PIG PRG LLC | 445RVX7 | $7,500.00 |
| 03/24/2025 | Transfer Out | Psito Summerhill LLC | 488AFWO | $4,000.00 |
| **03/25/2025** | **Transfer Out** | **Unidentified Insider** | **TEL TRF TO Loan*8142** | **$1,809.47** |
| **03/31/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001822654** | **$11,538.40** |
| **03/31/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001822666** | **$5,997.15** |
| 04/01/2025 | Deposit (IN) | RSBBQ Charleston | 4L4SLE0 | $25,000.00 |
| 04/01/2025 | Deposit (IN) | LD Homewood | 4L4QEV8 | $20,000.00 |
| 04/01/2025 | Deposit (IN) | PRG Luca | 4L4ZF0Z | $15,000.00 |
| 04/01/2025 | Deposit (IN) | RSBBQ Met | 4L4TR1G | $10,000.00 |
| 04/04/2025 | Deposit (IN) | Psito Summerhill LLC | 4OMXPJ5 | $4,000.00 |
| 04/07/2025 | Deposit (IN) | Psito Summerhill LLC | 4TNTLVA | $5,000.00 |
| **04/10/2025** | **Transfer Out** | **18th Street Development Group** | **9140859316992** | **$22.54** |
| **04/11/2025** | **Transfer Out** | **18th Street Development Group** | **6220627000118** | **$75.78** |
| **04/14/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001437201** | **$11,538.40** |
| **04/14/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001437230** | **$5,997.15** |
| 04/21/2025 | Deposit (IN) | PIG PRG LLC | 5DN7CRZ | $3,000.00 |
| 04/22/2025 | Deposit (IN) | Psito Summerhill LLC | 5F38AX3 | $1,500.00 |
| **04/28/2025** | **Deposit (IN)** | **Pihakis Restaurant Group Management** | **9100001006483** | **$11,538.40** |
| **04/28/2025** | **Deposit (IN)** | **Rodney Scotts BBQ, LLC** | **9100001581638** | **$5,997.15** |
| **04/29/2025** | **Transfer Out** | **Pihakis Restaurant Group LLC** | **TEL TRF TO Loan*2159** | **$24,118.38** |
| **04/29/2025** | **Transfer Out** | **Pihakis Restaurant Group, LLC** | **TEL TRF TO Loan*2533** | **$6,684.96** |
| 04/29/2025 | Transfer Out | PIG PRG LLC | 5PH1RNB | $410,000.00 |
| 04/29/2025 | Transfer Out | PIG PRG LLC | 5PHQJMY | $160,000.00 |
| 04/29/2025 | Transfer Out | PIG PRG LLC | 5PJI180 | $145,600.00 |
| 04/29/2025 | Deposit (IN) | PIG PRG LLC | 5PGWKWT | $995,000.00 |
| **04/30/2025** | **Transfer Out** | **Unidentified Insider** | **65300004644335** | **$7,043.92** |
| 04/30/2025 | Transfer Out | PIG PRG LLC | 5QJYVD6 | $131,500.00 |
| 04/30/2025 | Transfer Out | Psito Summerhill LLC | 5QK44M1 | $9,000.00 |
| 04/30/2025 | Transfer Out | PIG II Homewood Properties LLC | 5QK59AL | $3,900.00 |

| | |
|---|---|
| **TOTAL IN (all periods):** | **$5,098,962.50** |
| **TOTAL OUT (all periods):** | **$4,455,342.43** |
| **NET TO *1118:** | **$643,620.07** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Nick Rae Pihakis** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7 **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bank of America** <br><br> Description of property securing debt: **2024 Porsche Cayenne 24000 miles Debtor to surrender vehicle** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: <br> _____ | ■ No <br><br> ☐ Yes |
| Creditor's name: **Chase Auto Finance** <br><br> Description of property securing debt: **2023 GMC Sierra 1500 75000 miles** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: <br> _____ | ■ No <br><br> ☐ Yes |
| Creditor's name: **Renasant Bank** <br><br> Description of **103 and 101 Perry Place Birmingham, AL 35242 Shelby** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No <br><br> ■ Yes |

Debtor 1     **Nick Rae Pihakis**                                    Case number (*if known*) _____

property      **County**                              ☐ Retain the property and [explain]:
securing debt: **Lots 31 & 32 01 MT LAUREL**
              **R-2; MT LAUREL PHASE 3B**
              **SEC 1; Acreage: 0.15601**              _____

