**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.  26-02702 |
| Nick Rae Pihakis, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that MAM Investments, LLC; 27th Terrace, LLC; Dunnavant Valley Dining, LLC; Third Ave S, LLC and Michael Mouron (collectively the "Creditors") hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

Jesse S. Vogtle, Jr.
HOLLAND & KNIGHT LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 226-5700
E-mail:  jesse.vogtle@hklaw.com

Please take further notice that this request includes not only the notices and papers to which the Federal Rules of Bankruptcy Procedure refer, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including Creditors, with respect to: (a) the debtors; (b) property of the estate or proceeds thereof in which the debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment or other conduct by Creditors.

Case 26-02702-TOM7    Doc 4    Filed 08/06/26    Entered 08/06/26 16:09:07    Desc Main
Document     Page 1 of 2

Please take further notice that this notice is not a submission by Creditors to the jurisdiction of this Court and that neither this notice nor any later appearance, pleading, claim or suit shall waive (1) Creditors' rights to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) Creditors' rights to a trial by jury in any proceeding so triable in this case or any case; (3) Creditors' rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditors expressly reserves.

Dated: August 6, 2026.

/s/ Jesse S. Vogtle Jr.
Jesse S. Vogtle Jr.
Jemison C. Jones
HOLLAND & KNIGHT LLP
1901 Sixth Avenue N, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 226-5700
Email: jesse.vogtle@hklaw.com
Email: jc.jones@hklaw.com

*Attorneys for MAM Investments, LLC; 27th Terrace, LLC; Dunnavant Valley Dining, LLC; Third Ave S, LLC and Michael Mouron*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been filed on the Court's CM/ECF system on the 6th day of August, 2026, to all parties receiving electronic notices in this bankruptcy case.

/s/ Jesse S. Vogtle, Jr.
Of Counsel

2

#540369849_v1