---

Creditor's     **SouthPoint Bank**                     ☐ Surrender the property.              ☐ No
name:                                                  ☐  Retain the property and redeem it.
                                                                                             ■ Yes
Description of  **103 and 101 Perry Place**            ■ Retain the property and enter into a
property        **Birmingham, AL 35242  Shelby**        *Reaffirmation Agreement.*
securing debt:  **County**                             ☐ Retain the property and [explain]:
                **Lots 31 & 32 01 MT LAUREL**
                **R-2; MT LAUREL PHASE 3B**
                **SEC 1; Acreage: 0.15601**            _____

| Part 2: | List Your Unexpired Personal Property Leases |

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

| Part 3: | Sign Below |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X    **/s/ Nick Rae Pihakis**                          X  _____

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**                      page 2

**Nick Rae Pihakis**
Signature of Debtor 1

Signature of Debtor 2

Date    **August 6, 2026** _____

Date _____

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document    Page 137 of 154

Fill in this information to identify your case:

Debtor 1  **Nick Rae Pihakis**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Northern District of Alabama

Case number
(if known)

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income          12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

|  | **Debtor 1** | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm $ _____ | **Copy here ->** $ _____ | $ _____ |

6. **Net income from rental and other real property**

|  | **Debtor 1** | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property $ _____ | **Copy here ->** $ _____ | $ _____ |

| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

8. **Unemployment compensation**                        $ _____     $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you _____ $ _____

For your spouse _____ $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $ _____     $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

. _____ $ _____     $ _____

_____ $ _____     $ _____

Total amounts from separate pages, if any.    +   $ _____     $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.     $ _____   +   $ _____   =   $ _____

**Total current monthly income**

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .................... **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)            **x 12**

12b. The result is your annual income for this part of the form    12b.   $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household. ........................    13.   $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

---

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X**   **/s/ Nick Rae Pihakis** _____

**Nick Rae Pihakis**
Signature of Debtor 1

Date   **August 6, 2026** _____
     MM / DD / YYYY

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document    Page 139 of 154

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document    Page 140 of 154

Fill in this information to identify your case:

Debtor 1 **Nick Rae Pihakis**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of Alabama

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 122A - 1Supp
# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   **12/15**

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| **Part 1** | **Identify the Kind of Debts You Have** |

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

| **Part 2:** | **Determine Whether Military Service Provisions Apply to You** |

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No.      Go to line 3.

   ☐ Yes.    Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.    Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No.     Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.    Check any one of the following categories that applies:

   ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty.

   ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

   ☐ **I am performing a homeland defense activity for at least 90 days.**

   ☐ **I performed a homeland defense activity for at least 90 days**, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

Case 26-02702-TOM7    Doc 1    Filed 08/06/26    Entered 08/06/26 15:52:27    Desc Main
Document    Page 141 of 154

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

| | |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

Case 26-02702-TOM7   Doc 1   Filed 08/06/26   Entered 08/06/26 15:52:27   Desc Main Document    Page 142 of 154

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

---

$1,167    filing fee

+          $571    administrative fee

$1,738    total fee

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Northern District of Alabama

In re __Nick Rae Pihakis__                                             Case No.

                                        Debtor(s)       Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                        $       **55,000.00**

    Prior to the filing of this statement I have received                $       **55,000.00**

    Balance Due                                             $       **0.00**

2. The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [List other services that counsel has agreed to provide]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 6, 2026**                                   **/s/ Kevin D. Heard**

*Date*                                             **Kevin D. Heard**
                                                      *Signature of Attorney*
                                                      **Heard, Ary & Dauro, LLC**
                                                      **303 Williams Avenue**
                                                      **Park Plaza, Suite 921**
                                                      **Huntsville, AL 35801**
                                                      **256-535-0817 Fax: 256-535-0818**
                                                      **kheard@heardlaw.com**
                                                      *Name of law firm*

# United States Bankruptcy Court
## Northern District of Alabama

In re  **Nick Rae Pihakis**
                                                              Case No.
                                          Debtor(s)           Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **August  6, 2026**          **/s/ Nick Rae Pihakis**
                                     **Nick Rae Pihakis**
                                     Signature of Debtor

Bank of America
Attn: Bankruptcy Department
P.O. Box 17237
Wilmington, DE 19886-7237

303 Associates LLC
2015 Boundary Street
Suite 300
Beaufort, SC 29902

Birmingham Properties I Owner LLC
2 NORTH JACKSON STREET STE 605
Montgomery, AL 36104

Chase Auto Finance
Attn: Bankruptcy Department
P.O. Box 650351
Dallas, TX 75265-0351

Ally Financial Inc.
Ally Detroit Center
500 Woodward Ave
Detroit, MI 48226

Bizfund, LLC
315 Avenue U 3rd. Fl.
Brooklyn, NY 11223

Renasant Bank
Attn: Bankruptcy Department
P.O. Box 4140
Tupelo, MS 38803-4140

American Express
Attn: Bankruptcy Department
P.O. Box 650448
Dallas, TX 75265-0448

BMSS, LLC
300 Richard Arrington
Suite 100
Birmingham, AL 35243

SouthPoint Bank
3501 Grandview Pkwy
Birmingham, AL 35243

American Express
Attn: Bankruptcy Dept.
PO Box 96001
Los Angeles, CA 90096-8000

BMT Enterprises

101 Parkside, LLC
1616 2nd Avenue North
Suite 100
Birmingham, AL 35233

AP Georgia Avenue Portfolio, LLC
2151 Hawkins Street
Charlotte, NC 28203

Boca Properties, L.L.C.
1200 ALTON DR
Birmingham, AL 35210

18th Street Development Group, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Bank of America
Attn: Bankruptcy Department
205 E. 10th Street
West Point, GA 31833

Cadle, LLC
100 North Center St.
Newton Falls, OH 44444

18th Street Development Group, LLC
103 Perry Place
Birmingham, AL 35242

Barclays Lifestyles, LLC (Black Card)
Attn: Bankruptcy Dept.
125 S West Street
Wilmington, DE 19801

Diddy's Chief's Investment, LLC
103 Perry Place
Birmingham, AL 35242

18th Street Development Group, LLC
212 Hall Ave
Birmingham, AL 35209

BIGMET Project Owner, LLC
C/O Carter
P.O. Box 7129
Atlanta, GA 30357

Dunnavant Valley Dining, LLC
402 Office Park Drive
Suite 150
Mountain Brook, AL 35223

27th Terrace, LLC
402 Office Park Drive
Suite 150
Mountain Brook, AL 35223

Birmingham Parkside Apartments, L.P.
1701 1st Ave S
Birmingham, AL 35233

EMB Hospitality, LLC
c/o Robert A. Simon, registered agent
101 12th Street South, Suite 102
Birmingham, AL 35233

EMB Parkside Sub, LLC
c/o Robert A. Simon, registered agent
60 14th Street South, Suite 104
Birmingham, AL 35233

Hero Acquisition Co., LLC
103 Perry Place
Birmingham, AL 35242

Hero Doughnuts Summerhill LLC
c/o Angela Mosier, registered agent
626 Robinson Ave SE
Atlanta, GA 30312

Equal Justice Initiative
122 COMMERCE STREET
Montgomery, AL 36104

Hero Acquisition Co., LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Hero Doughnuts Summerhill LLC
Attn: Pihakis Restaurant Group, LLC
212 Hall Avenue
Birmingham, AL 35209

Evans Meats, Inc.
8115 Goodner Mountain Road
Birmingham, AL 35173

Hero D&B Partners LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Hero Doughnuts Summerhill LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Fifth Third Bank NA
Attn: Bankruptcy Dept.
5050 Kingsley Drive MD 1MOCOP
Cincinnati, OH 45263

Hero Doughnuts Charleston LLC
c/o Joe Cunningham
1356 Honeysuckle Lane
Charleston, SC 29412

Hero Doughnuts Summerhill LLC
33 GEORGIA AVE SOUTHEAST
SUITE A
Atlanta, GA 30312

Five Star Produce of Central Alabama LLC
1116 CALICO CIRCLE
Birmingham, AL 35215

Hero Doughnuts Homewood, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233

Hero Doughnuts Sylvan Heights, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233

Fortif Law Partners
2021 Morris Avenue Ste 300
Birmingham, AL 35203

Hero Doughnuts Hoover, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233

Hero Doughnuts Trace Crossings, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233

Fox Funding Group LLC
803 S 21st Avenue
Hollywood, FL 33020

Hero Doughnuts Montgomery LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Hero Doughnuts Trussville, LLC
212 Hall Ave
Birmingham, AL 35209

Graham & Company LLC
1801 Fifth Avenue N, Suite 100
Birmingham, AL 35203

Hero Doughnuts Montgomery, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233

Hero Doughnuts Trussville, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Hero _____ EJI, LLC
UNKNOWN

Hero Doughnuts Parkside, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Hero Doughnuts Two-Ten GA LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Hero Doughnuts Two-Ten GA LLC
212 HALL AVE
Birmingham, AL 35209

JER Spirits Investments, LLC
c/o Robert Ritchey, Registered Agent
2660 Eastchase Lane, Suite 300
Montgomery, AL 36117

Little Donkey Brand LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Hero Doughnuts Two-Ten GA, LLC
c/o Angela Mosier, registered agent
626 Robinson Ave SE
Atlanta, GA 30312

Jeremy Chambers
155 Aristocrat Court
Fayetteville, GA 30215

Little Donkey Downtown Montgomery
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Hero Doughnuts Valley Post, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233

JLL Properties: 23-39 Georgia Ave. SE
701 East Bay Street
Suite 308
Charleston, SC 29403

Little Donkey Homewood
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Hero Doughnuts Wedgewood LLC
dba Hero Doughnuts and Buns
212 HALL AVE
Birmingham, AL 35209

JNN Holdings LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Little Donkey Montgomery DTN LLC
101 12th Street South, Suite 102
Birmingham, AL 35233

Hero Doughnuts, LLC
3798 Abbeyglen Way
Birmingham, AL 35226

Joshua Gentry
Little Donkey
2701 18th St., Ste 200
Birmingham, AL 35209

Little Donkey Montgomery LLC
101 12th Street South, Suite 102
Birmingham, AL 35233

Hero Expansion Group, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Joyland Charleston, LLC
145 Calhoun Street, Suite 101
Charleston, SC 29401

Little Donkey Taqueria, LLC
d/b/a Little Donkey Homewood
212 Hall Ave
Birmingham, AL 35209

Instafunders LLC
Attn: Bankruptcy Dept.
3250 NE 1st Avenue Ste. 307
Miami, FL 33137

JPMorgan Chase Bank N.A.
Attn: Bankruptcy Dept.
1111 Polaris Pkwy
Columbus, OH 43240

Little Donkey Taqueria, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Itria Ventures, LLC
Attn: Bankruptcy Dept.
One Penn Plaza, Suite 4915
New York, NY 10119

KultureCity
732 Montgomery Highway, PMB 392
Vestavia Hills, AL 35216

Little Donkey Valley Post
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Jay Griffin
1274 Liberty Road
Chelsea, AL 35043

LD Valley
101 12th Street South, Suite 102
Birmingham, AL 35233

Little Donkey Valley Post, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233

Logan Bass
Irondale, AL

Michael Mouron
402 Office Park Drive, Suite 150
Birmingham, AL 35223

Pihakis Restaurant Group, LLC
103 Perry Place
Birmingham, AL 35242

Luca and Lucy's Valley Post
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Mike Mouron
402 Office Park Drive, Suite 150
Birmingham, AL 35223

Pihakis Restaurant Group, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Luca Lagotto Italian Restaurant
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Nashville Phase II Property Holder LLC
c/o CSC, Registered Agent
251 LITTLE FALLS DRIVE
Wilmington, DE 19808

PRG Luca Valley Post, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233

Luca Valley Post
101 12th Street South, Suite 102
Birmingham, AL 35233

Nissan Motor Acceptance Company, LLC
Attn: Bankruptcy Dept.
8900 Freeport Parkway
Irving, TX 75063-2438

PRG Luca, LLC
212 Hall Ave
Birmingham, AL 35209

Lucky Clucky, LLC
c/o Robert Stehling
30 Gordon Street
Charleston, SC 29403

PF-Town Center II, LLC
101 World Drive, Suite 350
Peachtree City, GA 30269

PRG Luca, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Lula Edwards
1535 Bay Avenue SW
Birmingham, AL 35211

Pihakis Investment Group II, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

PRG Luca, LLC
dba Luca Lagotto
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Lumen in Birmingham
10 14th Street South
Birmingham, AL 35233

Pihakis Investment Group IV, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

PRG Luca, LLC d/b/a Luca Lugatto
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

MAM Investments, LLC
402 OFFICE PARK DRIVE SUITE 150
Birmingham, AL 35223

Pihakis Investment Group, LLC
c/o BODNAR, JOHN MICHAEL
200 UNION HILL DR STE 100
Birmingham, AL 35209

PRG Valley Post, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233

MEV Birmingham Parkside LLC
103 Perry Place
Birmingham, AL 35242

Pihakis Restaurant Group Management, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Psito Summerhill, LLC
103 Perry Place
Birmingham, AL 35242

Psito Summerhill, LLC
Attn: Pihakis Restaurant Group, LLC
212 Hall Avenue
Birmingham, AL 35209

Rodney Bryan Scott
1650 Baldock Court
Mount Pleasant, SC 29464

Rodney Scott's BBQ Met Atlanta, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207


Renasant Bank
8 Commerce St
Montgomery, AL 36104

Rodney Scott's BBQ Met Atlanta, LLC
212 Hall Ave
Birmingham, AL 35209

Rodney Scott's BBQ Met Atlanta, LLC
aka RS Met
101 12th Street South, Suite 102
Birmingham, AL 35233-1207


Renasant Bank
Attn:  Bankruptcy Department
8 Commerce Street
Montgomery, AL 36104

Rodney Scott's BBQ Charleston, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Rodney Scott's BBQ Trussville
101 12th Street South, Suite 102
Birmingham, AL 35233-1207


Rita Bernhardt
Salice
1722 28th Ave. S, Ste 110
Birmingham, AL 35209

Rodney Scott's BBQ Charleston, LLC
212 HALL AVE
Birmingham, AL 35209

Rodney Scott's BBQ Trussville, LLC
212 Hall Ave
Birmingham, AL 35209


River Bank & Trust
620 Second Avenue North
Clanton, AL 35045

Rodney Scott's BBQ Homewood
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Rodney Scott's BBQ Valley Post
101 12th Street South, Suite 102
Birmingham, AL 35233-1207


Robert Richey
2660 EastChase Lane, Suite 300
Montgomery, AL 36117

Rodney Scott's BBQ Homewood, LLC
212 Hall Ave
Birmingham, AL 35209

Rodney Scott's BBQ Valley Post, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233


Robert Ritchey
PO Drawer 4540
Montgomery, AL 36103-4540

Rodney Scott's BBQ Homewood, LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

Rodney Scott's BBQ Valley Post, LLC
aka RS Valley Post
101 12th Street South, Suite 102
Birmingham, AL 35233


Robert Simon
60 14th Street South
Suite 104
Birmingham, AL 35233

Rodney Scott's BBQ Homewood, LLC
aka RS Homewood
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

RSBBQ Partners LLC
101 12th Street South, Suite 102
Birmingham, AL 35233-1207


Robertson Banking Company
216 North Walnut Ave
Demopolis, AL 36732

Rodney Scott's BBQ Met Atlanta, LLC
c/o Angela Mosier, registered agent
626 Robinson Ave SE
Atlanta, GA 30312

RSBBQ Partners, LLC
212 Hall Ave
Birmingham, AL 35209

Shaw Technology
Attn: Bankruptcy Dept.
1430 I-85 Pkwy
Montgomery, AL 36106

Third Avenue S, LLC
402 Office Park Drive, Ste 150
Birmingham, AL 35223

Birmingham Properties I Owner LLC
1 TOWN CENTER ROAD STE 300
Boca Raton, FL 33486

SouthernFirst Bank
Attn: Bankruptcy Dept.
6 Verdae Blvd
Greenville, SC 29607

Thomas E. "Tec" Cutcliffe
106 RAINBOW DRIVE
Dothan, AL 36303

Blackstone Trial Group
1200 Corporate Drive
Suite 425
Hoover, AL 35242

SouthPoint Bank
Attn: John Sivley, Commercial Banking
3501 Grandview Pkwy
Birmingham, AL 35243

Ally Bank
Attn: Bankruptcy Dept.
200 West Civic Center Dr
Sandy, UT 84070

Boca Properties, LLC
7415 Gadsden Hwy
Trussville, AL 35173

Stadium Trace Village Shoppes, LLC
318 N COLLEGE STREET
Auburn, AL 36830

Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363

Bradley Arant Boult & Cummings LLP
One Federal Place
1819 Fifth Ave North
Birmingham, AL 35203-2119

Sunrise Properties LLC
680 Murphy Ave SW Suite 4150
Atlanta, GA 30310

BALCH & BINGHAM LLP
PO Box 306
Birmingham, AL 35201

Bradley Arant Boult & Cummings, LLP
Attn: William C. Byrd, II, Esq.
1819 Fifth Avenue North
Birmingham, AL 35203

Suzanne Pihakis
103 Perry Place
Birmingham, AL 35242

Ball Ball Matthews & Novak PA
445 Dexter Ave, Suite 9045
Montgomery, AL 36104-3775

Cassidy Coates Price PA
1052 North Church Street
Greenville, SC 29601

Tammy Chambers
155 Aristocrat Court
Fayetteville, GA 30215

Ball Ball Matthews & Novak PA
PO Box 2148
Montgomery, AL 36102-2148

Cassidy Coates Price PA
PO Box 10529
Greenville, SC 29603

Tasty Town
212 Hall Avenue
Birmingham, AL 35209

BIGMET Project Owner, LLC
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363

Chris Glenos
Bradley Arant
1819 Fifth Avenue N
Birmingham, AL 35203

Tasty Town Greek Restaurant & Lounge
101 12th Street South, Suite 102
Birmingham, AL 35233-1207

BIGMET Project Owner, LLC
675 Metropolitan Parkway SW
Suite 4000
Atlanta, GA 30310

Daniel Sparks
Christian & Small
505 North 20th Street, Suite 1800
Birmingham, AL 35203

David C. Skinner, LLC
300 Office Park Drive, Suite 160
Birmingham, AL 35223

Lula Edwards
c/o Tron Law Firm
3414 Old Columbiana Road
Birmingham, AL 35226

Schechter Law Offices, PC
2371 McDonald Avenue
Brooklyn, NY 11223

Gilpin Givhan, P.C.
2660 Eastchase Lane
Suite 300
Montgomery, AL 36117

McCullough Khan Appel
2036 eWall Street
Mount Pleasant, SC 29464

Steven N. Newton, LLC
135 Brandywine Blvd. Suite C
Fayetteville, GA 30214

Harrington Hope & Mitchell LTD
108 Main Avenue SW
Suite 500
Warren, OH 44481

Nashville Phase II Property Holder LLC
133 North Jefferson Street
4th Floor
Chicago, IL 60661

Sunrise Properties LLC
6277 Carolina Commons Drive
Suite 600
Indian Land, SC 29707

Harrington Hope & Mitchell LTD
2235 East Pershing Street, Suite A
Salem, OH 44460

Nissan Motor Acceptance Company, LLC
Attn: Bankruptcy Dept.
PO Box 740849
Cincinnati, OH 45274-0849

Sunrise Properties LLC
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Holland & Knight, LLP
4041 Park Oaks Blvd.
Tampa, FL 33610

NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205

Transworld Systems, Inc.
Attn: Bankruptcy Dept.
500 Virginia Drive Suite 514
Fort Washington, PA 19034

Itria Ventures, LLC
Attn: Bankruptcy Dept.
One Penn Plaza, Suite 4530
New York, NY 10119

Pierson Ferdinand
860 Johnson Ferry Road
Suite 140-226
Atlanta, GA 30342

Tunde Ezekiel
550 Pharr Road Ste 642
Atlanta, GA 30305

Jesse Vogtle
Holland & Knigh
1901 Sixth Ave. N. Ste 1400
Birmingham, AL 35203

Pierson Ferdinand
260 Peachtree Street NW
Suite 2200
Atlanta, GA 30303

Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

KATHEREE HUGHES, JR.
2017 2nd Avenue North (Suite 200)
Birmingham, AL 35203

Robert Simon
c/o Denton Sirote PC
2311 Highland Avenue South
Birmingham, AL 35205

Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810-1008

Lucky Clucky, LLC
C/O Cobb Hammett Law Firm
222 W. Coleman Blvd.
Mount Pleasant, SC 29464

Robertson Banking Company
P.O. Drawer 490
Demopolis, AL 36732